AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF __NEW YORK__

LINDA MCGARR,

### SUMMONS IN A CIVIL CASE

V.

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS,
DANIEL STEPHENS, LOUIS ROH, and MILLIARD HYLAND,

CASE NUMBER: 07 Civ:

# 07 CIV 9488

TO: (Name and address of defendant)

WESTCHESTER COUNTY

148 Martine Avenue

White Plains, NY 10601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EMERY CELLI BRINCKERHOFF & ABADY LLP

75 ROCKEFELLER PLAZA, 20TH FLOOR

NEW YORK, NEW YORK 10019

–20–

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE    OCT 2 4 2007

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/26/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eric Hecker | Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *By e-mail and U.S. Mail, per agreement with Stuart Kahan, defense counsel*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/26/2007
_____
Date

Signature of Server  *Emery Celli, et al.*
*75 Rockefeller Plaza, 20th Flr.*
*New York, NY  10019*
Address of Server