UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LINDA McGARR,

                Plaintiff,

    -against-

CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, and MILLARD HYLAND,

                Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 9488

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, and WALTER BROVARSKI, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       October 29, 2007

                                      MIRANDA SOKOLOFF SAMBURSKY
                                      SLONE VERVENIOTIS, LLP
                                      Attorneys for Defendants
                                      CITY OF PEEKSKILL, WESTCHESTER
                                      COUNTY, DAVID LEVINE, THOMAS
                                      McINTYRE, WALTER BROVARSKI,
                                      EUGENE TUMOLO

                                      By: _____
                                        BRIAN S. SOKOLOFF (bss-7147)
                                      240 Mineola Boulevard
                                      The Esposito Building
                                      Mineola, New York 11501
                                      (516) 741-7676
                                      Our File No. 07-203

TO:    EMERY, CELLI, BRINCKERHOFF & ABADY, LLP
         Attorneys for Plaintiff
         75 Rockefeller Plaza, 20th Floor
         New York, New York 10019