AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

LINDA MCGARR,

## SUMMONS IN A CIVIL CASE

V.

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS,
DANIEL STEPHENS, LOUIS ROH, and MILLIARD HYLAND,

CASE NUMBER: 07 Civ. 9488

TO: (Name and address of defendant)
EUGENE TUMOLO

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EMERY CELLI BRINCKERHOFF & ABADY LLP
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

an answer to the complaint which is herewith served upon you, within -20- days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE OCT 2 4 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/29/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eric Hecker | Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By e-mail, and U.S. Mail, per agreement with Brian S Sokoloff, defense counsel.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/29/2007
                Date

Signature of Server Emery Celli, et al.
75 Rockefeller Plaza, 20th Fl
New York, NY 10019
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.