UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LINDA McGARR,

                    Plaintiff,

    -against-

CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, and MILLARD HYLAND,

                    Defendants.
------------------------------------------------------------x

**ANSWER AND CROSS-CLAIMS**

Docket No.
07 Civ. 9488 (KMK)

       Defendants CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, WALTER BROVARSKY, and EUGENE TUMOLO, by their attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, as and for their answer to the complaint in the above-captioned action, sets forth as follows:

    1.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "1" of the complaint.

    2.    Deny the allegations contained in ¶ "2" of the complaint.

    3.    Deny the allegations contained in ¶ "3" of the complaint.

    4.    Deny the allegations contained in ¶ "4" of the complaint.

    5.    Deny the allegations contained in ¶ "5" of the complaint.

    6.    Deny the allegations contained in ¶ "6" of the complaint.

    7.    Deny the allegations contained in ¶ "7" of the complaint.

    8.    Deny the allegations contained in ¶ "8" of the complaint.

9. Deny the allegations contained in ¶ "9" of the complaint.

10. Deny the allegations contained in ¶ "10" of the complaint, and refer all questions of law to the Court for adjudication.

11. Deny the allegations contained in ¶ "11" of the complaint, and refer all questions of law to the Court for adjudication.

12. Deny the allegations contained in ¶ "12" of the complaint, and refer all questions of law to the Court for adjudication.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "13" of the complaint.

14. Deny the allegations contained in ¶ "14" of the complaint, and refer all questions of law to the Court for adjudication.

15. Deny the allegations contained in ¶ "15" of the complaint, and refer all questions of law to the Court for adjudication.

16. Deny the allegations contained in ¶ "16" of the complaint.

17. Deny the allegations contained in ¶ "17" of the complaint.

18. Deny the allegations contained in ¶ "18" of the complaint.

19. Deny the allegations contained in ¶ "19" of the complaint.

20. Deny the allegations contained in ¶ "20" of the complaint.

21. Deny the allegations contained in ¶ "21" of the complaint, and refer all questions of law to the Court for adjudication.

22. Deny the allegations contained in ¶ "22" of the complaint, and refer all questions of law to the Court for adjudication.

23. Deny the allegations contained in ¶ "23" of the complaint, and refer all questions of law to the Court for adjudication.

24. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "24" of the complaint, except admit that the family of A.C. contacted the Peekskill Police Department and reported her missing.

25. Deny the allegations contained in ¶ "25" of the complaint.

26. Deny the allegations contained in ¶ "26" of the complaint.

27. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "27" of the complaint.

28. Deny the allegations contained in ¶ "28" of the complaint.

29. Deny the allegations contained in ¶ "29" of the complaint.

30. Deny the allegations contained in ¶ "30" of the complaint.

31. Deny the allegations contained in ¶ "31" of the complaint.

32. Deny the allegations contained in ¶ "32" of the complaint.

33. Deny the allegations contained in ¶ "33" of the complaint.

34. Deny the allegations contained in ¶ "34" of the complaint.

35. Deny the allegations contained in ¶ "35" of the complaint.

36. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "36" of the complaint.

37. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "37" of the complaint.

38. Deny the allegations contained in ¶ "38" of the complaint.

39. Deny the allegations contained in ¶ "39" of the complaint.

40. Deny the allegations contained in ¶ "40" of the complaint.

41. Deny the allegations contained in ¶ "41" of the complaint.

42. Deny the allegations contained in ¶ "42" of the complaint.

43. Deny the allegations contained in ¶ "43" of the complaint.

44. Deny the allegations contained in ¶ "44" of the complaint.

45. Deny the allegations contained in ¶ "45" of the complaint.

46. Deny the allegations contained in ¶ "46" of the complaint.

47. Deny the allegations contained in ¶ "47" of the complaint.

48. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "48" of the complaint.

49. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "49" of the complaint.

50. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "50" of the complaint.

51. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "51" of the complaint.

52. Deny the allegations contained in ¶ "52" of the complaint.

53. Deny the allegations contained in ¶ "53" of the complaint.

54. Deny the allegations contained in ¶ "54" of the complaint.

55. Deny the allegations contained in ¶ "55" of the complaint.

56. Deny the allegations contained in ¶ "56" of the complaint.

57. Deny the allegations contained in ¶ "57" of the complaint.

58. Deny the allegations contained in ¶ "58" of the complaint.

59. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "59" of the complaint.

60. Deny the allegations contained in ¶ "60" of the complaint.

61. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "61" of the complaint.

62. Deny the allegations contained in ¶ "62" of the complaint.

63. Deny the allegations contained in ¶ "63" of the complaint.

64. Deny the allegations contained in ¶ "64" of the complaint.

65. Deny the allegations contained in ¶ "65" of the complaint.

66. Deny the allegations contained in ¶ "66" of the complaint.

67. Deny the allegations contained in ¶ "67" of the complaint.

68. Deny the allegations contained in ¶ "68" of the complaint.

69. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "69" of the complaint.

70. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "70" of the complaint.

71. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "71" of the complaint.

72. Deny the allegations contained in ¶ "72" of the complaint.

73. Deny the allegations contained in ¶ "73" of the complaint.

74. Deny the allegations contained in ¶ "74" of the complaint.

75. Deny the allegations contained in ¶ "75" of the complaint.

76. Deny the allegations contained in ¶ "76" of the complaint.

77. Deny the allegations contained in ¶ "77" of the complaint.

78. Deny the allegations contained in ¶ "78" of the complaint.

79. Deny the allegations contained in ¶ "79" of the complaint.

80. Deny the allegations contained in ¶ "80" of the complaint.

81. Deny the allegations contained in ¶ "81" of the complaint.

82. Deny the allegations contained in ¶ "82" of the complaint.

83. Deny the allegations contained in ¶ "83" of the complaint.

84. Deny the allegations contained in ¶ "84" of the complaint.

85. Deny the allegations contained in ¶ "85" of the complaint.

86. Deny the allegations contained in ¶ "86" of the complaint.

87. Deny the allegations contained in ¶ "87" of the complaint.

88. Deny the allegations contained in ¶ "88" of the complaint.

89. Deny the allegations contained in ¶ "89" of the complaint.

90. Deny the allegations contained in ¶ "90" of the complaint.

91. Deny the allegations contained in ¶ "91" of the complaint.

92. Deny the allegations contained in ¶ "92" of the complaint.

93. Deny the allegations contained in ¶ "93" of the complaint.

94. Deny the allegations contained in ¶ "94" of the complaint.

95. Deny the allegations contained in ¶ "95" of the complaint.

96. Deny the allegations contained in ¶ "96" of the complaint.

97. Deny the allegations contained in ¶ "97" of the complaint.

98. Deny the allegations contained in ¶ "98" of the complaint.

99. Deny the allegations contained in ¶ "99" of the complaint.

100. Deny the allegations contained in ¶ "100" of the complaint.

101. Deny the allegations contained in ¶ "101" of the complaint.

102. Deny the allegations contained in ¶ "102" of the complaint.

103. Deny the allegations contained in ¶ "103" of the complaint.

104. Deny the allegations contained in ¶ "104" of the complaint.

105. Deny the allegations contained in ¶ "105" of the complaint.

106. Deny the allegations contained in ¶ "106" of the complaint.

107. Deny the allegations contained in ¶ "107" of the complaint.

108. Deny the allegations contained in ¶ "108" of the complaint.

109. Deny the allegations contained in ¶ "109" of the complaint.

110. Deny the allegations contained in ¶ "110" of the complaint.

111. Deny the allegations contained in ¶ "111" of the complaint.

112. Deny the allegations contained in ¶ "112" of the complaint.

113. Deny the allegations contained in ¶ "113" of the complaint.

114. Deny the allegations contained in ¶ "114" of the complaint.

115. Deny the allegations contained in ¶ "115" of the complaint.

116. Deny the allegations contained in ¶ "116" of the complaint.

117. Deny the allegations contained in ¶ "117" of the complaint.

118. Deny the allegations contained in ¶ "118" of the complaint.

119. Deny the allegations contained in ¶ "119" of the complaint.

120. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "120" of the complaint.

121. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "121" of the complaint.

122. Deny the allegations contained in ¶ "122" of the complaint.

123. Deny the allegations contained in ¶ "123" of the complaint.

124. Deny the allegations contained in ¶ "124" of the complaint.

125. Deny the allegations contained in ¶ "125" of the complaint.

126. Deny the allegations contained in ¶ "126" of the complaint.

127. Deny the allegations contained in ¶ "127" of the complaint.

128. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "128" of the complaint.

129. Deny the allegations contained in ¶ "129" of the complaint.

130. Deny the allegations contained in ¶ "130" of the complaint.

131. Deny the allegations contained in ¶ "131" of the complaint.

132. Deny the allegations contained in ¶ "132" of the complaint.

133. Deny the allegations contained in ¶ "133" of the complaint.

134. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "134" of the complaint.

135. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "135" of the complaint.

136. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "136" of the complaint.

137. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "137" of the complaint.

138. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "138" of the complaint.

139. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "139" of the complaint.

140. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "140" of the complaint.

141. Deny the allegations contained in ¶ "141" of the complaint.

142. Deny the allegations contained in ¶ "142" of the complaint.

143. Deny the allegations contained in ¶ "143" of the complaint.

144. Deny the allegations contained in ¶ "144" of the complaint.

145. Deny the allegations contained in ¶ "145" of the complaint, and refer all questions of law to the Court for adjudication.

146. Deny the allegations contained in ¶ "146" of the complaint, and refer all questions of law to the Court for adjudication.

147. Deny the allegations contained in ¶ "147" of the complaint, and refer all questions of law to the Court for adjudication.

148. Deny the allegations contained in ¶ "148" of the complaint, and refer all questions of law to the Court for adjudication.

149. Deny the allegations contained in ¶ "149" of the complaint, and refer all questions of law to the Court for adjudication.

150. Deny the allegations contained in ¶ "150" of the complaint, and refer all questions of law to the Court for adjudication.

151. Deny the allegations contained in ¶ "151" of the complaint, and refer all questions of law to the Court for adjudication.

152. Deny the allegations contained in ¶ "152" of the complaint, and refer all questions of law to the Court for adjudication.

153. Deny the allegations contained in ¶ "153" of the complaint, and refer all questions of law to the Court for adjudication.

154. Deny the allegations contained in ¶ "154" of the complaint, and refer all questions of law to the Court for adjudication.

155. Deny the allegations contained in ¶ "155" of the complaint, and refer all questions of law to the Court for adjudication.

156. Deny the allegations contained in ¶ "156" of the complaint, and refer all questions of law to the Court for adjudication.

## COUNT I

157. As and for a response to the allegations contained in ¶ "157" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "156" of the complaint, as though they were fully set forth herein.

158. Deny the allegations contained in ¶ "158" of the complaint, and refer all questions of law to the Court for adjudication.

159. Deny the allegations contained in ¶ "159" of the complaint, and refer all questions of law to the Court for adjudication.

160. Deny the allegations contained in ¶ "160" of the complaint, and refer all questions of law to the Court for adjudication.

161. Deny the allegations contained in ¶ "161" of the complaint, and refer all questions of law to the Court for adjudication.

162. Deny the allegations contained in ¶ "162" of the complaint, and refer all questions of law to the Court for adjudication.

163. Deny the allegations contained in ¶ "163" of the complaint, and refer all questions of law to the Court for adjudication.

164. Deny the allegations contained in ¶ "164" of the complaint, and refer all questions of law to the Court for adjudication.

165. Deny the allegations contained in ¶ "165" of the complaint, and refer all questions of law to the Court for adjudication.

166. Deny the allegations contained in ¶ "166" of the complaint.

167. Deny the allegations contained in ¶ "167" of the complaint, and refer all questions of law to the Court for adjudication.

168. Deny the allegations contained in ¶ "168" of the complaint, and refer all questions of law to the Court for adjudication.

169. Deny the allegations contained in ¶ "169" of the complaint, and refer all questions of law to the Court for adjudication.

170. Deny the allegations contained in ¶ "170" of the complaint.

171. Deny the allegations contained in ¶ "171" of the complaint, and refer all questions of law to the Court for adjudication.

172. Deny the allegations contained in ¶ "172" of the complaint, and refer all questions of law to the Court for adjudication.

173. Deny the allegations contained in ¶ "173" of the complaint, and refer all questions of law to the Court for adjudication.

174. Deny the allegations contained in ¶ "174" of the complaint, and refer all questions of law to the Court for adjudication.

175. Deny the allegations contained in ¶ "175" of the complaint, and refer all questions of law to the Court for adjudication.

176. Deny the allegations contained in ¶ "176" of the complaint, and refer all questions of law to the Court for adjudication.

177. Deny the allegations contained in ¶ "177" of the complaint, and refer all questions of law to the Court for adjudication.

178. Deny the allegations contained in ¶ "178" of the complaint, and refer all questions of law to the Court for adjudication.

179. Deny the allegations contained in ¶ "179" of the complaint, and refer all questions of law to the Court for adjudication.

180. Deny the allegations contained in ¶ "180" of the complaint, and refer all questions of law to the Court for adjudication.

181. Deny the allegations contained in ¶ "181" of the complaint, and refer all questions of law to the Court for adjudication.

182. Deny the allegations contained in ¶ "182" of the complaint, and refer all questions of law to the Court for adjudication.

183. Deny the allegations contained in ¶ "183" of the complaint, and refer all questions of law to the Court for adjudication.

184. Deny the allegations contained in ¶ "184" of the complaint, and refer all questions of law to the Court for adjudication.

185. Deny the allegations contained in ¶ "185" of the complaint, and refer all questions of law to the Court for adjudication.

186. Deny the allegations contained in ¶ "186" of the complaint, and refer all questions of law to the Court for adjudication.

### FIRST AFFIRMATIVE DEFENSE

187. Plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

188. The individual defendants are entitled to absolute immunity.

### THIRD AFFIRMATIVE DEFENSE

189. The individual defendants are entitled to qualified immunity.

### FOURTH AFFIRMATIVE DEFENSE

190. Plaintiff's procedural due process claim is barred by the availability of state law remedies.

### FIFTH AFFIRMATIVE DFENSE

191. Plaintiff has failed to mitigate her damages.

### SIXTH AFFIRMATIVE DEFENSE

192. Plaintiff's claims against the Peekskill defendants are barred because plaintiff cannot demonstrate that any of their actions caused plaintiff to suffer damages.

### SEVENTH AFFIRMATIVE DEFENSE

193. Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

### EIGHTH AFFIRMATIVE DEFENSE

194. Plaintiff's damages were caused or contributed to by ineffective assistance of counsel at all stages of Jeffrey Deskovic's prosecution.

### NINTH AFFIRMATIVE DEFENSE

195. Plaintiff's damages were caused or contributed to by professional legal malpractice committed by Jeffrey Deskovic's counsel at all stages of plaintiff's prosecution.

### TENTH AFFIRMATIVE DEFENSE

196. Plaintiff's damages were caused or contributed to by a conflict of interest on the part of the attorneys representing Jeffrey Deskovic during his prosecution.

### ELEVENTH AFFIRMATIVE DEFENSE

197. Plaintiff's damages were caused or contributed to by the fact that the attorney representing Jeffrey Deskovic in connection with a possible *habeas corpus* petition committed professional malpractice.

### TWELFTH AFFIRMATIVE DEFENSE

198. Jeffrey Deskovic's arrest and detention by defendants was lawful, privileged, and authorized by New York State CPL. § 140.10.

### THIRTEENTH AFFIRMATIVE DEFENSE

199. Defendants had probable cause to arrest Jeffrey Deskovic.

### FOURTEENTH AFFIRMATIVE DEFENSE

200. The injuries, losses, damages, and occurrences alleged in plaintiff's complaint were the result of an independent and intervening cause or causes over which the answering defendants had no control or right to control and in no way participated.

## FIFTEENTH AFFIRMATIVE DFENSE

201. If plaintiff has been injured and damaged as alleged in the complaint, such injury and damage were caused and contributed to by plaintiff's own conduct, negligence, carelessness, or want of care; and, if it be determined that plaintiff is entitled to recovery herein as against answering defendant, such recovery should be apportioned between plaintiff and answering defendant according to their relative responsibility therefor.

## SIXTEENTH AFFIRMATIVE DEFENSE

202. If plaintiff has been damaged or injured as alleged in the complaint, and such damage or injury was not sustained solely as a result of plaintiff's own negligence, carelessness, culpable conduct, or want of care, such damage and injury were brought about by the negligence, carelessness, culpable conduct, want of care, and intentional acts of third parties over whom the answering defendants had no control and for whose negligence, carelessness, want of care, and intentional criminal acts the answering defendant is not responsible.

## SEVENTEENTH AFFIRMATIVE DEFENSE

203. If any liability is found as against answering defendants, this liability will constitute fifty percent (50%) or less of all liability assigned to all parties liable, and, as such, the liability of answering defendants to plaintiff for non-economic loss shall be limited, and shall not exceed answering defendants' equitable share, as provided in C.P.L.R. Article 16.

## EIGHTEENTH AFFIRMATIVE DEFENSE

204. Defendants had reasonable cause to believe that Jeffrey Deskovic had committed the crime for which plaintiff was arrested and charged.

### NINETEENTH AFFIRMATIVE DEFENSE

205. Plaintiff was not deprived of any constitutional or civil rights pursuant to any policy, practice, custom, or procedure of the City of Peekskill.

### TWENTIETH AFFIRMATIVE DEFENSE

206. Plaintiff's claim is frivolous.

**AS AND FOR A FIRST CROSS-CLAIM AGAINST DEFENDANTS WESTCHESTER COUNTY, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND, DEFENDANTS ALLEGE:**

207. If plaintiff sustained any injuries as alleged, other than through her own negligence, and if the answering defendants are found liable to plaintiff for any portion of those damages, then such liability shall derive from the carelessness, recklessness, negligence or intentional acts, or commissions or omissions, on the part of the co-defendants Westchester County, Daniel Stephens, Louis Roh, and Millard Hyland, without any carelessness, recklessness, negligence or intentional acts, or commissions or omissions on the part of the answering defendants and, accordingly, the answering defendants are entitled to common-law and/or contractual indemnification over and against co-defendants Westchester County, Daniel Stephens, Louis Roh, and Millard Hyland for the amount of any such award.

**AS AND FOR A SECOND CROSS-CLAIM AGAINST DEFENDANTS WESTCHESTER COUNTY, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND, DEFENDANTS ALLEGE:**

208. If plaintiff sustained the damages in the manner and at the time and place alleged through any carelessness, recklessness, negligence or intentional acts, or

commissions or omissions other than plaintiff's own, then said damages were sustained in whole or in part by reason of the carelessness, recklessness, negligence or intentional acts, or commissions or omissions on the part of co-defendants Westchester County, Daniel Stephens, Louis Roh, and Millard Hyland, and, if any judgment is recovered herein against the answering defendants then the answering defendants would be damaged thereby and would be entitled to contribution on the basis of apportionment of responsibility for the alleged occurrence and entitled to judgment over and against co-defendants Westchester County, Daniel Stephens, Louis Roh, and Millard Hyland, for all or part of any verdict or judgment that plaintiff may recover against the answering defendant, together with costs, disbursements and attorneys' fees for this action.

Dated: Mineola, New York
       December 4, 2007

                                    MIRANDA SOKOLOFF SAMBURSKY
                                    SLONE VERVENIOTIS, LLP
                                    Attorneys for Defendants

                                    By: _____
                                        BRIAN S. SOKOLOFF (bss-7147)
                                    240 Mineola Boulevard
                                    The Esposito Building
                                    Mineola, New York 11501
                                    (516) 741-7676
                                    Our File No. 07-203

TO:    EMERY CELLI BRINCKERHOFF & ABADY LLP
         Attorneys for Plaintiff
         75 Rockefeller Plaza, 20th Floor
         New York, New York 10019

         OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
         Attorneys for Westchester County Defendants
         120 Bloomingdale Road
         White Plains, New York 10605

TO:   SANTANGELO, RANDAZZO & MANGONE
      Attorneys for Daniel Stephens
      151 Broadway
      Hawthorne, New York 10532

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK         )
                          ) s.s.:
COUNTY OF NASSAU          )

**MERLISA ANDREWS**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

That on December 4, 2007, deponent served the within **ANSWER** upon:

EMERY CELLI BRINCKERHOFF & ABADY LLP
Attorneys for Plaintiff
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, NY 10605

SANTANGELO, RANDAZZO & MANGONE
Attorneys for Daniel Stephens
151 Broadway
Hawthorne, NY 10532

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                            **MERLISA ANDREWS**

Sworn to before me this 4th day
Of December, 2007.

_____
NOTARY PUBLIC

BRIAN S. SOKOLOFF
Notary Public, State of New York
No. 02SO4914710
Qualified in Queens County
Commission Expires November 23, 2009