UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LINDA McGARR,

                Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BORVARSKI,
EUGENE TUMOLO, JOHN and JANE DOE,
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, and ALLEN TWEED,

                Defendants.
------------------------------------------------------------x

**ANSWER TO CROSS-CLAIMS**

07 Civ. 9488 (KMK)

        Defendants, Westchester County, Louis Roh and Millard Hyland, by their attorneys, Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP, of counsel to Westchester County Attorney Charlene Indelicato, as and for their answer to the cross-claims of defendants City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski, and Eugene Tumolo, state as follows:

### NATURE OF THE ACTION

1. Defendants deny the allegations contained in paragraph "207".

2. Defendants deny the allegations contained in paragraph "208".

        **WHEREFORE**, defendants Westchester County, Louis Roh and Millard Hyland request dismissal of the cross-claims asserted by defendants City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski, and Eugene Tumolo and for such other and further

Dated:    White Plains, New York
December 10, 2007

                                       Stuart E. Kahan      (SK-7767)
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900 - office
(914) 422-3636 - facsimile
skahan@oxmanlaw.com

*Of Counsel to Westchester County Attorney Charlene Indelicato   Attorneys for defendants Westchester County, Louis Roh and Millard Hyland*

TO:    Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza - 20th Floor
New York, New York 10019

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Santangelo Randazzo & Mangone, LLP
151 Broadway
Hawthorne, New York 10532