UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINDA MCGARR,

                                  **ANSWER TO**
                                  **<u>CROSS CLAIMS</u>**

                                  07 Civ. 9488 (KMK)

               Plaintiff,

   -against-

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS MCINTYRE,
WALTER BROVARSKI, EUGENE TUMOLO,
JOHN AND JANE DOE SUPERVISORS,
DANIEL STEPHENS, LOUIS ROH, and
MILLARD HYLAND,

               Defendants.
------------------------------------------------------------------X

       Defendant Daniel Stephens, by his attorneys, SANTANGELO RANDAZZO & MANGONE LLP, for his answer to the cross claims of the City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski and Eugene Tumolo in the above entitled case says:

       1.     Defendant denies the allegations contained in paragraphs "207" and "208" of the cross claim.

Dated: Hawthorne, New York
        December 12, 2007

                                  Respectfully submitted,

                                  SANTANGELO RANDAZZO & MANGONE LLP

                                  By: _____
                                      James A. Randazzo (0156)
                                  Attorneys for Defendant- Daniel Stephens
                                  151 Broadway
                                  Hawthorne, New York 10532
                                  (914) 741-2929

TO:    EMERY CELLI BRINCKERHOFF & ABADY LLP
Attorneys for Plaintiff- Linda McGarr
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000


OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorney for Defendants- Westchester County, Louis Roh and Millard Hyland
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

## CERTIFICATE OF SERVICE

        I, JAMES A. RANDAZZO, hereby certify that on December 13, 2007, I served the within ANSWER TO CROSS CLAIMS upon all parties, by Electronic Case Filing, the address as provided to defendant by notification from this Court:

TO:    EMERY CELLI BRINCKERHOFF & ABADY LLP
Attorneys for Plaintiff- Linda McGarr
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

                                                       _____
                                                       James A. Randazzo (JR-0156)