AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Case Number: 1:07-cv-9488

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Eugene Tumolo

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/30/2008 | *signature* |
| Date | Signature |
| | James A. Mitchell     JM4150 |
| | Print Name     Bar Number |
| | Stillman, Friedman & Shechtman, P.C. 425 Park Avenue |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 223-0200     (212) 223-1942 |
| | Phone Number     Fax Number |