UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LINDA McGARR

                          Plaintiff,              **ECF**


            v.                                    **No. 07-Civ-9488**

CITY OF PEEKSKILL, WESTCHESTER                    **NOTICE OF APPEARANCE**
COUNTY, DAVID LEVINE, THOMAS
MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND,
                          Defendants.

PLEASE TAKE NOTICE that Elora Mukherjee (EM 0921) of EMERY CELLI
BRINCKERHOFF & ABADY LLP hereby appears as counsel for plaintiff in the above entitled
action and demand that all papers filed through the ECF system be served upon her by e-mail at
the office and post office address stated below.

Dated: New York, New York
       June 13, 2008

                              By:  _____
                                   Elora Mukherjee(EM 0921)

                                   EMERY CELLI BRINCKERHOFF
                                     & ABADY LLP

                                   75 Rockefeller Plaza, 20th Floor
                                   New York, New York 10019
                                   (212) 763-5000

                                   *Attorneys for Plaintiff*