UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————X

Linda McGarr,

                    Plaintiff(s),                   07 Civ. 9488 (KMK) (GAY)

 -against-                         ORDER OF REFERENCE
                                     TO A MAGISTRATE JUDGE

City of Peekskill, et. al.,

                    Defendant(s).

————————————————————————————X

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| ✓ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | _____ | Purpose:_____ |
| | _____ | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ Habeas Corpus |
| | | ____ Social Security |
| ____ | Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ____ | Inquest After Default/Damages Hearing | |
| | | Particular Motion:_____ |
| | | _____ |
| | | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: June 16, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____