# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

June 24, 2008

**MEMO ENDORSED**

By U.S. Mail

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plans, NY 10601

Re:   *McGarr v. City of Peekskill et al.*, No. 07 Civ. 9488 (KMK)

Dear Judge Karas:

     This firm represents Plaintiff Linda McGarr in *McGarr v. City of Peekskill et al.*, No. 07 Civ. 9488 (KMK), which was accepted by Your Honor as related to *Deskovic v. City of Peekskill et al.*, No. 07 Civ. 8150 (KMK).

     We are enclosing a proposed First Amended Complaint on behalf of Ms. McGarr, as well as a redlined version of the same which shows the changes from the original Complaint. As Your Honor will see, the proposed amendments to Ms. McGarr's Complaint are consistent with the amendments to Mr. Deskovic's Complaint that already have been approved by the Court.

     We have consulted with counsel for each of the Defendants, none of whom objects to the filing of this proposed Amended Complaint. Accordingly, we respectfully request that the Court grant leave to file this proposed Amended Complaint with the clerk.

     Thank you in advance for the Court's consideration of this issue.

Respectfully submitted,

Eric Hecker

Granted.

cc:   Stuart Kahan
     Brian S. Sokoloff
     William Florence
     James Mitchell
     James A. Randazzo
     Nick Brustin

SO ORDERED.

KENNETH M. KARAS U.S.D.J.
6/27/08