UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

McGarr, Linda

                Plaintiff,

      -against-

City of Peekskill, et al

                Defendant.
------------------------------------------------------------x

07 CIVIL 9488 (KMK)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __James A. Randazzo__

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JR0156__

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☒   *Law Firm/Government Agency Association*

    From: __Santangelo Randazzo & Mangone LLP__

    To: __Gelardi & Randazzo LLP__

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒   *Address:* __151 Broadway, Hawthorne, NY 10532__

☒   *Telephone Number:* __914-495-3050__

☒   *Fax Number:* __914-495-3051__

☒   *E-Mail Address:* __jrandazzo@gandrlaw.com__

Dated: __7-1-08__