## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF WESTCHESTER     )

      PAULA L. CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

      On **Tuesday, July 8, 2008**, I served the within **ANSWER TO FIRST AMENDED COMPLAINT** upon:

Eric Hecker, Esq.
Emery, Celli, Brinckerhoff & Abady, LLP
75 Rockefeller Plaza - 20th Floor
New York, New York 10019

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis, LLP
240 Mineola Blvd.
Mineola, New York 11501

James A. Randazzo, Esq.
Gelardi & Randazzo, LLP
151 Broadway
Hawthorne, New York 10532

Nick Brustin, Esq.
Cochran Neufeld & Scheck
99 Hudson Street
New York, New York 10013

William Florence, Esq.
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

James Mitchell, Esq.
Stillman Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Lori Anne Fee, Esq.
Wellinghorst & Fronzuto
4 Franklin Avenue
Ridgewood, New Jersey 07450

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                Paula Chablal

Sworn to before me this
8TH day of July, 2008

_____
Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/2011