

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LINDA McGARR,

              Plaintiff,

        - against -

CITY OF PEEKSKILL, WESTCHESTER
COUNTY, DAVID LEVINE, THOMAS
MCINTYRE, WALTER BROVARSKI, EUGENE
TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, GEORGE
BOLEN,  LOUIS ROH, and MILLARD HYLAND,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No. 07 Civ. 9488 (KMK)

**DEFENDANT EUGENE TUMOLO'S
ANSWER TO FIRST AMENDED
COMPLAINT AND CROSS-CLAIMS**

Defendant EUGENE TUMOLO, by his attorneys, STILLMAN, FRIEDMAN &

SHECHTMAN, P.C., as and for his answer to the first amended complaint in the above-captioned

action, sets forth as follows:

    1.   Deny the allegations contained in ¶ "1" of the amended complaint.

    2.   Deny the allegations contained in ¶ "2" of the amended complaint.

    3.   Deny the allegations contained in ¶ "3" of the amended complaint.

    4.   Deny the allegations contained in ¶ "4" of the amended complaint.

    5.   Deny the allegations contained in ¶ "5" of the amended complaint.

    6.   Deny the allegations contained in ¶ "6" of the amended complaint.

    7.   Deny the allegations contained in ¶ "7" of the amended complaint.

    8.   Deny the allegations contained in ¶ "8" of the amended complaint.

    9.   Deny the allegations contained in ¶ "9" of the amended complaint.

10. Deny the allegations contained in ¶ "10" of the amended complaint, and refer all questions of law to the Court for adjudication.

11. Deny the allegations contained in ¶ "11" of the amended complaint, and refer all questions of law to the Court for adjudication.

12. Deny the allegations contained in ¶ "12" of the amended complaint, and refer all questions of law to the Court for adjudication.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "13" of the amended complaint.

14. Deny the allegations contained in ¶ "14" of the amended complaint, and refer all questions of

15. Deny the allegations contained in ¶ "15" of the amended complaint, and refer all questions of law to the Court for adjudication.

16. Deny the allegations contained in ¶ "16" of the amended complaint , and refer all questions of law to the Court for adjudication.

17. Deny the allegations contained in ¶ "17" of the amended complaint, and refer all questions of law to the Court for adjudication.

18. Deny the allegations contained in ¶ "18" of the amended complaint, and refer all questions of law to the Court for adjudication.

19. Deny the allegations contained in ¶ "19" of the amended complaint, and refer all questions of law to the Court for adjudication.

20. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "20" of the amended complaint, and refer all questions of law to the Court for adjudication.

21. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "21" of the amended complaint.

22. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "22" of the amended complaint.

23. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "23" of the amended complaint.

24. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "24" of the amended complaint.

25. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "25" of the amended complaint, except admit that the family of A.C. contacted the Peekskill Police Department and reported her missing.

26. Deny the allegations contained in ¶ "26" of the amended complaint.

27. Deny the allegations contained in ¶ "27" of the amended complaint.

28. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "28" of the amended complaint.

29. Deny the allegations contained in ¶ "29" of the amended complaint.

30. Deny the allegations contained in ¶ "30" of the amended complaint.

31. Deny the allegations contained in ¶ "31" of the amended complaint.

32. Deny the allegations contained in ¶ "32" of the amended complaint.

33. Deny the allegations contained in ¶ "33" of the amended complaint.

34. Deny the allegations contained in ¶ "34" of the amended complaint.

35. Deny the allegations contained in ¶ "35" of the amended complaint.

36. Deny the allegations contained in ¶ "36" of the amended complaint.

37. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "37" of the amended complaint.

38. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "38" of the amended complaint.

39. Deny the allegations contained in ¶ "39" of the amended complaint.

40. Deny the allegations contained in ¶ "40" of the amended complaint.

41. Deny the allegations contained in ¶ "41" of the amended complaint.

42. Deny the allegations contained in ¶ "42" of the amended complaint.

43. Deny the allegations contained in ¶ "43" of the amended complaint.

44. Deny the allegations contained in ¶ "44" of the amended complaint.

45. Deny the allegations contained in ¶ "45" of the amended complaint.

46. Deny the allegations contained in ¶ "46" of the amended complaint.

47. Deny the allegations contained in ¶ "47" of the amended complaint.

48. Deny the allegations contained in ¶ "48" of the amended complaint.

49. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "49" of the amended complaint.

50. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "50" of the amended complaint.

51. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "51" of the amended complaint.

52. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "52" of the amended complaint.

53. Deny the allegations contained in ¶ "53" of the amended complaint.

54. Deny the allegations contained in ¶ "54" of the amended complaint.

55. Deny the allegations contained in ¶ "55" of the amended complaint.

56. Deny the allegations contained in ¶ "56" of the amended complaint.

57. Deny the allegations contained in ¶ "57" of the amended complaint.

58. Deny the allegations contained in ¶ "58" of the amended complaint.

59. Deny the allegations contained in ¶ "59" of the amended complaint.

60. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "60" of the amended complaint.

61. Deny the allegations contained in ¶ "66" of the amended complaint.

62. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "62" of the amended complaint.

63. Deny the allegations contained in ¶ "63" of the amended complaint.

64. Deny the allegations contained in ¶ "64" of the amended complaint.

65. Deny the allegations contained in ¶ "65" of the amended complaint.

66. Deny the allegations contained in ¶ "66" of the amended complaint.

67. Deny the allegations contained in ¶ "67" of the amended complaint.

68. Deny the allegations contained in ¶ "68" of the amended complaint.

69. Deny the allegations contained in ¶ "69" of the amended complaint.

70. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "70" of the amended complaint.

71. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "71" of the amended complaint.

72. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "72" of the amended complaint.

73. Deny the allegations contained in ¶ "73" of the amended complaint.

74. Deny the allegations contained in ¶ "74" of the amended complaint.

75. Deny the allegations contained in ¶ "75" of the amended complaint.

76. Deny the allegations contained in ¶ "76" of the amended complaint.

77. Deny the allegations contained in ¶ "77" of the amended complaint.

78. Deny the allegations contained in ¶ "78" of the amended complaint.

79. Deny the allegations contained in ¶ "79" of the amended complaint.

80. Deny the allegations contained in ¶ "80" of the amended complaint.

81. Deny the allegations contained in ¶ "81" of the amended complaint.

82. Deny the allegations contained in ¶ "82" of the amended complaint.

83. Deny the allegations contained in ¶ "83" of the amended complaint.

84. Deny the allegations contained in ¶ "84" of the amended complaint.

85. Deny the allegations contained in ¶ "85" of the amended complaint.

86. Deny the allegations contained in ¶ "86" of the amended complaint.

87. Deny the allegations contained in ¶ "87" of the amended complaint.

88. Deny the allegations contained in ¶ "88" of the amended complaint.

89. Deny the allegations contained in ¶ "89" of the amended complaint.

90. Deny the allegations contained in ¶ "90" of the amended complaint.

91. Deny the allegations contained in ¶ "91" of the amended complaint.

92. Deny the allegations contained in ¶ "92" of the amended complaint.

93. Deny the allegations contained in ¶ "93" of the amended complaint.

94. Deny the allegations contained in ¶ "94" of the amended complaint.

95. Deny the allegations contained in ¶ "95" of the amended complaint.

96. Deny the allegations contained in ¶ "96" of the amended complaint.

97. Deny the allegations contained in ¶ "97" of the amended complaint.

98. Deny the allegations contained in ¶ "98" of the amended complaint.

99. Deny the allegations contained in ¶ "99" of the amended complaint.

100.    Deny the allegations contained in ¶ "100" of the amended complaint.

101.    Deny the allegations contained in ¶ "101" of the amended complaint.

102.    Deny the allegations contained in ¶ "102" of the amended complaint.

103.    Deny the allegations contained in ¶ "103" of the amended complaint.

104.    Deny the allegations contained in ¶ "104" of the amended complaint.

105.    Deny the allegations contained in ¶ "105" of the amended complaint.

106.    Deny the allegations contained in ¶ "106" of the amended complaint.

107.    Deny the allegations contained in ¶ "107" of the amended complaint.

108.    Deny the allegations contained in ¶ "108" of the amended complaint.

109.    Deny the allegations contained in ¶ "109" of the amended complaint.

110.    Deny the allegations contained in ¶ "110" of the amended complaint.

111.    Deny the allegations contained in ¶ "111" of the amended complaint.

112.    Deny the allegations contained in ¶ "112" of the amended complaint.

113.    Deny the allegations contained in ¶ "113" of the amended complaint.

114.    Deny the allegations contained in ¶ "114" of the amended complaint.

115.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "115" of the amended complaint.

116. Deny the allegations contained in ¶ "116" of the amended complaint.

117. Deny the allegations contained in ¶ "117" of the amended complaint.

118. Deny the allegations contained in ¶ "118" of the amended complaint.

119. Deny the allegations contained in ¶ "119" of the amended complaint.

120. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "120" of the amended complaint.

121. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "121" of the amended complaint.

122. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "122" of the amended complaint.

123. Deny the allegations contained in ¶ "123" of the amended complaint.

124. Deny the allegations contained in ¶ "124" of the amended complaint.

125. Deny the allegations contained in ¶ "125" of the amended complaint.

126. Deny the allegations contained in ¶ "126" of the amended complaint.

127. Deny the allegations contained in ¶ "127" of the amended complaint.

128. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "128" of the amended complaint.

129. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "129" of the amended complaint.

130. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "130" of the amended complaint.

131. Deny the allegations contained in ¶ "131" of the amended complaint.

132. Deny the allegations contained in ¶ "132" of the amended complaint.

133.    Deny the allegations contained in ¶ "133" of the amended complaint.

134.    Deny the allegations contained in ¶ "134" of the amended complaint.

135.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "135" of the amended complaint.

136.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "136" of the amended complaint.

137.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "137" of the amended complaint.

138.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "138" of the amended complaint.

139.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "139" of the amended complaint.

140.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "140" of the amended complaint.

141.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "141" of the amended complaint.

142.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "142" of the amended complaint.

143.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "143" of the amended complaint.

144.    Deny the allegations contained in ¶ "144" of the amended complaint.

145.    Deny the allegations contained in ¶ "145" of the amended complaint.

146.    Deny the allegations contained in ¶ "146" of the amended complaint.

147.    Deny the allegations contained in ¶ "147" of the amended complaint.

148.    Deny the allegations contained in ¶ "148" of the amended complaint, and refer all questions of law to the Court for adjudication.

149.    Deny the allegations contained in ¶ "149" of the amended complaint, and refer all questions of law to the Court for adjudication.

150.    Deny the allegations contained in ¶ "150" of the amended complaint, and refer all questions of law to the Court for adjudication.

151.    Deny the allegations contained in ¶ "151" of the amended complaint, and refer all questions of law to the Court for adjudication.

152.    Deny the allegations contained in ¶ "152" of the amended complaint, and refer all questions of law to the Court for adjudication.

153.    Deny the allegations contained in ¶ "153" of the amended complaint, and refer all questions of law to the Court for adjudication.

154.    Deny the allegations contained in ¶ "154" of the amended complaint, and refer all questions of law to the Court for adjudication.

155.    Deny the allegations contained in ¶ "155" of the amended complaint, and refer all questions of law to the Court for adjudication.

156.    Deny the allegations contained in ¶ "156" of the amended complaint, and refer all questions of law to the Court for adjudication.

157.    Deny the allegations contained in ¶ "157" of the amended complaint, and refer all questions of law to the Court for adjudication.

158.    Deny the allegations contained in ¶ "158" of the amended complaint, and refer all questions of law to the Court for adjudication.

159.    Deny the allegations contained in ¶ "159" of the amended complaint, and refer all questions of law to the Court for adjudication.

160.    Deny the allegations contained in ¶ "160" of the amended complaint, and refer all questions of law to the Court for adjudication.

161.    Deny the allegations contained in ¶ "161" of the amended complaint, and refer all questions of law to the Court for adjudication.

## COUNT I

162.    As and for a response to the allegations contained in ¶ "162" of the amended complaint, defendant repeats and realleges his responses to the allegations contained in ¶¶ "1" through "161" of the amended complaint, as though they were fully set forth herein.

163.    Deny the allegations contained in ¶ "163" of the amended complaint, and refer all questions of law to the Court for adjudication

164.    Deny the allegations contained in ¶ "164" of the amended complaint, and refer all questions of law to the Court for adjudication.

165.    Deny the allegations contained in ¶ "165" of the amended complaint, and refer all questions of law to the Court for adjudication.

166.    Deny the allegations contained in ¶ "166" of the amended complaint, and refer all questions of law to the Court for adjudication.

167.    Deny the allegations contained in ¶ "167" of the amended complaint, and refer all questions of law to the Court for adjudication.

168.    Deny the allegations contained in ¶ "168" of the amended complaint, and refer all questions of law to the Court for adjudication.

169.    Deny the allegations contained in ¶ "169" of the amended complaint, and refer all questions of law to the Court for adjudication.

170.    Deny the allegations contained in ¶ "170" of the amended complaint, and refer all questions of law to the Court for adjudication.

171.    Deny the allegations contained in ¶ "171" of the amended complaint.

172.    Deny the allegations contained in ¶ "172" of the amended complaint, and refer all questions of law to the Court for adjudication.

173.    Deny the allegations contained in ¶ "173" of the amended complaint, and refer all questions of law to the Court for adjudication.

174.    Deny the allegations contained in ¶ "174" of the amended complaint, and refer all questions of law to the Court for adjudication.

175.    Deny the allegations contained in ¶ "175" of the amended complaint.

176.    Deny the allegations contained in ¶ "176" of the amended complaint, and refer all questions of law to the Court for adjudication.

177.    Deny the allegations contained in ¶ "177" of the amended complaint, and refer all questions of law to the Court for adjudication.

178.    Deny the allegations contained in ¶ "178" of the amended complaint, and refer all questions of law to the Court for adjudication.

179.    Deny the allegations contained in ¶ "179" of the amended complaint, and refer all questions of law to the Court for adjudication.

180.    Deny the allegations contained in ¶ "180" of the amended complaint, and refer all questions of law to the Court for adjudication.

181.     Deny the allegations contained in ¶ "181" of the amended complaint, and refer all questions of law to the Court for adjudication.

182.     Deny the allegations contained in ¶ "182" of the amended complaint, and refer all questions of law to the Court for adjudication.

183.     Deny the allegations contained in ¶ "183" of the amended complaint, and refer all questions of law to the Court for adjudication.

184.     Deny the allegations contained in ¶ "184" of the amended complaint, and refer all questions of law to the Court for adjudication.

185.     Deny the allegations contained in ¶ "185" of the amended complaint, and refer all questions of law to the Court for adjudication.

186.     Deny the allegations contained in ¶ "186" of the amended complaint, and refer all questions of law to the Court for adjudication.

187.     Deny the allegations contained in ¶ "187" of the amended complaint, and refer all questions of law to the Court for adjudication.

188.     Deny the allegations contained in ¶ "188" of the amended complaint, and refer all questions of law to the Court for adjudication.

189.     Deny the allegations contained in ¶ "189" of the amended complaint, and refer all questions of law to the Court for adjudication.

190.     Deny the allegations contained in ¶ "190" of the amended complaint, and refer all questions of law to the Court for adjudication.

191.     Deny the allegations contained in ¶ "191" of the amended complaint, and refer all questions of law to the Court for adjudication.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant Tumolo is entitled to absolute immunity.

## THIRD AFFIRMATIVE DEFENSE

Defendant Tumolo is entitled to qualified immunity.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the availability of state law remedies.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims against the defendant Tumolo are barred because plaintiff cannot demonstrate that any of his actions caused plaintiff to suffer damages.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred, in whole or in part, by the statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's damages were caused or contributed to by ineffective assistance of counsel at all stages of Jeffrey Deskovic's prosecution.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's damages were caused or contributed to by professional legal malpractice committed by Jeffrey Deskovic's counsel at all stages of plaintiff's prosecution.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's damages were caused or contributed to by a conflict of interest on the part of the attorneys representing Jeffrey Deskovic during his prosecution.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's damages were caused or contributed to by the fact that the attorney representing Jeffrey Deskovic in connection with a possible *habeas corpus* petition committed professional malpractice.

## TWELFTH AFFIRMATIVE DEFENSE

Jeffrey Deskovic's arrest and detention were lawful, privileged, and authorized by New York State CPL. § 140.10.

## THIRTEENTH AFFIRMATIVE DEFENSE

There was probable cause to arrest Jeffrey Deskovic.

15

## FOURTEENTH AFFIRMATIVE DEFENSE

The injuries, losses, damages, and occurrences alleged in plaintiff's complaint were the result of an independent and intervening cause or causes over which the answering defendant had no control or right to control and in no way participated.

## FIFTEENTH AFFIRMATIVE DFENSE

If plaintiff has been injured and damaged as alleged in the complaint, such injury and damage were caused and contributed to by plaintiff's own conduct, negligence, carelessness, or want of care; and, if it be determined that plaintiff is entitled to recovery herein as against the answering defendant, such recovery should be apportioned between plaintiff and the answering defendant according to their relative responsibility therefor.

## SIXTEENTH AFFIRMATIVE DEFENSE

If plaintiff has been damaged or injured as alleged in the complaint, and such damage or injury was not sustained solely as a result of plaintiff's own negligence, carelessness, culpable conduct, or want of care, such damage and injury were brought about by the negligence, carelessness, culpable conduct, want of care, and intentional acts of third parties over whom the answering defendant had no control and for whose negligence, carelessness, want of care, and intentional criminal acts the answering defendant is not responsible.

## SEVENTEENTH AFFIRMATIVE DEFENSE

If any liability is found as against the answering defendant, this liability will constitute fifty percent (50%) or less of all liability assigned to all parties liable, and, as such, the liability of

16

answering defendant to plaintiff for non-economic loss shall be limited, and shall not exceed answering defendant's equitable share, as provided in C.P.L.R. Article 16.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant Tumolo had reasonable cause to believe that Jeffrey Deskovic had committed the crime for which plaintiff was arrested and charged.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff was not deprived of any constitutional or civil rights pursuant to any policy, practice, custom, or procedure of the City of Peekskill.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claim is frivolous.

**AS AND FOR A FIRST CROSS-CLAIM AGAINST DEFENDANTS WESTCHESTER COUNTY, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, AND GEORGE BOLEN, DEFENDANTS ALLEGE:**

1. If plaintiff sustained any injuries as alleged, other than through her own negligence, and if the answering defendant is found liable to plaintiff for any portion of those damages, then such liability shall derive from the carelessness, recklessness, negligence or intentional acts, or commissions or omissions, on the part of the co-defendants Westchester County, Daniel Stephens, Louis Roh, Millard Hyland, and George Bolen, without any carelessness,

recklessness, negligence or intentional acts, or commissions or omissions on the part of the answering defendant and, accordingly, the answering defendant is entitled to common-law and/or contractual indemnification over and against co-defendants Westchester County, Daniel Stephens, Louis Roh, Millard Hyland, and George Bolen for the amount of any such award.

<strong>AS AND FOR A SECOND CROSS-CLAIM<br>AGAINST DEFENDANTS WESTCHESTER<br>COUNTY, DANIEL STEPHENS, LOUIS ROH,<br>MILLARD HYLAND, AND GEORGE BOLEN,<br>DEFENDANTS ALLEGE:</strong>

2.   If plaintiff sustained the damages in the manner and at the time and place alleged through any carelessness, recklessness, negligence or intentional acts, or commissions or omissions other than plaintiff's own, then said damages were sustained in whole or in part by reason of the carelessness, recklessness, negligence or intentional acts, or commissions or omissions on the part of co-defendants Westchester County, Daniel Stephens, Louis Roh, Millard Hyland, and George Bolen, and, if any judgment is recovered herein against the answering defendant then the answering defendant would be damaged thereby and would be entitled to contribution on the basis of apportionment of responsibility for the alleged occurrence and entitled to judgment over and against co-defendants Westchester County, Daniel Stephens, Louis Roh, Millard Hyland, and George Bolen, for all or part of any verdict or judgment that plaintiff may recover against the answering defendant, together with costs, disbursements and attorneys' fees for this action.

Dated: New York, New York
      July 10, 2008

                                  STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

                                  By:_____
                                     James A. Mitchell [JM 4150]
                                   425 Park Avenue
                                   New York, NY  10022
                                   212-223-0200

                                  *Attorneys for Defendant Eugene Tumolo*