UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LINDA McGARR,

                Plaintiff,              07 Civ. 9488 (KMK)

-against-                      **ANSWER TO CROSS-CLAIMS**

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS McINTYRE,
WALTER BROVARSKI, EUGENE TUMOLO,
JOHN and JANE DOE, SUPERVISORS,
DANIEL STEPHENS, GEORGE BOLEN,
LOUIS ROH and MILLARD HYLAND,

                Defendants.
------------------------------------------------------------x

Defendants, Westchester County, George Bolen, Louis Roh and Millard Hyland, by their attorneys, Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP, of counsel to Westchester County Attorney Charlene Indelicato, as and for their Answer to the Cross-Claims of defendants City of Peekskill, David Levine, Thomas McIntyre and Walter Brovarski, states as follows:

**ANSWERING THE FIRST CROSS-CLAIM**

1.     Defendants deny the allegations contained in paragraph "212".

## ANSWERING THE SECOND CROSS-CLAIM

2.  Defendants deny the allegations contained in paragraph "213".

      **WHEREFORE**, it is requested the cross-claims asserted against defendants Westchester County, George Bolen, Louis Roh and Millard Hyland by defendants City of Peekskill, David Levine, Thomas McIntyre and Walter Brovarski be dismissed in their entirety.

Dated:  White Plains, New York
           July 17, 2008

_____
Stuart E. Kahan
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900 - office
(914) 422-3636 - facsimile
*Of Counsel to Westchester County Attorney Charlene Indelicato Attorneys for defendants Westchester County, Louis Roh, Millard Hyland and George Bolen*

TO:   Eric Hecker, Esq.
      Emery, Celli, Brinckerhoff & Abady, LLP
      75 Rockefeller Plaza - 20th Floor
      New York, New York 10019

      Brian Sokoloff, Esq.
      Miranda Sokoloff Sambursky Slone Verveniotis, LLP
      240 Mineola Blvd.
      Mineola, New York 11501

      James A. Randazzo, Esq.
      Gelardi & Randazzo, LLP
      151 Broadway
      Hawthorne, New York 10532

      Nick Brustin, Esq.
      Cochran Neufeld & Scheck
      99 Hudson Street
      New York, New York 10013

      William Florence, Esq.
      City of Peekskill Department of Law
      City Hall
      840 Main Street
      Peekskill, New York 10566

      James Mitchell, Esq.
      Stillman Friedman & Shechtman, P.C.
      425 Park Avenue
      New York, New York 10022

      Lori Anne Fee, Esq.
      Wellinghorst & Fronzuto
      4 Franklin Avenue
      Ridgewood, New Jersey 07450