# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

**MEMO ENDORSED**

July 10, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*By U.S. Mail*

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601

Re:   *McGarr v. City of Peekskill et al.*, No. 07 Civ. 9488 (KMK)

Dear Judge Karas:

      This firm represents Plaintiff Linda McGarr in *McGarr v. City of Peekskill et al.*, No. 07 Civ. 9488 (KMK). We write to request your assistance with an administrative matter. The First Amended Complaint in this case was inadvertently sent to the Clerk's Office without the relevant exhibits attached. *See* Docket No. 33. These exhibits, enclosed here, have since been circulated to all counsel in this case and sent to your Chambers with a courtesy copy of the First Amended Complaint.

      For the convenience of all parties, we would like these exhibits to be associated with the First Amended Complaint (Docket No. 33) on the pacer/ecf system. The Clerk of the Court, Robert Rogers, has informed me that this will be possible if Your Honor directs the Clerk's Office to associate these exhibits with the First Amended Complaint. We respectfully request that you do so. Thank you very much.

Respectfully submitted,

Elora Mukherjee

Encl.

cc:   Robert Rogers
     Stuart Kahan
     Brian S. Sokoloff
     William Florence
     James Mitchell
     James A. Randazzo
     Nick Brustin

Granted.

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
7/18/08