UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINDA MCGARR,

                         Plaintiff,

          -against-

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS MCINTYRE,
WALTER BROVARSKI, EUGENE TUMOLO,
JOHN AND JANE DOE SUPERVISORS,
DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALAN TWEED,

                         Defendants.
------------------------------------------------------------------X

**ANSWER TO CROSS CLAIMS OF DEFENDANTS CITY OF PEEKSKILL, DAVID LEVINE, THOMAS MCINTYRE AND WALTER BROVARSKI**

07 Civ. 9488 (KMK)

        Defendant Daniel Stephens, by his attorneys, GELARDI & RANDAZZO LLP, for his answer to the cross claims of the City of Peekskill, David Levine, Thomas McIntyre and Walter Brovarski in the above entitled case says:

        1.    Defendant denies the allegations contained in paragraphs "212" and "213" of the cross claim.

Dated: Hawthorne, New York
       July 22, 2008

                                           Respectfully submitted,

                                           GELARDI & RANDAZZO LLP

                                           By: _____
                                                 James A. Randazzo (JR 0156)

                                                      Attorneys for Defendant-Daniel Stephens
                                                     151 Broadway
                                                     Hawthorne, New York 10532
                                                     (914) 495-3050

TO:    MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
          Brian Sokoloff, Esq.
          Attorney for Defendants-City of Peekskill, David Levine,
          Thomas McIntyre and Walter Brovarski
          240 Mineola Boulevard
          The Esposito Building
          Mineola, New York 11501
          (516) 741-7676

          COCHRAN NEUFELD & SCHECK, LLP
          Attorney for Plaintiff-Jeffrey Deskovic
          99 Hudson Street
          New York, New York 10013
          (212) 965-9081

          EMERY CELLI BRINCKERHOFF & ABADY LLP
          Eric Hecker, Esq.
          Attorneys for Plaintiff- Linda McGarr
          75 Rockefeller Plaza, 20th Floor
          New York, New York 10019
          (212) 763-5000

          OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
          Stuart Kahan, Esq.
          Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
          120 Bloomingdale Road
          White Plains, New York 10605
          (914) 422-3900

          WILLIAM FLORENCE, ESQ.
          Attorney for Defendant-
          City of Peekskill Department of Law
          City Hall
          840 Main Street
          Peekskill, New York 10566

          STILLMAN FRIEDMAN & SHECHTMAN, P.C.
          James Mitchell, Esq.
          Attorneys for Defendant-Eugene Tumolo

425 Park Avenue
New York, New York 10022
(212) 223-0200

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

## CERTIFICATE OF SERVICE

        I, JAMES A. RANDAZZO, hereby certify that on July 25, 2008, I served the within ANSWER TO CROSS CLAIMS OF DEFENDANTS CITY OF PEEKSKILL, DAVID LEVINE, THOMAS MCINTYRE AND WALTER BROVARSKI upon all parties, by Electronic Case Filing to the address as provided to defendant by notification from this Court:

TO:    MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
         Brian Sokoloff, Esq.
         Attorney for Defendants-City of Peekskill, David Levine,
         Thomas McIntyre and Walter Brovarski
         240 Mineola Boulevard
         The Esposito Building
         Mineola, New York 11501
         (516) 741-7676

         OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
         Stuart Kahan, Esq.
         Attorney for Defendants-Westchester County, Louis Roh, Millard Hyland and George Bolen
         120 Bloomingdale Road
         White Plains, New York 10605
         (914) 422-3900

         COCHRAN NEUFELD & SCHECK, LLP
         Attorney for Plaintiff-Jeffrey Deskovic
         99 Hudson Street
         New York, New York 10013
         (212) 965-9081

         EMERY CELLI BRINCKERHOFF & ABADY LLP
         Eric Hecker, Esq.
         Attorneys for Plaintiff- Linda McGarr
         75 Rockefeller Plaza, 20th Floor
         New York, New York 10019
         (212) 763-5000

         WILLIAM FLORENCE, ESQ.
         Attorney for Defendant-
         City of Peekskill Department of Law
         City Hall
         840 Main Street
         Peekskill, New York 10566

         STILLMAN FRIEDMAN & SHECHTMAN, P.C.
         James Mitchell, Esq.

Attorneys for Defendant-Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

_____
James A. Randazzo (JR-0156)