UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LINDA MCGARR,

                Plaintiff,

     -against-

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS MCINTYRE,
WALTER BROVARSKI, EUGENE TUMOLO,
JOHN AND JANE DOE SUPERVISORS,
DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, GEORGE BOLEN
and ALAN TWEED,

                Defendants.
------------------------------------------------------------------X

**ANSWER TO CROSS CLAIMS OF DEFENDANT EUGENE TUMOLO**

07 Civ. 9488 (KMK)

      Defendant Daniel Stephens, by his attorneys, GELARDI & RANDAZZO LLP, for his answer to the cross claims of Eugene Tumolo in the above entitled case says:

      1.     Defendant denies the allegations contained in paragraphs "1" and "2" of the cross claim.

Dated: Hawthorne, New York
       July 22, 2008

                                 Respectfully submitted,

                                 GELARDI & RANDAZZO LLP

                                 By: _____
                                   James A. Randazzo (JR 0156)
                                 Attorneys for Defendant- Daniel Stephens
                                 151 Broadway
                                 Hawthorne, New York 10532
                                 (914) 495-3050

TO:    STILLMAN FRIEDMAN & SHECHTMAN, P.C.

James Mitchell, Esq.
Attorneys for Defendant-Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

COCHRAN NEUFELD & SCHECK, LLP
Attorney for Plaintiff-Jeffrey Deskovic
99 Hudson Street
New York, New York 10013
(212) 965-9081

EMERY CELLI BRINCKERHOFF & ABADY LLP
Eric Hecker, Esq.
Attorneys for Plaintiff- Linda McGarr
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Stuart Kahan, Esq.
Attorney for Defendants-Westchester County, Louis Roh and Millard Hyland
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
Brian Sokoloff, Esq.
Attorney for Defendants-City of Peekskill, David Levine,
Thomas McIntyre and Walter Brovarski
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676

WILLIAM FLORENCE, ESQ.
Attorney for Defendant-
City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway

New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

## CERTIFICATE OF SERVICE

   I, JAMES A. RANDAZZO, hereby certify that on July 25, 2008, I served the within ANSWER TO CROSS CLAIMS OF DEFENDANT EUGENE TUMOLO upon all parties, by Electronic Case Filing to the address as provided to defendant by notification from this Court:

TO: STILLMAN FRIEDMAN & SHECHTMAN, P.C.
   James Mitchell, Esq.
   Attorneys for Defendant-Eugene Tumolo
   425 Park Avenue
   New York, New York 10022
   (212) 223-0200


   MIRANDA SOKOLOFF SAMBURSKY SLONE & VERVENIOTIS, LLP
   Brian Sokoloff, Esq.
   Attorney for Defendants-City of Peekskill, David Levine,
   Thomas McIntyre and Walter Brovarski
   240 Mineola Boulevard
   The Esposito Building
   Mineola, New York 11501
   (516) 741-7676

   OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
   Stuart Kahan, Esq.
   Attorney for Defendants-Westchester County, Louis Roh, Millard Hyland and George Bolen
   120 Bloomingdale Road
   White Plains, New York 10605
   (914) 422-3900

   COCHRAN NEUFELD & SCHECK, LLP
   Attorney for Plaintiff-Jeffrey Deskovic
   99 Hudson Street
   New York, New York 10013
   (212) 965-9081

   EMERY CELLI BRINCKERHOFF & ABADY LLP
   Eric Hecker, Esq.
   Attorneys for Plaintiff- Linda McGarr
   75 Rockefeller Plaza, 20th Floor
   New York, New York 10019
   (212) 763-5000

   WILLIAM FLORENCE, ESQ.
   Attorney for Defendant-

City of Peekskill Department of Law
City Hall
840 Main Street
Peekskill, New York 10566

Office of the Attorney General
John Knudsen, Esq.
Attorney for Defendant-Alan Tweed
120 Broadway
New York, New York 10271
(212) 416-8625

WELLINGHORST & FRONZUTO
Lori Ann Fee, Esq.
4 Franklin Avenue
Ridgewood, New Jersey 07450
(212) 251-0046

_____
James A. Randazzo (JR-0156)