UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA McGARR,

       Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVIDE LEVINE, THOMAS McINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, and GEORGE BOLEN,

       Defendants.

CITY OF PEEKSKILL, DAVIDE LEVINE, THOMAS McINTYRE, and WALTER BROVARSKY,

       Third-Party Plaintiffs,

-against-

PETER INSERO and THE LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

       Third-Party Defendants.

Docket No.
07 Civ. 9488 (KMK)

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that defendants The Legal Aid Society of Westchester County and Peter Insero hereby appear in the above entitled action by their attorneys, Rosen & Livingston, and demand that all papers in this action to be served upon the

undersigned at the office and postal office address stated below, and all papers filed via the ECF system be served upon the undersigned via email.

Dated: New York, New York
August 13, 2008

Yours, *etc.*

ROSEN & LIVINGSTON

By: /s/ Peter I. Livingston
Peter I. Livingston, Esq. (PL 1377)
Deborah B. Koplovitz, Esq. (DK 1131)
pil@rosenlivingston.com
dk@rosenlivingston.com
275 Madison Avenue, Suite 500
New York, New York 10016
(212) 687-7770

TO:

**Eric Hecker**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
(212) 763-5001 (fax)
ehecker@ecbalaw.com
representing **Linda McGarr**

**Stuart Evan Kahan**
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605

(914) 422-3900
(914) 422-3636 (fax)
skahan@oxmanlaw.com
representing **Westchester County**
**Louis Roh Millard Hyland**
**George Bolen James Alfred Mitchell**

Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022
212-223-0200
212-223-1942 (fax)
jmitchell@stillmanfriedman.com
 representing **Eugene Tumolo**
**Elora Mukherjee**

Gelardi & Randazzo LLP
151 Broadway
SUITE S-608
Hawthorne, NY 10573
914-328-5590
914-328-5591 (fax)
jrandazzo@gandrlaw.com
representing **Daniel Stephens**

**Brian S. Sokoloff**
Miranda Sokoloff Sambursky Slone Verveniotis LLP
The Esposistio Building
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676
(516) 741-9060 (fax)
bsokoloff@msssv.com