UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

LINDA McGARR,

           Plaintiff,

- against -

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND and GEORGE
BOLEN,

           Defendants.
_____X
CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER
BROVARSKY,

           Third-Party Plaintiffs,

- against -

STEVEN ORLIKOFF, MARCIA G. SHEIN, P.C.
and MARCIA G. SHEIN,

           Third-Party Defendants.
_____X

**ORIGINAL**

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 9488 (KMK)

      PLEASE TAKE NOTICE that the third party Defendant, STEVEN ORLIKOFF, hereby appears in the above entitled action, and that the undersigned has been retained as Attorney(s) for said Third Party Defendant and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
August 26, 2008

KAHN & GOLDBERG, LLP

_____
Michele Kahn, Esq. (MK 3035)
Attorneys for Third-Party Defendant
Steven Orlikoff
708 Third Avenue – 19th Floor
New York, New York 10017
(212) 687-5066

TO: Brian Sokoloff, Esq.
MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendant / Third Party
Plaintiff City of Peekskill, et al
240 Mineola Blvd.
Mineola, New York 11501
(516) 741-7676

COCHRAN, NEUFELD & SCHECK, LLP
Attorneys for Plaintiff
99 Hudson Street
New York, New York 10013

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, New York 10605

GELARDI & RANDAZZO
Attorneys for Putnam County Defendants
151 Broadway
Hawthorne, New York 10532

STILLMAN, FRIEDMAN & SCHECTMAN, P.C.
Attorneys for Defendant Tumolo
425 Park Avenue
New York, New York 10022

NEW YORK STATE DEPARTMENT OF LAW
Attorneys for Defendant Tweed
120 Broadway
New York, New York 10271

/orlikoff/ peekskill / Notice of App McGarr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

LINDA McGARR,

        Plaintiff,                      **AFFIDAVIT OF SERVICE**

  - against -

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,       Docket No.
THOMAS McINTYRE, WALTER BROVARSKI,     07 Civ. 9488 (KMK)
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND and GEORGE
BOLEN,

        Defendants.
_____X
CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER
BROVARSKY,

        Third-Party Plaintiffs,

  - against -

STEVEN ORLIKOFF, MARCIA G. SHEIN, P.C.
and MARCIA G. SHEIN,

        Third-Party Defendants
_____X

        MARIE LYTLE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Bronx County, New York. That on the 27th day of August, 2008, I served a copy of the within NOTICE OF APPEARANCE upon:

        Brian Sokoloff, Esq.
        MIRANDA SOKOLOFF SAMBURSKY
        SLONE VERVENIOTIS LLP
        Attorneys for Defendant / Third Party
        Plaintiff City of Peekskill, *et al*
        240 Mineola Blvd.

Mineola, New York 11501
(516) 741-7676

COCHRAN, NEUFELD & SCHECK, LLP
Attorneys for Plaintiff
99 Hudson Street
New York, New York 10013

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP
Attorneys for Westchester County Defendants
120 Bloomingdale Road
White Plains, New York 10605

GELARDI & RANDAZZO
Attorneys for Putnam County Defendants
151 Broadway
Hawthorne, New York 10532

STILLMAN, FRIEDMAN & SCHECTMAN, P.C.
Attorneys for Defendant Tumolo
425 Park Avenue
New York, New York 10022

NEW YORK STATE DEPARTMENT OF LAW
Attorneys for Defendant Tweed
120 Broadway
New York, New York 10271

at the designated address by depositing a true copy of same enclosed in a post paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

MARIE LYTLE

Sworn to before me this
27th day of August, 2008.

_____
NOTARY PUBLIC

MK\Olikoff\AOS Notice of APP-MCGARR-1

MICHELE KAHN
Notary Public, State of New York
No. 4932464
Qualified in New York County
Commission Expires _____

2