UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LINDA McGARR,

        Plaintiff,

- against -

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND and GEORGE
BOLEN,

        Defendants
----------------------------------------X
CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE and WALTER
BROVARSKY,

        Third-Party Plaintiffs,

- against -

STEVEN ORLIKOFF, MARCIA G. SHEIN, P.C.
and MARCIA G. SHEIN,

        Third-Party Defendants
----------------------------------------X

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE**

Docket No
07 Civ 9488 (KMK)

    WHEREAS, Third-Party Defendant Steven Orlikoff ("Orlikoff") was served with a Third-Party Summons and Complaint on or about July 29, 2008; and

    WHEREAS, it appears that the deadline for Orlikoff to answer or otherwise move with respect to the Third-Party action is August 18, 2008; and

    WHEREAS, Orlikoff has requested an extension of time to answer or otherwise move in the Third-Party action

NOW, IT IS HEREBY STIPULATED AND AGREED by and between counsels to the Third-Party Plaintiffs and Orlikoff that:

1   The deadline for Orlikoff to answer or otherwise move with respect to the Third-Party action be and hereby is extended from August 18, 2008 to **September 17, 2008**.

2   This Stipulation may be executed by facsimile and filed in counterparts.


Dated: New York, New York
       August 14, 2008

KAHN & GOLDBERG, LLP

_____
Michele Kahn, Esq (mk-3035)
Attorneys for Third-Party Defendant
Steven Orlikoff
708 Third Avenue – 19th Floor
New York, New York 10017
(212) 687-5066


MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP

_____
Brian Sokoloff, Esq (bss-7147)
Attorneys for Defendant / Third Party
Defendant City of Peekskill, et al
240 Mineola Blvd
Mineola, New York 11501
(516) 741-7676


/orlikoff/ peekskill / stip extend ans McGarr

SO ORDERED

_____
U. S. D. J.

DATED:

2