UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LINDA McGARR,

                Plaintiff,

- against -

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS McINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, LOUIS ROH, MILLARD
HYLAND, GEORGE BOLEN, and ALAN TWEED

                Defendants.
------------------------------------------------------------X
CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE, and WALTER
BROVARSKI,

                Third Party Plaintiffs,

- against -

STEVEN ORLIKOFF, MARCIA G. SHEIN, P.C.,
and MARCIA G. SHEIN,

                Third Party Defendants.
------------------------------------------------------------X

07-CV-09488 (KMK)(GAY)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

      Please enter my appearance in this case for Third Party Defendants, Marcia G. Shein and Marcia G. Shein, P.C. I certify that I am admitted to practice before this court.

774682

Dated: New York, New York
September 3, 2008

    Respectfully submitted,

    KAUFMAN BORGEEST & RYAN LLP

By: _____
    Jonathan B. Bruno
Attorneys for Defendants,
Marcia G. Shein and Marcia G. Shein, P.C.
120 Broadway, 14th Floor
New York, New York 10271
(212) 980-9600

To:    All Counsel

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **NOTICE OF APPEARANCE** was served via first class mail on the 4th day of September 2008 upon:

Barry C. Scheck, Esq.
Cochran, Neufeld & Scheck LLP
99 Hudson Street
New York, New York 10013
(212) 965-9081

Eric Hecker, Esq.
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, New York 10019
212-763-5000

Brian S. Sokoloff, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis LLP
The Esposistio Building
240 Mineola Boulevard
Mineola, NY 11501
516-741-7676

James A. Randazzo, Esq.
Gelardi & Randazzo LLP
151 Broadway
Suite S-608
Hawthorne, NY 10573
914-328-5590

Stuart E. Kahan, Esq.
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605
914-422-3900

James A. Mitchell, Esq.
Stillman, Friedman & Schechtman PC
425 Park Avenue
New York, New York 10022
212-223-0200

John E. Knudsen, Esq.
New York State Dept of Law
The Capitol
Albany, NY 12224
212-416-8625

Peter I. Livingston, Esq.
Rose & Livingston
275 Madison Ave., Suite 500
New York, NY 10016
212-687-7770

_____
JONATHAN B. BRUNO

2