UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>        Defendants. | No. CV-07-8150 (KMK)(GAY)<br><br>**NOTICE OF APPEARANCE** |
| LINDA MCGARR,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND,<br><br>        Defendants. | No. CV-07-9488 (KMK)(GAY)<br><br>**NOTICE OF APPEARANCE** |

        **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as an attorney of record for defendant City of Peekskill and further requests that copies of all papers in

974292.1

–2–

these actions be served upon him at his office and address set forth below.

Dated:  September 2, 2011  **ANDERSON KILL & OLICK, P.C**

By:  */s/ Raymond A. Mascia, Jr.*
Raymond A. Mascia, Jr.
William G. Passannante
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

Steven J. Pudell
One Gateway Center, Suite 1510
Newark, NJ 07102
Telephone: (973) 642-5877
Facsimile: 973-621-6361

*Attorneys for Defendant City of Peekskill*