UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC

Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY

Defendants.

No. 7:07-cv-8150 (KMK) (GAY)

**ORDER FOR ADMISSION PRO HAC VICE**

LINDA MCGARR

Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND

Defendants.

No. 7:07-cv-09488 (KMK) (GAY)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The Motion of Stephen Wellinghorst, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New Jersey and has never had any disciplinary measures instituted against him;

1817774-1

and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Stephen Wellinghorst |
| Firm Name: | Harwood Lloyd, LLC |
| Address: | 130 Main Street |
| | Hackensack, NJ 07601 |
| Telephone/Fax: | 201-359-3530 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Daniel Stephens and Putnam County in the above entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: October 3, 2011 ~~September 12, 2011~~

UNITED STATES DISTRICT COURT
JUDGE KENNETH M. KARAS

1817774-1