UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LINDA MCGARR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY<br><br>Defendants. | STIPULATION PURSUANT TO FRCP 41 DISCONTINUING PLAINTIFF'S ACTION AND DEFENDANTS' CROSS-CLAIMS WITH PREJUDICE AGAINST DEFENDANTS WESTCHESTER COUNTY, LOUIS ROH AND MILLARD HYLAND ONLY<br><br>No. 07-CV-9488 (KMK)(GAY) |

---

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) among the undersigned, the attorneys of record for the plaintiff Linda McGarr and the defendants City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, Daniel Stephens, Louis Roh and Millard Hyland, that whereas no party hereto in an infant or incompetent person for whom a committee or conservatee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action including all cross-claims be, and the same hereby is discontinued with prejudice as to the settling defendants, Westchester County, Louis Roh and Millard Hyland only, without costs to the settling parties as against the others. All cross-claims asserted by the settling defendants Westchester County, Louis Roh and Millard Hyland are discontinued with prejudice.

1

3392900.1

The signing of this stipulation shall not operate to waive or diminish the right of the defendants, City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, Daniel Stephens and Putnam County to seek an apportionment of liability against Westchester County, Louis Roh and Millard Hyland. This stipulation may be filed without further notice with the Clerk of the Court.

This agreement may be executed in counterparts.

Dated: White Plains, New York
July 22, 2011

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: _____
Lalit K. Loomba, Esq.
Attorneys for Defendants
City of Peekskill, David Levine, Thomas McIntyre and
Walter Brovarski
3 Gannett Drive
White Plains, New York 10604
(914)323-7000


EMERY CELLI BRINCKERHOFF & ABADY, LLP

By: _____
Diane L. Houk, Esq.
Attorneys for Plaintiff Linda McGaarr
75 Rockefeller Plaza
New York, New York 10019
(212)763-5000

BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
Peter Harrington, Esq.
Attorneys for Defendant, Louis Roh
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700

2

3392900.1

STILLMAN FRIEDMAN & SCHECHIMAN, P.C.

By:_____
    James Mitchell, Esq.
    Attorneys for Defendant Eugene Tumolo
    425 Park Avenue
    New York, New York 10022
    (212) 223-0200

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER, LLP

By: *[signature]*
    Stuart E. Kahan, Esq. of counsel to Westchester
    County Attorney Robert F. Meehan, Attorneys for
    Defendants Westchester County and Millard
    Hyland
    120 Bloomingdale Road, Suite 100
    White Plains, New York 10605
    (914) 422-3900

GELARDI & RANDAZZO, LLP

By:_____
    Vincent Garlardi, Esq.
    Attorneys for Defendants Putnam County
      and Daniel Stephens
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 251-0603

HARWOOD LLOYD, LLC

By:_____
    Robert Dellocate, Esq.
    Attorneys for Defendants Putnam County and
      and Daniel Stephens
    130 Main Street
    Hackensack, New Jersey 07601
    (210) 487-1080

The signing of this stipulation shall not operate to waive or diminish the right of the defendants, City of Peekskill, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, Daniel Stephens and Putnam County to seek an apportionment of liability against Westchester County, Louis Roh and Millard Hyland. This stipulation may be filed without further notice with the Clerk of the Court.

This agreement may be executed in counterparts.

Dated: White Plains, New York
July 22, 2011

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: *[signature]*
Lalit K. Loomba, Esq.
Attorneys for Defendants
City of Peekskill, David Levine, Thomas McIntyre and
Walter Brovarski
3 Gannett Drive
White Plains, New York 10604
(914)323-7000


EMERY CELLI BRINCKERHOFF & ABADY, LLP

By: *[signature]*
Diane L. Houk, Esq.
Attorneys for Plaintiff Linda McGaarr
75 Rockefeller Plaza
New York, New York 10019
(212)763-5000


BLEAKLEY PLATT & SCHMIDT, LLP

By:_____
Peter Harrington, Esq.
Attorneys for Defendant, Louis Roh
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700

2

3392900.1

STILLMAN FRIEDMAN & SCHECHIMAN, P.C.

By:_____
    James Mitchell, Esq.
    Attorneys for Defendant Eugene Tumolo
    425 Park Avenue
    New York, New York 10022
    (212) 223-0200

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER, LLP

By:_____
    Stuart E. Kahan, Esq. of counsel to Westchester
    County Attorney Robert F. Meehan, Attorneys for
    Defendants Westchester County and Millard
    Hyland
    120 Bloomingdale Road, Suite 100
    White Plains, New York 10605
    (914) 422-3900

GELARDI & RANDAZZO, LLP

By: /s/ _____
    Vincent Gelardi, Esq.
    Attorneys for Defendants Putnam County
      and Daniel Stephens
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 251-0603

HARWOOD LLOYD, LLC

By:_____
    Robert Dellocate, Esq.
    Attorneys for Defendants Putnam County and
      and Daniel Stephens
    130 Main Street
    Hackensack, New Jersey 07601
    (210) 487-1080

3

3392900.1

STILLMAN FRIEDMAN & SCHECHIMAN, P.C.

By:_____
James Mitchell, Esq.
Attorneys for Defendant Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER, LLP

By:_____
Stuart E. Kahan, Esq. of counsel to Westchester
County Attorney Robert F. Meehan, Attorneys for
Defendants Westchester County and Millard
Hyland
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900

GELARDI & RANDAZZO, LLP

By:_____
Vincent Garlardi, Esq.
Attorneys for Defendants Putnam County
    and Daniel Stephens
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 251-0603

HARWOOD LLOYD, LLC

By:_____
Robert Dellocate, Esq.
Attorneys for Defendants Putnam County and
    and Daniel Stephens
130 Main Street
Hackensack, New Jersey 07601
(210) 487-1080

3

STILLMAN FRIEDMAN & SCHECHTMAN, P.C.

By: _____
James Mitchell, Esq.
Attorneys for Defendant Eugene Tumolo
425 Park Avenue
New York, New York 10022
(212) 223-0200

OXMAN TULIS KIRKPATRICK WHYATT & GEIGER, LLP

By: _____
Stuart E. Kahan, Esq. of counsel to Westchester
County Attorney Robert F. Meehan, Attorneys for
Defendants Westchester County and Millard
Hyland
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900

GELARDI & RANDAZZO, LLP

By: _____
Vincent Garlardi, Esq.
Attorneys for Defendants Putnam County
    and Daniel Stephens
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 251-0603

HARWOOD LLOYD, LLC

By: _____
Robert Dellocate, Esq.
Attorneys for Defendants Putnam County and
    and Daniel Stephens
130 Main Street
Hackensack, New Jersey 07601
(210) 487-1080

U.S.D.J.

10/5/11

3

3392900.1