UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LINDA McGARR,

    Plaintiff,         Docket No.: 07 CV 9488

                  NOTICE OF APPEARANCE

 -against-

CITY OF PEEKSKILL, PUTNAM COUNTY,
DAVID LEVINE, THOMAS McINTYRE,
WALTER BROVARSKI, EUGENE TUMOLO,
JOHN AND JANE DOE, SUPERVISORS
DANIEL STEPHENS, LOUIS ROH, AND
MILLARD HYLAND,

    Defendants.
------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, That Thomas A. Martin, Esq., a member of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Third Party Defendant, THE TRAVELERS INDEMNITY COMPANY, as successor-in-interest by merger of GULF INSURANCE COMPANY s/h/a THE TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.


Dated: New York, New York
    October 17, 2011

                  By: _____
                  Thomas A. Martin, Esq.
                  PUTNEY, TWOMBLY, HALL & HIRSON LLP
                  *Attorneys for Plaintiffs*
                  521 Fifth Avenue
                  New York, New York 10175
                  (212) 682-0020
                  E-mail: tmartin@putneylaw.com