UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LINDA McGARR,

                Plaintiff,           Docket No.: 07 CV 9488 (KMK)(GAY)

                                                            **Fed. R. Civ. P. 7.1 STATEMENT**

-against-

CITY OF PEEKSKILL, ET AL,

                Defendants.
----------------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. 7.1, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for The Travelers Indemnity Company, As Successor-In-Interest By Merger Of Gulf Insurance Company (s/h/a The Travelers Indemnity Company As Successor-In-Interest to Gulf Insurance Company) certifies that The Travelers Indemnity Company is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family.  No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Dated: New York, New York
October 19, 2011

                                       PUTNEY TWOMBLY HALL & HIRSON LLP

                                       By _____
                                       Thomas A. Martin
                                       521 Fifth Avenue New York, New York 10175
                                       Telephone: (212) 682-0020
                                       Telefax:   (212) 682-9380
                                       *Attorneys for Defendant,*
                                       *The Travelers Indemnity Company*

TO:    Eric J. Hecker
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, New York 10019
*Attorneys for Plaintiff*

Barry C. Scheck
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, New York 10019
*Attorneys for Plaintiff*

William Gorman Passannante
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
*Attorneys for Defendant City of Peekskill*

Peter Alexander Meisels
Wilson Elser, Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604
*Attorneys for Defendant City of Peekskill*

Stuart Evan Kahan
Oxman Tulis Kirpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, New York 10605
*Attorneys for Defendant Westchester County*

Joseph F. Mahoney
County Attorney, County of Orange, New York
Law Department, 225 Main Street
Goshen, New York 10924
*Attorney for Movant M.D. Charles Catanese*

John Martin Flannery
Wilson Elser Moskowitz Edelman & Dicker LLP
1010 Washington Blvd.
Stamford, Connecticut 06901
*Attorneys for Defendant David Levine*

James Alfred Mitchell
Stillman, Friendman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022
*Attorneys for Defendant Eugene Tumolo*

Robert Meade
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, New York 10601
*Attorneys for Defendant Louis Roh*

Kathryn Elena Leone
Office of the Attorney General
New York State
120 Broadway
New York, New York 10271
*Attorney for Defendant New York State Department of Health*

James A. Randazzo
Gelardi & Randazzo LLO
800 Westchester Avenue
Suite S-608
Rye Brooke, New York 10573
*Attorneys for Cross Claimant Daniel Stephens*

Darcy Ibach
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Suite 300
Chicago, Illinois 60661
*Attorneys for Westport Insurance Company, As Successor-In-Interest to North River Insurance Company*

*North River Insurance Company*

*Westport Insurance Company, as Successor-In-Interest to International Insurance Company*

TIG Insurance Company
250 Commercial Street
Suite 5000
Manchester, New Hampshire 03101
*TIG Insurance Company, as a Successor-In-Interest to International Insurance Company*

Patrick T. Walsh
Jill A. Kaplan
Hinkhouse Williams Walsh LLP
180 Stetson Avenue
Suite 3400 Chicago, Illinois 60601
*Attorneys for Underwriters at*
*Lloyd's London*
*CX Reinsurance Company Limited, as*
*Successor-In-Interest to CAN International Reinsurance*
*Company*

*CS Reinsurance Company Limited, as*
*Successor-In-Interest to CNA,*
*Reinsurance of London, Limited*
*Sphere Drake Insurance PLC*

*United National Insurance Company*

ACE INA Ins. Co. of North America
436 Walnut Street
Philadelphia, PA 19106
*Illinois Union Insurance Company*

Travelers Indemnity Company
One Tower Square
Hartford, Connecticut 06183
*Travelers Indemnity Company,*
*As Successor-In-Interest to Gulf Insurance Company*

Karen M. Dixon
Meckler Bulger Tilson Marick & Pearson
123 N. Wacker Dr. Suite 1800
Chicago, Illinois 60606
*Attorneys for American Motorists Insurance*
*Company, as Successor-in-Interest to American*
*Protection Insurance Company, and*
*American Motorists Insurance Company, as*
*Successor-In-Interest to Specialty National Insurance*
*Company*

Harco National Insurance Company
702 Oberlin Road
Raleigh, North Carolina 27605

Illinois National Insurance Company
300 South Riverside Plaza
Suite 2100
Chicago, Illinois 60606

Steven J. Fried
Clausen Miller PC
One Chase Manhattan Plaza
39th Floor
New York, New York 10005
*Markel American Insurance Company*