UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA MCGARR,

       Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMASMCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

       Defendants.

CV-07-9488(KMK)(GAY)
ECF CASE

**Rule 7.1 Statement**

CITY OF PEEKSKILL,

       Third-Party Plaintiff,

-against-

WESTPORT INSURANCE COMPANY as Successor-in-interest to NORTH RIVER INSURANCE COMPANY,

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

*Caption continued on next page*

> *Caption continued from previous page*
>
> CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,
>
> CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED
>
> SPHERE DRAKE INSURANCE PLC,
>
> ILLINOIS UNION INSURANCE COMPANY,
>
> UNITED NATIONAL INSURANCE COMPANY,
>
> TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,
>
> AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,
>
> AMERICAN MOTORIST INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,
>
> HARCO NATIONAL INSURANCE COMPANY,
>
> ILLINOIS NATIONAL INSURANCE COMPANY, and
>
> MARKEL AMERICAN INSURANCE COMPANY,
>
>                       Third-Party Defendants

## RULE 7.1 CORPORATE DISCLOSURE OF RIVERSTONE (UK) LIMITED, AS SUCCESSOR-IN-INTEREST TO SPHERE DRAKE INSURANCE LIMITED (FORMERLY KNOWN AS SPHERE DRAKE INSURANCE PLC), CX REINSURANCE COMPANY LIMITED, AS SUCCESSOR-IN-INTEREST TO CNA INTERNATIONAL REINSURANCE COMPANY, CX REINSURANCE COMPANY LIMITED, AS SUCCESSOR-IN-INTEREST TO CNA REINSURANCE OF LONDON, LIMITED, AND UNITED NATIONAL INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for RiverStone (UK) Limited, as successor-in-interest to Sphere Drake Insurance Limited (formerly known as Sphere Drake Insurance PLC); CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company; CX Reinsurance Company Limited, as successor-in-interest to CNA Reinsurance of London, Limited; and United National Insurance Company (as to Policy Numbers CP62686; CPD62686; CP62831; and CPD62831 only, as identified on Exhibit A to City of Peekskill's Third Party Complaint), certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

> RiverStone Insurance (UK) Limited ("RIUK") is the successor-in-interest to Sphere Drake Insurance Limited (formerly known as Sphere Drake Insurance PLC), which is registered in the United Kingdom. RIUK is a subsidiary of RiverStone Holdings Limited, also registered in the United Kingdom. RiverStone Holdings Limited is ultimately owned by Fairfax Financial Holdings Limited, which is registered in Canada and publicly traded on the Toronto Stock Exchange. RiverStone Management Limited is the authorized run-off agent of RIUK and is also a wholly-owned subsidiary of Fairfax Financial Holdings Limited;

> The business of Syndicate 376 was reinsured to close into Syndicate 3500 with effect from January 1, 2011. RiverStone Corporate Capital Limited is the sole corporate member of Syndicate 3500, and RiverStone Managing Agency Limited is the managing agent of Syndicate 3500. Both are wholly-owned subsidiaries of Fairfax

Financial Holdings Limited, which is registered in Canada and publicly traded on the Toronto Stock Exchange;

CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company and as successor-in-interest to CNA Reinsurance of London, Limited, is managed by Tawa Management Limited, a United Kingdom company, and is a partly-owned subsidiary of Tawa PLC. Tawa PLC is incorporated in the United Kingdom and publicly traded on the London Stock Exchange;

All outstanding shares of United National Insurance Company are owned by American Insurance Service, Inc., a corporation domiciled in the Commonwealth of Pennsylvania. American Insurance Service, Inc. is ultimately owned by Global Indemnity Services, Ltd., which is domiciled in Ireland and publicly traded on NASDAQ. United National Insurance Company owns 100% of the common stock of Diamond State Insurance Company, 100% of common stock of Penn Independent Corporation, and 2.2% of the common stock of Penn-America Group, Inc.

October 20, 2011					Respectfully Submitted,



					___s/ Matthew B. Anderson_____

					MENDES & MOUNT



Patrick T. Walsh, # 6202062		Matthew B. Anderson #MA9145
Bradley Klein # 6300224			MENDES & MOUNT LLP
HINKHOUSE WILLIAMS WALSH LLP	750 Seventh Avenue
180 N. Stetson Ave., Suite 3400		New York, New York 10019
Chicago, IL  60601			Phone: (212) 261-8412
Phone: (312) 784-5400


4844-5050-2156, v. 1