## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

**JEFFREY DESKOVIC,**                            Attorney: **Anderson Kill & Olick, P.C.**
                                                          1251 Avenue of the Americas
                            Plaintiff(s),                 42nd Floor
                                                          New York, New York 10020
**CITY OF PEEKSKILL, PUTNAM COUNTY, ET AL.,**             212-278-1000

                            Defendant(s).        **Civil Action No.: CV-07-8150 (KMK)(GAY)**
----------------------------------------------------------------X
**LINDA MCGARR,**
                            Plaintiff(s),

**CITY OF PEEKSKILL, WESTCHESTER COUNTY, ET AL.,**

                            Defendant(s).        **Civil Action No.: CV-07-9488 (KMK)(GAY)**

----------------------------------------------------------------X

**CITY OF PEEKSKILL,**
                            Third-Party Plaintiff(s),

**WESTPORT INSURANCE COMPANY, ET AL.,**

                            Third-Party Defendant(s).   **Civil Action No.: CV-07-9488 (KMK)(GAY)**
----------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, October 12, 2011, at 9:45 A.M. deponent **served** the within two (2) **Summons** and **Third Party Complaint** which was endorsed with the Civil Action No.: CV-07-8150; two (2) **Summons** and **Third Party Complaint** which was endorsed with the Civil Action No.: CV-07-9488; and **Order** dated September 19, 2011 in both above-captioned actions and included a check for $40.

Upon:          **Illinois Union Insurance Company**
Located at:    c/o State of New York, Insurance Department, Superintendent of Insurance, 25 Beaver Street,
               4th Floor, New York, New York 10004

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Illinois Union Insurance Company** c/o State of New York, Insurance Department, Superintendent of Insurance, **personally**, deponent knew said corporation so served to be the corporation described in said Third Party Summons in a Civil Action and knew said individual to be **Dora Lewis** – Legal Assistant, thereof and she stated that she was authorized to accept service of process for Illinois Union Insurance Company, c/o State of New York, Insurance Department, Superintendent of Insurance

Dora Lewis' Description: African American, Black Skin, Female, Black Hair, 45 Years Old, 5'4" and 125 Lbs

**Corey Guskin**

License # 1094475

Sworn to before me this 21st day of October, 2011

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires Nov.1 20 14