# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT                                    SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

**JEFFREY DESKOVIC,**                                            Attorney: **Anderson Kill & Olick, P.C.**
                                                                 1251 Avenue of the Americas
        Plaintiff(s),                                       42nd Floor
                                                                 New York, New York 10020
**CITY OF PEEKSKILL, PUTNAM COUNTY, ET AL.,**                    212-278-1000

        Defendant(s).                                       **Civil Action No.: CV-07-8150 (KMK)(GAY)**
---------------------------------------------------------X

**LINDA MCGARR,**

        Plaintiff(s),

**CITY OF PEEKSKILL, WESTCHESTER COUNTY, ET AL.,**

        Defendant(s).                                       **Civil Action No.: CV-07-9488 (KMK)(GAY)**
---------------------------------------------------------X

**CITY OF PEEKSKILL,**

        Third-Party Plaintiff(s),

**WESTPORT INSURANCE COMPANY, ET AL.,**

        Third-Party Defendant(s).                          **Civil Action No.: CV-07-9488 (KMK)(GAY)**
---------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, October 12, 2011, at 9:45 A.M. deponent **served** the within two (2) copies of **Summons** and **Third Party Complaint** which was endorsed with the Civil Action No.: CV-07-8150; two (2) copies of **Summons** and **Third Party Complaint** which was endorsed with the Civil Action No.: CV-07-9488; and **Order** dated September 19, 2011 in both above-captioned actions and included a check for $40.

Upon:      **United National Insurance Company**
Located at:  c/o State of New York, Insurance Department, Superintendent of Insurance, 25 Beaver Street, 4th Floor, New York, New York 10004

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **United National Insurance Company** c/o State of New York, Insurance Department, Superintendent of Insurance, **personally**, deponent knew said corporation so served to be the corporation described in said Third Party Summons in a Civil Action and knew said individual to be **Dora Lewis** – Legal Assistant, thereof and she stated that she was authorized to accept service of process for United National Insurance Company, c/o State of New York, Insurance Department, Superintendent of Insurance

Dora Lewis' Description: African American, Black Skin, Female, Black Hair, 45 Years Old, 5'4" and 125 Lbs

                                             **Corey Guskin**

                                             License # 1094475

Sworn to before me this 21st day of October, 2011

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires Nov, 1 20 14