**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LINDA MCGARR,

       Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMASMCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

       Defendants.

CITY OF PEEKSKILL,

       Third-Party Plaintiff,

-against-

WESTPORT INSURANCE COMPANY as Successor-in-interest to NORTH RIVER INSURANCE COMPANY,

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

*Caption continued on next page*

CV-07-9488(KMK)(GAY)

**MOTION FOR ADMISSION PRO HAC VICE**



> **Caption continued from previous page**
>
> CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,
>
> CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED
>
> SPHERE DRAKE INSURANCE PLC,
>
> ILLINOIS UNION INSURANCE COMPANY,
>
> UNITED NATIONAL INSURANCE COMPANY,
>
> TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,
>
> AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,
>
> AMERICAN MOTORIST INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,
>
> HARCO NATIONAL INSURANCE COMPANY,
>
> ILLINOIS NATIONAL INSURANCE COMPANY, and
>
> MARKEL AMERICAN INSURANCE COMPANY,
>
>       Third-Party Defendants

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Patrick T. Walsh, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants, Certain Underwriters at Lloyd's, London; CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company; CX Reinsurance Company Limited, as successor-in-interest to CNA Reinsurance of London, Limited; RiverStone (UK) Limited, as successor-in-interest to Sphere Drake

Insurance Limited (formerly known as Sphere Drake Insurance PLC); and United National Insurance Company (as to Policy Numbers CP62686; CPD62686; CP62831; and CPD62831 only, as identified on Exhibit A to City of Peekskill's Third Party Complaint) in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 18, 2011   Respectfully Submitted,

_____
Applicant Signature

| | |
|---|---|
| Applicant's Name: | Patrick T. Walsh |
| Firm Name: | Hinkhouse Williams Walsh LLP |
| Address: | 180 N. Stetson Ave., Suite 3400 |
| City/State/Zip: | Chicago, Illinois 60601 |
| Telephone/Fax: | (312) 784-5400/(312) 784-5499 |
| E-Mail: | pwalsh@hww-law.com |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Patrick T. Walsh

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1989 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, October 14, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA MCGARR,

                       Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMASMCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

                       Defendants.

CV-07-9488(KMK)(GAY)

**ORDER FOR ADMISSION
PRO HAC VICE**

CITY OF PEEKSKILL,

                       Third-Party Plaintiff,

-against-

WESTPORT INSURANCE COMPANY as Successor-in-interest to NORTH RIVER INSURANCE COMPANY,

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

*Caption continued on next page*

> *Caption continued from previous page*
>
> CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,
>
> CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED
>
> SPHERE DRAKE INSURANCE PLC,
>
> ILLINOIS UNION INSURANCE COMPANY,
>
> UNITED NATIONAL INSURANCE COMPANY,
>
> TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,
>
> AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,
>
> AMERICAN MOTORIST INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,
>
> HARCO NATIONAL INSURANCE COMPANY,
>
> ILLINOIS NATIONAL INSURANCE COMPANY, and
>
> MARKEL AMERICAN INSURANCE COMPANY,
>
>         Third-Party Defendants

The motion of Patrick T. Walsh, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Illinois; and that his contact information is as follows:

Applicant's Name:     Patrick T. Walsh

Firm Name:            Hinkhouse Williams Walsh LLP

Address:              180 N. Stetson Ave., Suite 3400

City/State/Zip:       Chicago, Illinois 60601

Telephone/Fax:        (312) 784-5400/(312) 784-5499

E-Mail:               pwalsh@hww-law.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants, Certain Underwriters at Lloyd's, London; CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company; CX Reinsurance Company Limited, as successor-in-interest to CNA Reinsurance of London, Limited; RiverStone (UK) Limited, as successor-in-interest to Sphere Drake Insurance Limited (formerly known as Sphere Drake Insurance PLC); and United National Insurance Company (as to Policy Numbers CP62686; CPD62686; CP62831; and CPD62831 only, as identified on Exhibit A to City of Peekskill's Third Party Complaint) in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____        _____
                                          United States District/Magistrate Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motions for Admission Pro Hac Vice, Certificates of Admission to the Bar of Illinois, and proposed Orders for Admission Pro Hac Vice have been served via the United States mail, postage prepaid, upon all counsel of record:

| | |
|---|---|
| William G. Passannante, Esq.<br>Raymond A. Mascia, Jr., Esq.<br>Vianny M. Pichardo, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Darcy Ibach, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>50 West Adams Street<br>Suite 300<br>Chicago, IL 60661 |
| Karen M. Dixon, Esq.<br>Meckler Bulger Tilson Marick & Pearson<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606 | David M. Dolendi, Esq.<br>Jessika Joora Moon, Esq. Sedgwick, Detert, Moran & Arnold LLP<br>One North Wacker Drive, Suite 4200<br>Chicago, IL 60606-2841 |
| Thomas Martin, Esq.<br>Putney Twombly Hall & Hirson LLP<br>521 Fifth Avenue<br>New York, NY 10175 | David J. Kuffler, Esq.<br>D'Amato & Lynch, LLP<br>Two World Financial Center<br>New York, NY 10281 |
| Janet P. Ford, Esq.<br>White Fleischner & Fino, LLP<br>61 Broadway, 18th Floor<br>New York, NY 10006 | TIG Insurance Company<br>250 Commercial Street, Suite 5000<br>Manchester, NH 03101 |
| Illinois Union Insurance Company<br>436 Walnut Street<br>Philadelphia, PA 19106 | Markel American Insurance Co.<br>N14 W2380 Stone Ridge Drive<br>Waukesha, Wisconsin 53188 |

New York, New York, this 20th day of October, 2011.

_____
Lisa Fresolone