UNITED STATES DISTRICT COURT
For the
Southern District of New York

| | |
|---|---|
| LINDA McGARR,<br>      Plaintiff,<br>v.<br><br>CITY OF PEEKSKILL,<br>      Defendant, third-Party Plaintiff,<br>v.<br>WESTPORT INSURANCE COMPANY,<br><br>      Third-Party Defendant, | )<br>)<br>)  Civil Action No. CV-07-9488<br>)  (KMK)(GAY)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

TO:    The Clerk of Court and all parties of record

Please take notice, that Stephanie A. Nashban, a member of Lewis Brisbois Bisgaard & Smith LLP, being admitted or otherwise authorized to practice before this Court, hereby appears in this case as counsel for: Third Party Defendant Westport Insurance Corporation (improperly titled as Westport Insurance Company), Third Party Defendant Westport Insurance Corporation as Successor-In-Interest to North River Insurance Company and Third Party Defendant Westport Insurance Corporation as Successor-In-Interest to International Insurance Company, and requests that a copy of all papers in this action be served upon the undersigned at the address stated below and served on Darcy L. Ibach, Lewis Brisbois Bisgaard & Smith LLP, 550 W. Adams, Suite 300, Chicago, IL 60661.

Dated:  New York, New York
         October 24, 2011

                                            Stephanie A. Nashban (SN-6806)
                                            Lewis Brisbois Bisgaard & Smith LLP
                                            77 Water Street - Suite 2100
                                            NY, NY 10005
                                            (212) 232-1300
                                            (212) 232-1399 *(FAX)*
                                            nashban@lbbslaw.com

4831-0963-5596.1

Darcy L. Ibach
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams – suite 300
Chicago, Illinois  60661
(312) 463-3339
(312) 345-1778 (fax)
dibach@lbbslaw.com

4831-0963-5596.1