UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEFFREY DESKOVIC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. CV-07-8150 |
| | ) | (KMK)(GAY) |
| CITY OF PEEKSKILL, et al. | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | Civil Action No. CV-07-9488 |
| LINDA MCGARR, | ) | |
| Plaintiff, | ) | |
| v. | ) | Fed. R. Civ. Pro. Rule 7.1 |
| CITY OF PEEKSKILL, et al. | ) | Disclosure Statement |
| Defendants. | ) | |

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendants Westport Insurance Corporation, Westport Insurance Corporation as Successor-In-Interest to North River Insurance Company and Westport Insurance Corporation as Successor-In-Interest to International Insurance Company on the policies enumerated in the Third Party Complaint as North River Insurance Policy FTZ51121, FTZ51144 and 503-086942-8 and International Insurance Company Policy 531-001915-2, certifies the following corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

1. Westport Insurance Corporation, a Missouri Corporation, is owned by
2. Swiss Re Corporate Solutions American Holding Corporation, a Delaware Corporation, which is owned by
3. Swiss Re Corporate Solutions Ltd., a Swiss Corporation, which is owned by
4. Swiss Reinsurance Company Ltd, a Swiss Corporation, which is owned by
5. Swiss Re Ltd., a publicly traded corporation on the Swiss SIX stock exchange.

Dated: New York, New York
October 25, 2011

By: _____
Stephanie A. Nashban
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Westport Insurance Corporation*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
nashban@lbbslaw.com

4828-0998-5804.1

Darcy L. Ibach
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street – Suite 300
Chicago, IL   60661
(312) 463-3339
(312) 345-1778
dibach@lbbslaw.com

4828-0998-5804.1