UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA MCGARR,

                        Plaintiff,

-against-

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMASMCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

                        Defendants.

CITY OF PEEKSKILL,

                        Third-Party Plaintiff,

-against-

WESTPORT INSURANCE COMPANY as Successor-in-interest to NORTH RIVER INSURANCE COMPANY,

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

       *Caption continued on next page*

CV-07-9488(KMK)(GAY)

**ORDER FOR ADMISSION
PRO HAC VICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

| **Caption continued from previous page** |
|---|
| CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY, |
| CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED |
| SPHERE DRAKE INSURANCE PLC, |
| ILLINOIS UNION INSURANCE COMPANY, |
| UNITED NATIONAL INSURANCE COMPANY, |
| TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, |
| AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY, |
| AMERICAN MOTORIST INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY, |
| HARCO NATIONAL INSURANCE COMPANY, |
| ILLINOIS NATIONAL INSURANCE COMPANY, and |
| MARKEL AMERICAN INSURANCE COMPANY, |
| Third-Party Defendants |

The motion of Patrick T. Walsh, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Illinois; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Patrick T. Walsh |
| Firm Name: | Hinkhouse Williams Walsh LLP |
| Address: | 180 N. Stetson Ave., Suite 3400 |
| City/State/Zip: | Chicago, Illinois 60601 |
| Telephone/Fax: | (312) 784-5400/(312) 784-5499 |
| E-Mail: | pwalsh@hww-law.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants, Certain Underwriters at Lloyd's, London; CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company; CX Reinsurance Company Limited, as successor-in-interest to CNA Reinsurance of London, Limited; RiverStone (UK) Limited, as successor-in-interest to Sphere Drake Insurance Limited (formerly known as Sphere Drake Insurance PLC); and United National Insurance Company (as to Policy Numbers CP62686; CPD62686; CP62831; and CPD62831 only, as identified on Exhibit A to City of Peekskill's Third Party Complaint) in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 10/25/11

United States District/Magistrate Judge