**NEUFELD SCHECK & BRUSTIN, LLP**
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

| | |
|---|---|
| Peter J. Neufeld<br>Barry C. Scheck<br>Nick Brustin<br>Debi Cornwall | Johnnie L. Cochran, Jr.<br>(1937-2005) |

Anna Benvenutti Hoffmann
Emma Freudenberger
Chloe Cockburn
Sandy Henderson
Vanessa Buch

October 25, 2011

**Via UPS Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

**RE:** *Deskovic v. City of Peekskill, et al.*, **07-CV-8150 (KMK)(GAY)**
*McGarr v. City of Peekskill, et al.*, **07-CV-9488(KMK)(GAY)**

Dear Judge Karas,

I write to request a one-week extension of the due date for Plaintiff's Opposition to Defendant Stephens and Putnam County's motion for summary judgment. Due to recent personal circumstances affecting one associate and my impending trial date, it will be difficult for us to finalize the response by the current due date of October 31, 2011. Counsel for Linda McGarr also join in this request. Defense counsel Mr. Gelardi and Mr. Delicate have consented to the extension, on the understanding that the time for their reply would also be extended. Under the new schedule, Plaintiff's motion will be due November 7, and Defendants' motion will be due December 12.

Thank you in advance for your consideration of this request.

Respectfully Submitted,

_____
Nick Brustin

NEUFELD SCHECK & BRUSTIN, LLP
Attorneys for Plaintiff Jeffrey Deskovic

Granted.

So Ordered.

10/26/11

1

CC (via email):

Vincent Gelardi
vg@vincentgelardi.com
Gelardi & Randazzo, LLP
800 Westchester Ave., Suite S-608
Rye Brook, NY 10573

Robert Delicate
rdelicate@harwoodlloyd.com
Wellinghorst & Fronzuto
4 Franklin Ave.
Ridgewood, New Jersey 07450

Diane L. Houk
dhouk@ecbalaw.com
Debra L. Greenberger
dgreenberger@ecbalaw.com
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019