UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEFFREY DESKOVIC,

                       Plaintiff,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS ROH,
MILLARD HYLAND, PETER INSERO and
LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

                       Defendants.
------------------------------------------------------------------------X
LINDA MCGARR,

                       Plaintiff,

vs.

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN AND JANE
DOE SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, AND MILLARD HYLAND,

                       Defendants.
------------------------------------------------------------------------X
CITY OF PEEKSKILL,

                       Third-Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY as
successor-in-interest to NORTH RIVER
INSURANCE COMPANY, NORTH RIVER INSURANCE
COMPANY, TIG INSURANCE COMPANY, as successor-
in-interest to INTERNATIONAL INSURANCE COMPANY,
WESTPORT INSURANCE COMPANY as successor-in-
*caption continued on next page*

**NOTICE OF APPEARANCE**

07-CV-9488 (KMK) (GAY)

*caption continued from previous page*

interest to INTERNATIONAL INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED, SPHERE DRAKE INSURANCE PLC, ILLINOIS UNION INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, AMERICAN MOTORIST INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY, AMERICAN MOTORIST INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY, HARCO NATIONAL INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY, and MARKEL AMERICAN INSURANCE COMPANY,

       Third-Party Defendants.
-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT**, that the undersigned attorneys hereby appear as attorneys of record for Third-Party Defendant MARKEL AMERICAN INSURANCE COMPANY and further requests that copies of all papers in these actions be served upon the undersigned attorneys of record at the address set forth below.

Dated: Hawthorne, New York
   October 31, 2011

          TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
          *Attorneys for Third-Party Defendant*
          *Markel American Insurance Company*

         By: _____
          Meryl R. Lieberman (MRL 7317)
          Sheryl A. Bruzzese (SAB 5680)
          Mid-Westchester Executive Park
          Seven Skyline Drive
          Hawthorne, New York 10532
          Tel. No. (914) 347-2600

-3-

TO:

    COCHRAN, NEUFELD & SCHECK, LLP
*Attorneys for Plaintiff Jeffrey Deskovic*
99 Hudson Street
New York, New York 10013
Barry C. Scheck, Esq.
Tel. No.: (212) 965-9081
Fax No.: (212) 965-9084

    EMERY CELLI BRINCKERHOFF & ABADY, LLP
*Attorneys for Plaintiff Linda McGarr*
75 Rockerfeller Plaza, 20th Floor
New York, New York 10019
Eric J. Hecker, Esq.
Tel No.: (212) 763-5000
Fax No.: (212) 763-5001

    ANDERSON KILL & OLICK P.C.
*Attorneys for Defendant / Third-Party Plaintiff, City of Peekskill*
1251 Avenue of the Americas
New York, New York 10020
William G. Passannante, Esq.
Tel. No.: (212) 278-1000
Fax No.: (212) 278-1733
wpassannante@andersonkill.com

    WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604
Peter A. Meisels
Tel No.: (914) 323-7000
Fax No.: (914) 323-7001
peter.meisels@wilsonelser.com

    GELARDI & RANDAZZO, LLP
*Attorneys for Defendant Daniel Stephens*
800 Wstchester Avenue, Suite S-608
Rye Brooke, New York 10573
James A. Randazzo, Esq.
Tel. No.: (914) 328-5590
Fax No.: (914) 328-5591

LEWIS BRISBOIS BISGAARD
& SMITH, LLP
*Attorneys for Third-Party Defendants*
*Westport Insurance Company as successor-*
*in interest to North River Insurance Company,*
*North River Insurance Company, and Westport*
*Insurance Company as successor-in-interest to*
*International Insurance Company*
550 West Adams Street
Suite 300
Chicago, Illinois 60661
Darcy Ibach, Esq.
Tel. No.: (312) 463-3339
dibach@lbbslaw.com
77 Water Street, Suite 2100
New York, New York 10005
Stephanie A. Nashban, Esq.
Tel. No.: (212) 232-1300
nashban@lbbslaw.com

TIG INSURANCE CO.
250 Commercial Street, Suite 5000
Manchester, New Hampshire 03101-1116
Tel. No.: (603) 656-2233

HINKHOUSE WILLIAMS WALSH LLP
*Attorneys for Third-party Defendants*
*Underwriters at Lloyd's, London, CX Reinsurance*
*Company Limited as successor-in-interest to*
*CNA International Reinsurance Company, CX*
*Reinsurance Company Limited as successor-in-*
*interest ro CNA Reinsurance of London, Limited,*
*Riverstone (UK) Limited as successor-in-interest*
*to Sphere Drake Insurance Limited (Formerly*
*known as Sphere Drake Insurance PLC); and*
*United National Insurance Company (as to*
*policy numbers CP62686; CPD62686;*
*CP62831; and CPD62831 only)*
180 North Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Patrick T. Wash, Esq.
Bradley Klein, Esq.
Tel No.: (312) 784-5400
pwalsh@HWW-LAW.com
Bklein@HWW-LAW.com

SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorneys for Third-Party Defendant United Insurance Company*
125 Broad Street, 39th Floor
New York, New York 10004-2400
Jessica J. Moon, Esq.
Tel No.: (212) 422-0202
One North Wacker Drive
Suite 4200
Chicago, Illinois 60606-2841
Tel. No.: (312) 641-9050

D'AMATO & LYNCH, LLP
*Attorneys for Third-Party Defendant Illinois National Insurance Company*
Two World Financial Center
New York, New York 10281
David J. Kuffler, Esq.
Tel.No.: (212) 269-0927

MECKLER BULGER TILSON MARICK & PEARSON
*Attorneys for Third-party Defendants American Motorist Insurance Company as successor-in-interest to American Protection Insurance Company, and American Motorist Insurance Company as successor-in-interest to Specialty National Insurance Company*
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Karen M. Dixon, Esq.
Tel. No.: (312) 474-7913
Fax No.: (312) 474-7898
Anthony R. Ganbardella, Esq.
RIVKIN RADLER
926 RXR Plaza
Uniondale, New York 11556-0926
Tel No.: (515) 357-3091
Fax No.: (516) 357-3333

WHITE FLEISCHNER & FINO, LLP
*Attorneys for Third-Party Defendant Harco National Insurance Company*
61 Broadway, 18th Floor
New York, New York 10006
Janet P. Ford, Esq.
Tel. No.: (212) 487-9700
jford@wff-law.com

-6-

PUTNEY TWONBLY HALL
& HIRSON LLP
*Attorneys for Third-Party*
*Defendant Travelers Indemnity*
*Company as successor-in-interest to*
*Gulf Insurance Company*
521 Fifth Avenue
New York, New York 10175
Thomas Martin, Esq.
Tel No.: (212) 682-0020 Ext. 203
tmartin@putneylaw.com