## CERTIFICATE OF SERVICE

I, Meryl R. Lieberman, an attorney, certify that on October 31, 2011, the below listed party(ies) in this action, were served at the address' listed below, such address' designated by said attorney for that purpose via **regular mail and ECF: NOTICE OF APPEARANCE.**

To:    COCHRAN, NEUFELD & SCHECK, LLP
*Attorneys for Plaintiff Jeffrey Deskovic*
99 Hudson Street
New York, New York 10013
Barry C. Scheck, Esq.
Tel. No.: (212) 965-9081
Fax No.: (212) 965-9084

EMERY CELLI BRINCKERHOFF & ABADY, LLP
*Attorneys for Plaintiff Linda McGarr*
75 Rockerfeller Plaza, 20th Floor
New York, New York 10019
Eric J. Hecker, Esq.
Tel No.: (212) 763-5000
Fax No.: (212) 763-5001

ANDERSON KILL & OLICK P.C.
*Attorneys for Defendant / Third-Party Plaintiff, City of Peekskill*
1251 Avenue of the Americas
New York, New York 10020
William G. Passannante, Esq.
Tel. No.: (212) 278-1000
Fax No.: (212) 278-1733
wpassannante@andersonkill.com


WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604
Peter A. Meisels
Tel No.: (914) 323-7000
Fax No.: (914) 323-7001
peter.meisels@wilsonelser.com

GELARDI & RANDAZZO, LLP
*Attorneys for Defendant Daniel Stephens*
800 Wstchester Avenue, Suite S-608
Rye Brooke, New York 10573
James A. Randazzo, Esq.

Tel. No.: (914) 328-5590
Fax No.: (914) 328-5591


LEWIS BRISBOIS BISGAARD
& SMITH, LLP
*Attorneys for Third-Party Defendants*
*Westport Insurance Company as successor-*
*in interest to North River Insurance Company,*
*North River Insurance Company, and Westport*
*Insurance Company as successor-in-interest to*
*International Insurance Company*
550 West Adams Street
Suite 300
Chicago, Illinois 60661
Darcy Ibach, Esq.
Tel. No.: (312) 463-3339
dibach@lbbslaw.com
77 Water Street, Suite 2100
New York, New York 10005
Stephanie A. Nashban, Esq.
Tel. No.: (212) 232-1300
nashban@lbbslaw.com


TIG INSURANCE CO.
250 Commercial Street, Suite 5000
Manchester, New Hampshire 03101-1116
Tel. No.: (603) 656-2233

HINKHOUSE WILLIAMS WALSH LLP
*Attorneys for Third-party Defendants*
*Underwriters at Lloyd's, London, CX Reinsurance*
*Company Limited as successor-in-interest to*
*CNA International Reinsurance Company, CX*
*Reinsurance Company Limited as successor-in-*
*interest ro CNA Reinsurance of London, Limited,*
*Riverstone (UK) Limited as successor-in-interest*
*to Sphere Drake Insurance Limited (Formerly*
*known as Sphere Drake Insurance PLC); and*
*United National Insurance Company (as to*
*policy numbers CP62686; CPD62686;*
*CP62831; and CPD62831 only)*
180 North Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Patrick T. Wash, Esq.
Bradley Klein, Esq.

Tel No.: (312) 784-5400
pwalsh@HWW-LAW.com
Bklein@HWW-LAW.com


SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorneys for Third-Party Defendant United Insurance Company*
125 Broad Street, 39th Floor
New York, New York 10004-2400
Jessica J. Moon, Esq.
Tel No.: (212) 422-0202
One North Wacker Drive
Suite 4200
Chicago, Illinois 60606-2841
Tel. No.: (312) 641-9050

D'AMATO & LYNCH, LLP
*Attorneys for Third-Party Defendant Illinois National Insurance Company*
Two World Financial Center
New York, New York 10281
David J. Kuffler, Esq.
Tel No.: (212) 269-0927

MECKLER BULGER TILSON MARICK & PEARSON
*Attorneys for Third-party Defendants American Motorist Insurance Company as successor-in-interest to American Protection Insurance Company, and American Motorist Insurance Company as successor-in-interest to Specialty National Insurance Company*
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Karen M. Dixon, Esq.
Tel. No.: (312) 474-7913
Fax No.: (312) 474-7898
Anthony R. Ganbardella, Esq.
RIVKIN RADLER
926 RXR Plaza
Uniondale, New York 11556-0926
Tel No.: (515) 357-3091
Fax No.: (516) 357-3333

WHITE FLEISCHNER & FINO, LLP
*Attorneys for Third-Party Defendant Harco National Insurance Company*
61 Broadway, 18th Floor

New York, New York 10006
Janet P. Ford, Esq.
Tel. No.: (212) 487-9700
jford@wff-law.com

PUTNEY TWONBLY HALL
& HIRSON LLP
*Attorneys for Third-Party
Defendant Travelers Indemnity
Company as successor-in-interest to
Gulf Insurance Company*
521 Fifth Avenue
New York, New York 10175
Thomas Martin, Esq.
Tel No.: (212) 682-0020 Ext. 203
tmartin@putneylaw.com

Dated: Hawthorne, New York
October 31, 2011

        TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
        *Attorneys for Third-Party Defendant
        Markel American Insurance Company*

By: _____
        Meryl R. Lieberman (ML 7317)
        Mid-Westchester Executive Park
        7 Skyline Drive
        Hawthorne, New York 10532
        (T) (914) 347-2600
        (F) (914) 347-8898