UNITED STATES DISTRICT COURT
For the
Southern District of New York

| | |
|---|---|
| LINDA McGARR, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. CV-07-9488 |
| ) | (KMK)(GAY) |
| CITY OF PEEKSKILL, ) | |
| Defendant, third-Party Plaintiff, ) | |
| v. ) | MOTION FOR ADMISSION |
| WESTPORT INSURANCE COMPANY, ) | PRO HAC VICE ON |
| Third-Party Defendant, ) | WRITTEN MOTION |

**TO:** See Attached Service List

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Eastern and Southern Districts of New York, I, Darcy L. Ibach, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Third-Party Defendant Westport Insurance Corporation (improperly titled as Westport Insurance Company), Third-Party Defendant Westport Insurance Corporation, as Successor-In-Interest to North River Insurance Company, and Third-Party Defendant Westport Insurance Corporation as Successor-In-Interest to International Insurance Company in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 26, 2011

Respectfully Submitted,

_____
Darcy L. Ibach
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorney for Westport Insurance Corporation, et al.*

550 W. Adams Street – Suite 300
Chicago, IL 60661
(312) 463-3339
(312) 345-1778 fax
dibach@lbbslaw.com

4830-7242-0621.1

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Darcy Lynn Ibach

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, October 28, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
For the
Southern District of New York

| | |
|---|---|
| LINDA McGARR,<br>　　　　Plaintiff,<br>v.<br>CITY OF PEEKSKILL,<br>　　　　Defendant, third-Party Plaintiff,<br>v.<br>　　　　Third-Party Defendant, | )<br>)<br>)　Civil Action No. CV-07-9488<br>)　(KMK)(GAY)<br>)<br>)<br>)<br>) |

CERTIFICATION OF SERVICE

TO:   All Counsel of Record

I hereby certify under penalties of perjury as provided by law, that the following:

1. Motion to Admit Pro Hac Vice of Darcy L. Ibach
2. Certificate of Good Standing for Darcy L. Ibach
3. Fee Check and
4. Proposed Order for Admission Pro Hac Vice on Written Motion

were sent to the above attorney and all counsel on the attached service list by depositing the same in the U.S. Mail with proper first-class postage and via Federal Express for the Southern District of New York this 31st day of October, 2011.

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Darcy L. Ibach
　　　　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　　　　*Attorney for Westport Insurance Corporation, et al.*

550 W. Adams St. Suite 300
Chicago, IL 60661
(312) 463-3339
(312) 345-1778
dibach@lbbslaw.com

SERVICE LIST

**Plaintiff, Jeffrey Deskovic**
Barry C. Scheck
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013
(212) 965-9081
(212) 965-9084 (fax)

**Plaintiff, Linda McGarr**
Eric J. Hecker
Emery Celli Brinckerhoff & Abady LLP
75 Rockerfeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000
(212) 763-5001 (fax)

**Defendant/Third Party Plaintiff**
William Gorman Passannante
Anderson Kill & Olick P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 (fax)
email: wpassannante@andersonkill.com

Peter Alexander Meisels
Wilson Elser Moskowitz Edelman & Dicker LLP
(White Plains)
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
(914) 323-7001 (fax)
email: peter.meisels@wilsonelser.com

**Cross-Claimant Daniel Stephens**
James A. Randazzo
Gelardi & Randazzo LLO
800 Westchester Ave, Suite S-608
Rye Brooke, NY 10573
(914) 328-5590
(914) 328-5591 fax
jrandazzo@gandrlaw.com

**Westport Insurance Corporation,
Westport Insurance Corporation
As Successor-In-Interest to
North River Insurance Company and
Westport Insurance Corporation
As Successor-In-Interest to
International Insurance Company**

Stephanie A. Nashban
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street – Suite 2100
New York, New York 10005
(212) 232-1300
snashban@lbbslaw.com

Darcy L. Ibach
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street – Suite 300
Chicago, IL 60661
(312) 463-3339
(312) 345-1778 (fax)
dibach@lbbslaw.com

**TIG Insurance Company, as a
Successor-In-Interest to
International Insurance Company**

TIG Insurance Co.
250 Commercial St. Suite 5000
Manchester, NH 03101-1116
(603) 656-2233

**Underwriters at Lloyd's London**

**CX Reinsurance Company Limited, as
Successor-In-Interest to CNA Intl.
Reinsurance Company**

**CX Reinsurance Company Limited, as
Successor-In-Interest to CNA
Reinsurance of London, Limited**

Patrick T. Walsh
Jill A. Kaplan
Hinkhouse Williams Walsh LLP
180 Stetson Avenue – Suite 3400

Chicago, Il 60601
pwalsh@hww-law.com
(312) 784-5412
jkaplan@hww-law.com
(312) 784-5421

**United National Insurance Company**
Jessika J. Moon
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

**Illinois Union Insurance Company**

ACE INA Ins. Co. of North America
436 Walnut Street
Philadelphia, PA 19106-3703
(215) 640-1000

**Travelers Indemnity Company as Successor-In-Interest to Gulf Insurance Company**

Thomas A. Martin
Putney Twombly Hall & Hirson LLP
521 5th Avenue
New York, New York 10175
(212) 682-0200

**American Motorists Insurance Company, as Successor-In-Interest to American Protection Insurance Company, American Motorists Insurance Company, as Successor-In-Interest to Speciality National Insurance Company**

Karen M. Dixon
Meckler Bulger Tilson Maric & Pearson
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Karen.Dixon@mbtlaw.com
(312) 474-7913
(312) 474-7898 (fax)

Anthony R. Gambardella
Rivkin Radler

Long Island
926 RXR Plaza
Uniondale, NY 11556-0926
(515) 357-3091
(516) 357-3333 (fax)
anthony.gambardella@rivkin.com

**Harco National Insurance Company**

Harco National Insurance Company
702 Oberlin Road
Raleigh, NC 27605

**Illinois National Insurance Company**
Illinois National Insurance Co.
300 S. Riverside Plaza – Suite 2100
Chicago, IL 60606-6613

**Markel American Insurance Company**
Steven J. Fried
Clausen Miller PC
One Chase Manhattan Plaza – 39th Floor
New York, New York 10005
sfried@clausen.com
(212) 805-3920