UNITED STATES DISTRICT COURT
For the
Southern District of New York

| | |
|---|---|
| LINDA McGARR, )<br>        Plaintiff, )<br>v. )<br> )<br>CITY OF PEEKSKILL, )<br>        Defendant, third-Party Plaintiff, )<br>v. )<br>WESTPORT INSURANCE COMPANY, )<br>        Third-Party Defendant, ) | Civil Action No. CV-07-9488<br>(KMK)(GAY)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE ON<br>WRITTEN MOTION |

The motion of Darcy L. Ibach for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Illinois; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Darcy L. Ibach |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 550 W. Adams Street – Suite 300 |
| City/State/Zip: | Chicago, IL 60661 |
| Telephone/Fax: | (312) 463-3339  (312) 345-1778 fax |
| E-Mail: | dibach@lbbslaw.com |

Applicant having requested admission Pro Hac Vice to appear as counsel for Third-Party Defendants, Westport Insurance Corporation, Westport Insurance Corporation as Successor-In-Interest to North River Insurance Company and Westport Insurance Corporation as Successor-In-Interest to International Insurance Company (collectively "Westport");

**IT IS HEREBY ORDERED THAT:** Darcy L. Ibach, Lewis Brisbois Bisgaard & Smith LLP, 550 West Adams Street, Suite 300, Chicago, IL 60661, 312-463-3339, is admitted to practice *pro hac vice* as counsel for Westport in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

4816-8810-3693.1

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York

~~October~~ November 4, 2011

SO ORDERED:

_____
United States District Judge

4816-8810-3693.1