UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA MCGARR,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF PEEKSKILL, et al.,<br><br>     Defendants,<br><br>v.<br><br>WESTPORT INSURANCE COMPANY, et al.<br><br>     Third party Defendants. | Civil Action No. CV-07-9488 (KMK)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that the undersigned attorneys, being duly admitted to practice before this Court, do hereby enter an appearance for Third-party Defendant Illinois Union Insurance Company in the above-captioned action and request that a copy of all papers in this action be served upon the undersigned at the address set forth below.

Dated: November 7, 2011

**CLYDE & CO US LLP**

By: _____/s/ Marianne May_____
    Daren S. McNally
    Marianne May
    200 Campus Drive, Suite 300
    Florham Park, NJ 07932
    (973) 210-6700

    Attorneys for Third-party Defendant
    Illinois Union Insurance Company

594985v1

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a true and correct copy of the foregoing has been served on counsel of record via the Court's electronic filing system (ECF), this 7th day of November, 2011.

*/s/ Marianne May* (MM7717)