UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>        Defendants. | Index No. CV-07-8150 (KMK)(GAY)<br><br><br><br>**STIPULATION** |
| LINDA MCGARR,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND,<br><br>        Defendants. | Index No. CV-07-9488 (KMK)(GAY)<br><br> |
| CITY OF PEEKSKILL,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>WESTPORT INSURANCE COMPANY as successor-in-interest to NORTH RIVER INSURANCE COMPANY,<br><br>*Caption continued on next page* | |

nydocs1-976902.2

*Caption continued from previous page*

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE COMPANY,

TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,

*Caption continued on next page*

| |
|---|
| *Caption continued from previous page* <br><br> HARCO NATIONAL INSURANCE COMPANY, <br><br> ILLINOIS NATIONAL INSURANCE COMPANY, and <br><br> MARKEL AMERICAN INSURANCE COMPANY, <br><br>                            Third-Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned attorneys, in light of Judge Karas' court ordered mediation to take place December 1, 2011 (and possibly December 2, 2011), the parties agree as follows:

1. The time for Third-Party Defendants Westport Insurance Company as successor-in-interest to North River Insurance Company and as a successor-in-interest to International Insurance Company; North River Insurance Company; TIG Insurance Company as a successor-in-interest to International Insurance Company; Underwriters at Lloyd's, London; CX Reinsurance Company Limited as successor-in-interest to CNA International Reinsurance Company and CNA Reinsurance of London, Limited; Sphere Drake Insurance PLC; Illinois Union Insurance Company; United National Insurance Company; Travelers Indemnity Company as successor-in-interest to Gulf Insurance Company; American Motorists Insurance Company as successor-in-interest to American Protection Insurance Company and Specialty National Insurance Company; Harco National Insurance Company; Illinois National Insurance Company; and, Markel American Insurance Company (collectively, the "Third-Party Defendants") to appear, and to move or answer in connection with the third-party complaints filed in the above captions actions, is extended to January 6, 2012.

2. There have been no previous requests for extensions.

3. This Stipulation may be signed in counterparts with all counterparts together constituting one complete Stipulation.

4. Signatures received by facsimile or e-mail shall be deemed an original for purposes of this Stipulation.

5. Third-Party Defendants reserve all rights to request the Court to grant further extensions.

*[signatures pages to follow]*

| | |
|---|---|
| Dated: OCTOBER ___, 2011 | DATED: OCTOBER ___, 2011 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ANDERSON KILL & OLICK, PC |
| By: _____<br>DARCY IBACH<br>550 WEST ADAMS STREET<br>SUITE 300<br>CHICAGO, ILLINOIS 60661<br>DIBACH@LBBSLAW.COM<br>TEL: (312) 463-3339 | By: _____<br>WILLIAM G. PASSANNANTE<br>STEVEN J. PUDELL<br>VIANNY M. PICHARDO<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10020<br>WPASSANNANTE@ANDERSONKILL.COM<br>SPUDELL@ANDERSONKILL.COM<br>VPICHARDO@ANDERSONKILL.COM<br>TEL: (212) 278-1000 |
| **ATTORNEYS FOR THIRD-PARTY DEFENDANTS WESTPORT INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO NORTH RIVER INSURANCE COMPANY; NORTH RIVER INSURANCE COMPANY; AND WESTPORT INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL INSURANCE COMPANY** | **ATTORNEYS FOR THIRD-PARTY PLAINTIFF CITY OF PEEKSKILL** |

nydocs1-976902.2

| | | | |
|---|---|---|---|
| Dated: | October ___, 2011 | Dated: | October ___, 2011 |
| | HINKHOUSE WILLIAMS WALSH LLP | | MECKLER BULGER TILSON MARICK & PEARSON |
| By: | _____ | By: | _____ |
| | PATRICK T. WALSH | | KAREN M. DIXON |
| | BRADLEY KLEIN | | 123 N. WACKER DR. SUITE 1800 |
| | 180 NORTH STETSON AVENUE | | CHICAGO, ILLINOIS 60606 |
| | SUITE 3400 | | KAREN.DIXON@MBTLAW.COM |
| | CHICAGO, ILLINOIS 60601 | | TEL: (312) 474-7900 |
| | PWALSH@HWW-LAW.COM | | |
| | BKLEIN@HWW-LAW.COM | | |
| | TEL: (312) 784-5400 | | |

ATTORNEYS FOR THIRD-PARTY DEFENDANTS UNDERWRITERS AT LLOYD'S, LONDON; CX REINSURANCE COMPANY LIMITED AS SUCCESSOR-IN-INTEREST TO CNA INTERNATIONAL REINSURANCE COMPANY; CX REINSURANCE COMPANY LIMITED AS SUCCESSOR-IN-INTEREST TO CNA REINSURANCE OF LONDON, LIMITED; RIVERSTONE (UK) LIMITED, AS SUCCESSOR-IN-INTEREST TO SPHERE DRAKE INSURANCE LIMITED (FORMERLY KNOWN AS SPHERE DRAKE INSURANCE PLC); AND UNITED NATIONAL INSURANCE COMPANY (AS TO POLICY NUMBERS CP62686; CPD62686; CP62831; AND CPD62831 ONLY)

ATTORNEYS FOR THIRD-PARTY DEFENDANTS AMERICAN MOTORISTS INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO AMERICAN PROTECTION INSURANCE COMPANY; AND AMERICAN MOTORISTS INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO SPECIALTY NATIONAL INSURANCE COMPANY

Dated: October ___, 2011

    SEDGWICK, DETERT, MORAN
    & ARNOLD LLP

By: _____
    DAVID M. DOLENDI
    JESSIKA JOORA MOON
    SEDGWICK, DETERT, MORAN
    & ARNOLD LLP
    ONE NORTH WACKER DRIVE
    SUITE 4200
    CHICAGO, IL 60606-2841
    DAVID.DOLENDI@SEDGWICKLAW.COM
    JESSIKA.MOON@SEDGWICKLAW.COM
    Tel: (312) 641-9050

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT UNITED NATIONAL
    INSURANCE COMPANY

Dated: October ___, 2011

    PUTNEY TWOMBLY HALL
    & HIRSON LLP

By: _____
    THOMAS MARTIN
    521 FIFTH AVENUE
    NEW YORK, NEW YORK 10175
    TMARTIN@PUTNEYLAW.COM
    TEL: (212) 682-0020 EXT. 203

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT TRAVELERS
    INDEMNITY COMPANY AS
    SUCCESSOR-IN-INTEREST TO GULF
    INSURANCE COMPANY

Dated: October ___, 2011

    D'AMATO & LYNCH, LLP

By: _____
    DAVID J. KUFFLER
    TWO WORLD FINANCIAL CENTER
    NEW YORK, NEW YORK 10281
    DKUFFLER@DAMATO-LYNCH.COM
    TEL: (212) 269-0927

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT ILLINOIS NATIONAL
    INSURANCE COMPANY

Dated: October ___, 2011

    WHITE FLEISCHNER & FINO, LLP

By: _____
    JANET P. FORD, ESQ.
    61 BROADWAY, 18TH FLOOR
    NEW YORK, NEW YORK 10006
    JFORD@WFF-LAW.COM
    TEL: (212) 487-9700

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT HARCO NATIONAL
    INSURANCE COMPANY

DATED: OCTOBER ___, 2011                    DATED: OCTOBER ___, 2011

       TIG INSURANCE COMPANY AS                    ILLINOIS UNION INSURANCE
       SUCCESSOR-IN-INTEREST TO                    COMPANY
       INTERNATIONAL INSURANCE
       COMPANY

BY: _____          BY: _____
       REPRESENTATIVE:                              REPRESENTATIVE:

       250 COMMERCIAL STREET                        436 WALNUT STREET
       SUITE 5000                                   PHILADELPHIA, PA 19106-3703
       MANCHESTER, NH 03101-1116                    WWW.ACEUSA.COM
       WWW.TIGSPECIALTY.COM                         TEL: (215) 640-1000
       TEL: (603) 656-2233

       **THIRD-PARTY DEFENDANT TIG**                **THIRD-PARTY DEFENDANT ILLINOIS**
       **INSURANCE COMPANY AS**                     **UNION INSURANCE COMPANY**
       **SUCCESSOR-IN-INTEREST TO**
       **INTERNATIONAL INSURANCE**
       **COMPANY**


DATED: OCTOBER ___, 2011

       MARKEL AMERICAN INSURANCE
       COMPANY

BY: _____
       REPRESENTATIVE:

       N14 W2380 STONE RIDGE DRIVE
       WAUKESHA, WISCONSIN 53188
       WWW.MARKELCORP.COM
       TEL: (262) 548-9880

       **THIRD-PARTY DEFENDANT MARKEL**
       **AMERICAN INSURANCE**
       **COMPANY**

DATED: OCTOBER ___, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

DATED: OCTOBER 25, 2011

Clyde + Co US LLP
~~ILLINOIS UNION INSURANCE COMPANY~~

BY: _____/s/ M. May_____
REPRESENTATIVE: Marianne May

436 WALNUT STREET          200 Campus Dr.,
PHILADELPHIA, ~~PA 19106-3703~~  Suite 300
WWW.ACE~~USA~~.COM          Florham Park NJ
TEL: ~~(215) 640-1000~~          07932

Attorneys for          973-210-6700
THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY


DATED: OCTOBER ___, 2011

MARKEL AMERICAN INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

N14 W2380 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY

SO ORDERED this ___ day of _____, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

DATED: OCTOBER 21, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: *[signature]*

REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

**THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY** AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

DATED: OCTOBER ___, 2011

ILLINOIS UNION INSURANCE
COMPANY

BY: _____

REPRESENTATIVE:

436 WALNUT STREET
PHILADELPHIA, PA 19106-3703
WWW.ACEUSA.COM
TEL: (215) 640-1000

**THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY**

DATED: OCTOBER ___, 2011

MARKEL AMERICAN INSURANCE
COMPANY

BY: _____

REPRESENTATIVE:

N14 W2380 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

**THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY**

**SO ORDERED** this ___ day of _____, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

-8-

DATED: OCTOBER ___, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

DATED: OCTOBER ___, 2011

ILLINOIS UNION INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

436 WALNUT STREET
PHILADELPHIA, PA 19106-3703
WWW.ACEUSA.COM
TEL: (215) 640-1000

THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY

DATED: OCTOBER ___, 2011

*Counsel for*
MARKEL AMERICAN INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:
Meryl R. Lieberman
N14 W23800 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

*Attorneys For*
THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY

TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, New York 10532
Tel (914) 347-2600
Fax (914) 347-8898

SO ORDERED this 7th day of November, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

-8-

nydocs1-976902.2