

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>   Defendants. | Index No. CV-07-8150 (KMK)(GAY)<br><br><br><br><br><br><br><br>**STIPULATION** |
| LINDA MCGARR,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND,<br><br>   Defendants. | Index No. CV-07-9488 (KMK)(GAY) |
| CITY OF PEEKSKILL,<br><br>   Third-Party Plaintiff,<br><br>vs.<br><br>WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY,<br><br>*Caption continued on next page* | |

nydocs1-976902.2

*Caption continued from previous page*

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE CORPORATION as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE COMPANY,

TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,

*Caption continued on next page*

> *Caption continued from previous page*
>
> HARCO NATIONAL INSURANCE COMPANY,
>
> ILLINOIS NATIONAL INSURANCE COMPANY, and
>
> MARKEL AMERICAN INSURANCE COMPANY,
>
> > Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned attorneys, in light of Judge Karas' court ordered mediation to take place December 1, 2011 (and possibly December 2, 2011), the parties agree as follows:

1. The time for Third-Party Defendants Westport Insurance Corporation as successor-in-interest to North River Insurance Company and as a successor-in-interest to International Insurance Company; North River Insurance Company; TIG Insurance Company as a successor-in-interest to International Insurance Company; Underwriters at Lloyd's, London; CX Reinsurance Company Limited as successor-in-interest to CNA International Reinsurance Company and CNA Reinsurance of London, Limited; Sphere Drake Insurance PLC; Illinois Union Insurance Company; United National Insurance Company; Travelers Indemnity Company as successor-in-interest to Gulf Insurance Company; American Motorists Insurance Company as successor-in-interest to American Protection Insurance Company and Specialty National Insurance Company; Harco National Insurance Company; Illinois National Insurance Company; and, Markel American Insurance Company (collectively, the "Third-Party Defendants") to appear, and to move or answer in connection with the third-party complaints filed in the above captions actions, is extended to January 6, 2012.

2. There have been no previous requests for extensions.

3. This Stipulation may be signed in counterparts with all counterparts together constituting one complete Stipulation.

4. Signatures received by facsimile or e-mail shall be deemed an original for purposes of this Stipulation.

5. Third-Party Defendants reserve all rights to request the Court to grant further extensions.

*[signatures pages to follow]*

Dated: O~~CTOBER~~ *November* 3, 2011                    DATED: O~~CTOBER~~ *November* 3, 2011

LEWIS BRISBOIS BISGAARD                    ANDERSON KILL & OLICK, PC
& SMITH LLP

By: /s/ Darcy Ibach                        By: /s/ Vianny Pichardo
DARCY IBACH                                WILLIAM G. PASSANNANTE
550 WEST ADAMS STREET                      STEVEN J. PUDELL
SUITE 300                                  VIANNY M. PICHARDO
CHICAGO, ILLINOIS 60661                    1251 AVENUE OF THE AMERICAS
DIBACH@LBBSLAW.COM                         NEW YORK, NEW YORK 10020
TEL: (312) 463-3339                        WPASSANNANTE@ANDERSONKILL.COM
                                           SPUDELL@ANDERSONKILL.COM
                                           VPICHARDO@ANDERSONKILL.COM
                                           TEL: (212) 278-1000

ATTORNEYS FOR THIRD-PARTY                  ATTORNEYS FOR THIRD-PARTY
DEFENDANTS WESTPORT *Corporation*          PLAINTIFF CITY OF PEEKSKILL
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO NORTH             *on policies: FTZ 5112/*
RIVER INSURANCE COMPANY; ~~NORTH RIVER INSURANCE~~   *FTZ 61144*
~~COMPANY;~~ AND                           *FTZ 5D3-076 942-8*
WESTPORT INSURANCE
*Corporation* COMPANY AS SUCCESSOR-IN-
INTEREST TO INTERNATIONAL
INSURANCE COMPANY *on policy 531-0014 15-2*

-5-

| | | | |
|---|---|---|---|
| Dated: | October 20, 2011 | Dated: | October ___, 2011 |
| | HINKHOUSE WILLIAMS WALSH LLP | | MECKLER BULGER TILSON MARICK & PEARSON |
| By: | _____ | By: | _____ |
| | PATRICK T. WALSH<br>BRADLEY KLEIN<br>180 NORTH STETSON AVENUE<br>SUITE 3400<br>CHICAGO, ILLINOIS 60601<br>PWALSH@HWW-LAW.COM<br>BKLEIN@HWW-LAW.COM<br>TEL: (312) 784-5400 | | KAREN M. DIXON<br>123 N. WACKER DR. SUITE 1800<br>CHICAGO, ILLINOIS 60606<br>KAREN.DIXON@MBTLAW.COM<br>TEL: (312) 474-7900 |
| | ATTORNEYS FOR THIRD-PARTY DEFENDANTS UNDERWRITERS AT LLOYD'S, LONDON; CX REINSURANCE COMPANY LIMITED AS SUCCESSOR-IN-INTEREST TO CNA INTERNATIONAL REINSURANCE COMPANY; CX REINSURANCE COMPANY LIMITED AS SUCCESSOR-IN-INTEREST TO CNA REINSURANCE OF LONDON, LIMITED; RIVERSTONE (UK) LIMITED, AS SUCCESSOR-IN-INTEREST TO SPHERE DRAKE INSURANCE LIMITED (FORMERLY KNOWN AS SPHERE DRAKE INSURANCE PLC); AND UNITED NATIONAL INSURANCE COMPANY (AS TO POLICY NUMBERS CP62686; CPD62686; CP62831; AND CPD62831 ONLY) | | ATTORNEYS FOR THIRD-PARTY DEFENDANTS AMERICAN MOTORISTS INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO AMERICAN PROTECTION INSURANCE COMPANY; AND AMERICAN MOTORISTS INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO SPECIALTY NATIONAL INSURANCE COMPANY |

Dated: October ___, 2011

HINKHOUSE WILLIAMS
WALSH LLP

By: _____
PATRICK T. WALSH
BRADLEY KLEIN
180 NORTH STETSON AVENUE
SUITE 3400
CHICAGO, ILLINOIS 60601
PWALSH@HWW-LAW.COM
BKLEIN@HWW-LAW.COM
TEL: (312) 784-5400

ATTORNEYS FOR THIRD-PARTY
DEFENDANTS UNDERWRITERS AT
LLOYD'S, LONDON; CX
REINSURANCE COMPANY
LIMITED AS SUCCESSOR-IN-INTEREST
TO CNA INTERNATIONAL
REINSURANCE COMPANY; CX
REINSURANCE COMPANY
LIMITED AS SUCCESSOR-IN-INTEREST
TO CNA REINSURANCE OF
LONDON, LIMITED; RIVERSTONE
(UK) LIMITED, AS SUCCESSOR-IN-
INTEREST TO SPHERE DRAKE
INSURANCE LIMITED
(FORMERLY KNOWN AS SPHERE
DRAKE INSURANCE PLC); AND
UNITED NATIONAL INSURANCE
COMPANY (AS TO POLICY NUMBERS
CP62686; CPD62686; CP62831; AND
CPD62831 ONLY)

Dated: October 28, 2011

MECKLER BULGER TILSON
MARICK & PEARSON

BY: _[signature]_____
KAREN M. DIXON
123 N. WACKER DR. SUITE 1800
CHICAGO, ILLINOIS 60606
KAREN.DIXON@MBTLAW.COM
TEL: (312) 474-7900

By: _[signature]_____
ARTHUR R. GIAMPIETRO, 926 RXR PLAZA
UNIONDALE, NEW YORK 11553-0926

ATTORNEYS FOR THIRD-PARTY
DEFENDANTS ~~AMERICAN
MOTORISTS INSURANCE
COMPANY AS SUCCESSOR-IN-
INTEREST TO~~ AMERICAN
PROTECTION INSURANCE
COMPANY; AND ~~AMERICAN
MOTORISTS INSURANCE
COMPANY AS SUCCESSOR-IN-
INTEREST TO~~ SPECIALTY
NATIONAL INSURANCE
COMPANY

agiampietro
@rxwon.com
Tel: (516) 357-3021

Dated: October 20, 2011

SEDGWICK, ~~DETERT, MORAN~~
~~& ARNOLD~~ LLP

By: /s/ _____
DAVID M. DOLENDI
JESSIKA JOORA MOON
SEDGWICK, ~~DETERT, MORAN~~
~~& ARNOLD~~ LLP
ONE NORTH WACKER DRIVE
SUITE 4200
CHICAGO, IL 60606-2841
DAVID.DOLENDI@SEDGWICKLAW.COM
JESSIKA.MOON@SEDGWICKLAW.COM
Tel: (312) 641-9050

ATTORNEYS FOR THIRD-PARTY
DEFENDANT UNITED NATIONAL
INSURANCE COMPANY

Dated: October ___, 2011

PUTNEY TWOMBLY HALL
& HIRSON LLP

By: _____
THOMAS MARTIN
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
TMARTIN@PUTNEYLAW.COM
TEL: (212) 682-0020 EXT. 203

ATTORNEYS FOR THIRD-PARTY
DEFENDANT TRAVELERS
INDEMNITY COMPANY AS
SUCCESSOR-IN-INTEREST TO GULF
INSURANCE COMPANY

Dated: October ___, 2011

D'AMATO & LYNCH, LLP

By: _____
DAVID J. KUFFLER
TWO WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
DKUFFLER@DAMATO-LYNCH.COM
TEL: (212) 269-0927

ATTORNEYS FOR THIRD-PARTY
DEFENDANT ILLINOIS NATIONAL
INSURANCE COMPANY

Dated: October ___, 2011

WHITE FLEISCHNER & FINO, LLP

By: _____
JANET P. FORD, ESQ.
61 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10006
JFORD@WFF-LAW.COM
TEL: (212) 487-9700

ATTORNEYS FOR THIRD-PARTY
DEFENDANT HARCO NATIONAL
INSURANCE COMPANY

| Dated: October ___, 2011 | Dated: October ___, 2011 |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP | PUTNEY TWOMBLY HALL & HIRSON LLP |
| By: _____<br>DAVID M. DOLENDI<br>JESSIKA JOORA MOON<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>ONE NORTH WACKER DRIVE<br>SUITE 4200<br>CHICAGO, IL 60606-2841<br>DAVID.DOLENDI@SEDGWICKLAW.COM<br>JESSIKA.MOON@SEDGWICKLAW.COM<br>Tel: (312) 641-9050 | By: _____<br>THOMAS MARTIN<br>521 FIFTH AVENUE<br>NEW YORK, NEW YORK 10175<br>TMARTIN@PUTNEYLAW.COM<br>TEL: (212) 682-0020 EXT. 203 |
| ATTORNEYS FOR THIRD-PARTY DEFENDANT UNITED NATIONAL INSURANCE COMPANY | ATTORNEYS FOR THIRD-PARTY DEFENDANT TRAVELERS INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO GULF INSURANCE COMPANY |
| Dated: October ___, 2011 | Dated: October ___, 2011 |
| D'AMATO & LYNCH, LLP | WHITE FLEISCHNER & FINO, LLP |
| By: /s/ _____<br>DAVID J. KUFFLER<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NEW YORK 10281<br>DKUFFLER@DAMATO-LYNCH.COM<br>TEL: (212) 269-0927 | By: _____<br>JANET P. FORD, ESQ.<br>61 BROADWAY, 18TH FLOOR<br>NEW YORK, NEW YORK 10006<br>JFORD@WFF-LAW.COM<br>TEL: (212) 487-9700 |
| ATTORNEYS FOR THIRD-PARTY DEFENDANT ILLINOIS NATIONAL INSURANCE COMPANY | ATTORNEYS FOR THIRD-PARTY DEFENDANT HARCO NATIONAL INSURANCE COMPANY |

Dated: October ___, 2011

SEDGWICK, DETERT, MORAN
& ARNOLD LLP

By: _____
DAVID M. DOLENDI
JESSIKA JOORA MOON
SEDGWICK, DETERT, MORAN
& ARNOLD LLP
ONE NORTH WACKER DRIVE
SUITE 4200
CHICAGO, IL 60606-2841
DAVID.DOLENDI@SEDGWICKLAW.COM
JESSIKA.MOON@SEDGWICKLAW.COM
Tel: (312) 641-9050

ATTORNEYS FOR THIRD-PARTY
DEFENDANT UNITED NATIONAL
INSURANCE COMPANY


Dated: October 24, 2011

PUTNEY TWOMBLY HALL
& HIRSON LLP

By: _____
THOMAS MARTIN
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
TMARTIN@PUTNEYLAW.COM
TEL: (212) 682-0020 EXT. 203




ATTORNEYS FOR THIRD-PARTY
DEFENDANT TRAVELERS
INDEMNITY COMPANY AS
SUCCESSOR-IN-INTEREST TO GULF
INSURANCE COMPANY


Dated: October ___, 2011

D'AMATO & LYNCH, LLP

By: _____
DAVID J. KUFFLER
TWO WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
DKUFFLER@DAMATO-LYNCH.COM
TEL: (212) 269-0927

ATTORNEYS FOR THIRD-PARTY
DEFENDANT ILLINOIS NATIONAL
INSURANCE COMPANY


Dated: October ___, 2011

WHITE FLEISCHNER & FINO, LLP

By: _____
JANET P. FORD, ESQ.
61 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10006
JFORD@WFF-LAW.COM
TEL: (212) 487-9700

ATTORNEYS FOR THIRD-PARTY
DEFENDANT HARCO NATIONAL
INSURANCE COMPANY

-7-

Dated: October ___, 2011

    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
DAVID M. DOLENDI
JESSIKA JOORA MOON
SEDGWICK, DETERT, MORAN
& ARNOLD LLP
ONE NORTH WACKER DRIVE
SUITE 4200
CHICAGO, IL 60606-2841
DAVID.DOLENDI@SEDGWICKLAW.COM
JESSIKA.MOON@SEDGWICKLAW.COM
Tel: (312) 641-9050

ATTORNEYS FOR THIRD-PARTY
DEFENDANT UNITED NATIONAL
INSURANCE COMPANY


Dated: October ___, 2011

    PUTNEY TWOMBLY HALL & HIRSON LLP

By: _____
THOMAS MARTIN
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
TMARTIN@PUTNEYLAW.COM
TEL: (212) 682-0020 EXT. 203




ATTORNEYS FOR THIRD-PARTY
DEFENDANT TRAVELERS
INDEMNITY COMPANY AS
SUCCESSOR-IN-INTEREST TO GULF
INSURANCE COMPANY


Dated: October ___, 2011

    D'AMATO & LYNCH, LLP

By: _____
DAVID J. KUFFLER
TWO WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
DKUFFLER@DAMATO-LYNCH.COM
TEL: (212) 269-0927

ATTORNEYS FOR THIRD-PARTY
DEFENDANT ILLINOIS NATIONAL
INSURANCE COMPANY


Dated: October 25, 2011

    WHITE FLEISCHNER & FINO, LLP

By: _____
JANET P. FORD, ESQ.
61 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10006
JFORD@WFF-LAW.COM
TEL: (212) 487-9700

ATTORNEYS FOR THIRD-PARTY
DEFENDANT HARCO NATIONAL
INSURANCE COMPANY

nydocs1-976902.2

DATED: OCTOBER 21, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: *[signature]*

REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY as
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

DATED: OCTOBER ___, 2011

ILLINOIS UNION INSURANCE
COMPANY

BY: _____

REPRESENTATIVE:

436 WALNUT STREET
PHILADELPHIA, PA 19106-3703
WWW.ACEUSA.COM
TEL: (215) 640-1000

THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY

DATED: OCTOBER ___, 2011

MARKEL AMERICAN INSURANCE
COMPANY

BY: _____

REPRESENTATIVE:

N14 W23800 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY

SO ORDERED this ___ day of _____, 2011.

_____
The Honorable Kenneth M. Karas
United States District Judge

-8-

DATED: OCTOBER ___, 2011                    DATED: OCTOBER ___, 2011

TIG INSURANCE COMPANY AS                    ILLINOIS UNION INSURANCE
SUCCESSOR-IN-INTEREST TO                    COMPANY
INTERNATIONAL INSURANCE
COMPANY

BY: _____          BY: _____
REPRESENTATIVE:                                 REPRESENTATIVE:

250 COMMERCIAL STREET                       436 WALNUT STREET
SUITE 5000                                  PHILADELPHIA, PA 19106-3703
MANCHESTER, NH 03101-1116                   WWW.ACEUSA.COM
WWW.TIGSPECIALTY.COM                        TEL: (215) 640-1000
TEL: (603) 656-2233

THIRD-PARTY DEFENDANT TIG                   THIRD-PARTY DEFENDANT ILLINOIS
INSURANCE COMPANY AS                        UNION INSURANCE COMPANY
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY


DATED: OCTOBER ___, 2011

*Counsel for*
MARKEL AMERICAN INSURANCE
COMPANY

BY: _/s/ _____
REPRESENTATIVE:
Meryl R. Lieberman
N14 W23800 STONE RIDGE DRIVE               TRAUB LIEBERMAN STRAUSS
WAUKESHA, WISCONSIN 53188                  & SHREWSBERRY LLP
WWW.MARKELCORP.COM                         Mid-Westchester Executive Park
TEL: (262) 548-5880                        7 Skyline Drive
                                           Hawthorne, New York 10532
*Attorneys For*                            Tel (914) 347-2600
THIRD-PARTY DEFENDANT MARKEL               Fax (914) 347-8898
AMERICAN INSURANCE
COMPANY

                                           SO ORDERED this ___ day of _____, 2011.

                                    -8-    _____
nydocs1-976902.2                           The Honorable Kenneth M. Karas
                                           United States District Judge

DATED: OCTOBER ___, 2011

TIG INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

250 COMMERCIAL STREET
SUITE 5000
MANCHESTER, NH 03101-1116
WWW.TIGSPECIALTY.COM
TEL: (603) 656-2233

THIRD-PARTY DEFENDANT TIG
INSURANCE COMPANY AS
SUCCESSOR-IN-INTEREST TO
INTERNATIONAL INSURANCE
COMPANY

DATED: OCTOBER 25, 2011

Clyde + Co US LLP
~~ILLINOIS UNION INSURANCE COMPANY~~

BY: _____/s/ Marianne May_____
REPRESENTATIVE: Marianne May

436 WALNUT STREET          200 Campus Dr.,
PHILADELPHIA, ~~PA 19106-3703~~  Suite 300
~~WWW.ACEUSA.COM~~           Florham Park NJ
~~TEL: (215) 640-1000~~       07932
                             973-210-6700
Attorneys for
THIRD-PARTY DEFENDANT ILLINOIS
UNION INSURANCE COMPANY

DATED: OCTOBER ___, 2011

MARKEL AMERICAN INSURANCE
COMPANY

BY: _____
REPRESENTATIVE:

N14 W23800 STONE RIDGE DRIVE
WAUKESHA, WISCONSIN 53188
WWW.MARKELCORP.COM
TEL: (262) 548-9880

THIRD-PARTY DEFENDANT MARKEL
AMERICAN INSURANCE
COMPANY

SO ORDERED this 16th day of November, 2011.

_____/s/ KMK_____
The Honorable Kenneth M. Karas
United States District Judge

-8-

nydocs1-976902.2