Robert Delicate (RD-7363)
Stephen Wellinghorst (SW-2998)
HARWOOD LLOYD, LLC
*Attorneys for Defendants Daniel Stephens and Putnam County*
350 5th Avenue, 59th Floor, Empire State Building
New York, New York 10118
(201)-359-3530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY<br><br>Defendants. | **DEFENDANT DANIEL STEPHENS<br>NOTICE OF MOTION**<br><br><br>No. 7:07-cv-8150 (KMK) (GAY)<br><br>**ECF Case** |
| LINDA MCGARR<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND<br><br>Defendants. | No. 7:07-cv-09488 (KMK) (GAY)<br><br>**ECF Case** |

PLEASE TAKE NOTICE that, upon the Declaration of Robert L. Delicate, Esq., the exhibits annexed thereto, defendant's Rule 56.1 statement, and the accompanying Memorandum of Law; and upon all other papers and proceedings heretofore had herein, defendant Daniel Stephens and Putnam County, through his attorneys, Harwood Lloyd, LLC, will move this Court before the Honorable Kenneth M. Karas, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, at a date to be determined by the court, for an order pursuant to Fed. R. Civ. P. Rule 56(b), for summary judgment dismissing all claims against the defendants and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
      August 5, 2011

      YOURS, etc.,
      HARWOOD LLOYD, LLC

      By: _____

      Robert Delicate (RD-7363)
      Stephen Wellinghorst (SW-2998)
      *Attorneys for Defendant Daniel Stephens*
      *and Putnam County*
      350 Fifth Avenue, 59th Floor
      Empire State Building
      New York, New York 10118
      (201) 359-3530

TO:

Nick Brustin
nick@nsbcivilrights.com
Chloe Cockburn
chloe@nsbcivilrights.com
Neufeld, Scheck and Brustin LLP
99 Hudson St.
New York, New York 10013

Vincent Gelardi
vg@vincentgelardi.com
Gelardi & Randazzo, LLP
800 Westchester Ave., Suite S-608
Rye Brook, NY 10573

James Mitchell
jmitchell@stillmanfriedman.com
Stillman Friedman and Shechtman, P.C. 425 Park Ave.
New York, NY 10022

Peter Meisels
Peter.meisels@wilsonelser.com
John Flannery
john.flanney@wilsonelser.com
Lalit Loomba
lalit.loomba@wilsonelser.com
Wilson Elser Moskowitz Edelman& Dicker, LLP
3 Gannett Drive
White Plains, NY 10604-3407

William Harrington wpharrington@bpslaw.com
Pete Harrington pharrington@bpslaw.com
Bleakley Platt & Schmidt,
LLP One North Lexington Avenue
White Plains, NY 10601

Stuart Kahan
skahan@oxmanlaw.com
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Rd. White Plains, NY 10605

Diane Houk dhouk@ecbalaw.com
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019