UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA MCGARR,<br><br>    Plaintiff,<br><br> -against-<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, GEORGE BOLEN, LOUIS ROH, and MILLARD HYLAND,<br><br>    Defendants. | 07 CV 9488 (KMK)(GAY) |

### DECLARATION OF DEBRA L. GREENBERGER

DEBRA L. GREENBERGER, an attorney duly admitted to practice in the Southern District of New York, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate at the law firm of Emery Celli Brinckerhoff & Abady LLP, attorneys for Plaintiff Linda McGarr in the above-captioned matter. I submit this declaration in opposition to Defendant Stephens's motion for summary judgment.

2. Plaintiff Linda McGarr incorporates by reference Exhibits 1 to 66 of the Exhibits attached to the Declaration of Chloe Cockburn which was submitted by Plaintiff Jeffrey Deskovic in response to Defendant Stephens's motion for summary judgment in the related action, *Deskovic v. City of Peekskill, et al.*, 07-cv-8150

3. Appended as exhibits hereto are true and correct copies of the following documents:

Excerpts from Deposition transcripts of Jeffrey Deskovic, dated May 10-11, 2010 .......... 67

Excerpts from Deposition transcripts of Linda McGarr, dated October 8, 2009 and December 14, 2009 .................................................................................. 68

Excerpt from 50-H Examination transcript of Jeffrey Deskovic, dated June 28, 2007 .............................................................................................................. 69

Polygraph Background Questionnaire, filled out by Jeffrey Deskovic (CITY00112-13) ...................................................................................... 70

Amended Complaint and Jury Demand in *Restivo v. Nassau County, et. al.*, 06 Civ. 6720, dated March 29, 2007 ......................................................... 71

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2011
New York, New York

*[signature]*

DEBRA L. GREENBERGER