UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
LINDA MCGARR,

                   Plaintiffs ,              **CERTIFICATE OF SERVICE**

     -against-                       No. CV-07-9488 (KMK) (GAY)

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS MCINTYRE, WALTER
BROVARSKI, EUGENE TUMOLO, JOHN
AND JANE DOE SUPERVISORS, DANIEL
STEPHENS, GEORGE BOLEN, LOUIS ROH, and
MILLARD HYLAND,

                    Defendants.
--------------------------------------------------------x

       I, Ravana Tsang, a legal assistant at Emery Celli Brinckerhoff & Abady LLP, hereby affirm under penalty of perjury that I am not a party to this action, am over eighteen (18) years old and reside in the County of Richmond, New York:

       On November 7, 2011, I caused to be served true and accurate copies of **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANT STEPHENS' MOTION FOR SUMMARY JUDGEMENT**, dated November 7, 2011, and **PLAINTIFF'S RESPONSE TO DEFENDANT STEPHENS' RULE 56.1 STATEMENT AND ADDITIONAL FACTS IN STEPHENS' BRIEF AND STATEMENT OF ADDITIONAL MATERIAL DISPUTED FACTS**, dated November 7, 2011 by electronic mail to the undermentioned attorneys set forth below:

       On November 7, 2011, I caused to be served true and accurate copies of **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANT STEPHENS' MOTION FOR SUMMARY JUDGEMENT**, dated November 7, 2011, **DECLARATION OF DEBRA L. GREENBERGER AND ACCOMPANYING EXHIBITS 67-71**, dated November 7, 2011, and **PLAINTIFF'S RESPONSE TO DEFENDANT STEPHENS' RULE 56.1 STATEMENT AND ADDITIONAL FACTS IN STEPHENS' BRIEF AND STATEMENT OF ADDITIONAL MATERIAL DISPUTED FACTS**, dated November 7, 2011 by placing the documents listed above in sealed Federal Express envelope and affixed a pre-paid air bill, and caused the envelope to be delivered to a Federal Express agent for two (2) day delivery to be served upon:

     Robert Delicate
     Harwood Lloyd LLC
     130 Main Street
     Hackensack, NJ 07601
     rdelicate@harwoodlloyd.com

Vincent Gelardi
Gelardi & Randazzo LLP
800 Westchester Avenue, Suite S-608
Rye Brook, NY 10573
vgelardi@gelardirandazzo.com

On November 7, 2011, I caused to be served true and accurate copies of **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANT STEPHENS' MOTION FOR SUMMARY JUDGEMENT**, dated November 7, 2011, **DECLARATION OF DEBRA L. GREENBERGER AND ACCOMPANYING EXHIBITS 67-71**, dated November 7, 2011, and **PLAINTIFF'S RESPONSE TO DEFENDANT STEPHENS' RULE 56.1 STATEMENT AND ADDITIONAL FACTS IN STEPHENS' BRIEF AND STATEMENT OF ADDITIONAL MATERIAL DISPUTED FACTS**, dated November 7, 2011 by electronic mail to the undermentioned attorney set forth below:

Chloe Cockburn
Neufeld Scheck & Brustin LLP
99 Hudson Street, 8th Floor
New York, NY 10031
chloe@nsbcivilrights.com

Dated: November 7, 2011
New York, NY

Ravana Tsang