UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LINDA MCGARR,  Index No. CV-07-9488 (KMK) (GAY)

                      Plaintiff,

         -against-  **DISCLOSURE STATEMENT**

CITY OF PEEKSKILL, et al.,

                      Defendants.

-------------------------------------------------------------------X

CITY OF PEEKSKILL, et al.,

                      Third-Party Plaintiff,

-against-

WESTPORT INSURANCE COMPANY, et al.,

                      Third-Party Defendants.

-------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, and as their Corporate Disclosure Statement, Third Party Defendant American Motorists Insurance Company, as successor in interest to both American Protection Insurance Company and to Specialty National Insurance Company states as follows:

      1.    Lumbermens Mutual Casualty Company is the parent corporation of American Motorists Insurance Company.

      2.    Lumbermens Mutual Casualty Company does not have a parent corporation and is not publicly held.

1

Dated: January 4, 2012				MECKLER BULGER TILSON MARICK
						& PEARSON LLP


						By /s/ Karen M. Dixon

						Karen M. Dixon (admitted *pro hac vice*)
						Meckler Bulger Tilson
						Marick & Pearson LLP
						123 N. Wacker Drive, Suite 1800
						Chicago, IL 60606
						(312) 474-7913 (phone)
						(312) 474-7898 (fax)

						Attorneys for Third-Party Defendant
						American Motorists Insurance Company, as
						successor in interest to both American
						Protection Insurance Company and
						Specialty National Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

      /s/ Karen M. Dixon
Karen M. Dixon
karen.dixon@mbtlaw.com

Karen M. Dixon (admitted *pro hac vice*)
Meckler Bulger Tilson Marick & Pearson LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7913 (phone)
(312) 474-7898 (fax)

3