UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDA MCGARR,

                      Plaintiff,

-against-

CITY OF PEEKSKILL, et. al.,

                      Defendant.
-----------------------------------------------------------------X
CITY OF PEEKSKILL, et. al.

                      Third-Party Plaintiff,

- against –

WESTPORT INSURANCE COMPANY, et. al.,

                      Third-Party Defendants.

-----------------------------------------------------------------X

Index No. CV- 07-9488
(KMK) (GAY)

**NOTICE OF APPEARANCE**

      Please enter my appearance as counsel for Third-Party Defendant, American Motorists Insurance Company, as successor in interest to both American Protection Insurance Company ("AMPICO") and to Specialty National Insurance Company ("SNIC"), collectively "AMICO", in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

      I certify that I am admitted to practice in this Court.

Dated: January 4, 2012

                                    RIVKIN RADLER LLP

                                    By: /s/ Michael Buckley
                                    Michael Buckley
                                    926 RXR Plaza
                                    Uniondale, New York 11556
                                    (516) 357-3000

                                    Attorney for Third-Party Defendant

American Motorists Insurance Company, as
successor in interest to both American Protection
Insurance Company and Specialty
National Insurance Company

2564406 v1