UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____X   No.: CV-07-9488 (KMK)(GAY)
LINDA MCGARR,

                Plaintiff,

vs.

CITY OF PEEKSKILL, WESTCHESTER
COUNTY, DAVID LEVINE, THOMAS
MCINTYRE, WALTER BROVARSKI, EUGENE
TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, AND MILLARD HYLAND,

                Defendants.
_____X
CITY OF PEEKSKILL,

                Third-Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY as
successor-in-interest to NORTH RIVER
INSURANCE COMPANY,

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as successor-in-interest
to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as successor-
in-interest to INTERNATIONAL INSURANCE
COMPANY,

UNDERWRITERS AT LLOYD'S LONDON,

CX REINSURANCE COMPANY LIMITED as
successor-in-interest to CNA INTERNATIONAL
REINSURANCE COMPANY,

CX REINSURANCE COMPANYLIMITED as
successor-in-interest to CNA REINSURANCE
OF LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE COMPANY,

TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,

HARCO NATIONAL INSURANCE COMPANY,

ILLINOIS NATIONAL INSURANCE COMPANY and

MARKEL AMERICAN INSURANCE COMPANY,

           Third-Party Defendants.
_____X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Third-Party Defendant HARCO INSURANCE COMPANY, hereby appears in the above-entitled action, and that the undersigned has been retained as attorney for said defendant and demands that all other papers in this action be served upon the undersigned at the office address stated below or at jford@wff-law.com for all electronic filings.

Dated: New York, New York
       January 6, 2012

                                                Yours, etc.

Yours, etc.

WHITE, FLEISCHNER & FINO

By: _____
Janet P. Ford
Attorneys for Third-Party Defendant
HARCO INSURANCE COMPANY
61 Broadway –18th Floor
New York, New York 10006
212-487-9700
Our File No.: 344-15971