UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____X   No.: CV-07-8150 (KMK)(GAY)
JEFFREY DESKOVIC,

                Plaintiff,                 **DISCLOSURE STATEMENT**

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, PETER INSERO, and
LEGAL AID SOCIETY OF WESTCHESTER
COUNTY

                Defendants.
_____X
LINDA MCGARR,                            No. 07-CV-9488 (KMK)(GAY)

                Plaintiff,

vs.

CITY OF PEEKSKILL, WESTCHESTER
COUNTY, DAVID LEVINE, THOMAS
MCINTYRE, WALTER BROVARSKI, EUGENE
TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, AND MILLARD HYLAND,

                Defendants.
_____X
CITY OF PEEKSKILL,

                Third-Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY as
successor-in-interest to NORTH RIVER
INSURANCE COMPANY,

NORTH RIVER INSURANCE COMPANY,

TIG INSURANCE COMPANY as success-in-interest to INTERNATIONAL INSURANCE COMPANY,

WESTPORT INSURANCE COMPANY as successor-in-interest to INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S LONDON,

CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANYLIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED,

SPHERE DRAKE INSURANCE PLC,

ILLINOIS UNION INSURANCE COMPANY,

UNITED NATIONAL INSURANCE COMPANY,

TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY,

AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY,

HARCO NATIONAL INSURANCE COMPANY,

ILLINOIS NATIONAL INSURANCE COMPANY and

MARKEL AMERICAN INSURANCE COMPANY,

               Third-Party Defendants.
_____X

HARCO NATIONAL INSURANCE COMPANY, ("HARCO"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provides the following disclosure:

Bermuda-based IAT Reinsurance ("IAT") is the holding company of Third-Party Defendant HARCO (Illinois), HARCO has no subsidiaries or affiliates.

Dated: New York, NY
       January 6, 2012

                                        Yours, etc.

                                        WHITE, FLEISCHNER & FINO

                                        By: _____
                                              Janet P. Ford
                                        Attorneys for Third-Party Defendant
                                        HARCO INSURANCE COMPANY
                                        61 Broadway –18th Floor
                                        New York, New York 10006
                                        212-487-9700
                                        Our File No.: 344-15971