UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Linda McGarr                                Case No. 07 Civ. 9488 (KMK)
                    Plaintiff,

     -against-

City of Peekskill,
     et al                    Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                    James A. Randazzo
                    _____
                    FILL IN ATTORNEY NAME

My SDNY Bar Number is: JR 0156    My State Bar Number is 2323798

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Gelardi & Randazzo LLP
            FIRM ADDRESS: 800 Westchester Ave., Ste S-608, Rye Brook, NY
            FIRM TELEPHONE NUMBER: 914-251-0603
            FIRM FAX NUMBER: 914-253-0909

NEW FIRM:   FIRM NAME: Gaines, Gruner, Ponzini & Novick, LLP
            FIRM ADDRESS: 11 Martine Ave., 8th Floor, White Plains, NY 10606
            FIRM TELEPHONE NUMBER: 914-288-9595
            FIRM FAX NUMBER: 914-288-0580

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
     was entered on _____ by Judge _____.

Dated: 1-11-12

                    _____
                    ATTORNEY'S SIGNATURE