USDS SDN
DOCUMENT
ELECTRONICALLY F...
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LINDA MCGARR,

                        Plaintiff,

        -against-

CITY OF PEEKSKILL, et al.,

                        Defendant.

-----------------------------------------------------------------X

Index No. CV-07-9488 (KMK)
(GAY)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Karen M. Dixon, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Illinois and Nebraska, the United States District Court for the Northern District of Illinois, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third and Seventh Circuits, and the United States Supreme Court, and there are no pending disciplinary proceedings against me in any state or federal court; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Karen M. Dixon |
| Firm Name: | Meckler, Bulger, Tilson, Marick & Pearson LLP |
| Address: | 123 North Wacker Drive, Suite 180 |
| City/State/Zip: | Chicago, Illinois 60606 |
| Telephone/Fax: | (312) 474-7913/(312) 474-7898 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for American Motorists Insurance Company, as successor in interest to both American Protection

Insurance Company and to Specialty National Insurance Company, in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: January 27, 2012

_____
United States District/Magistrate Judge

2546413 v1

2