UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____X

JEFFREY DESKOVIC,

                Plaintiff,

vs.

CITY OF PEEKSKILL, ET AL.,

                Defendants.
_____X

LINDA MCGARR,

                Plaintiff,

vs.

CITY OF PEEKSKILL, ET AL.,

                Defendants.
_____X

CITY OF PEEKSKILL,

                Third-Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY, ET AL.,

                Third-Party Defendants.
_____X

No.: CV-07-8150 (KMK)(GAY)

**<u>HARCO NATIONAL INSURANCE COMPANY'S NOTICE OF PARTIAL MOTION TO DISMISS AND TO STRIKE CERTAIN ALLEGATIONS</u>**

No. 07-CV-9488 (KMK)(GAY)

      PLEASE TAKE NOTICE THAT, upon the declarations and exhibits submitted in conjunction with this motion by the other Third-Party Defendants, and the Memorandum of Law accompanying this notice, and pursuant to Fed. R. Civ. P. 12(b)(6) and this Court's scheduling order issued on March 27, 2012, Third-Party Defendant HARCO NATIONAL INSURANCE COMPANY, moves for an ORDER: (1) dismissing Count III of the above-captioned Third-Party

Amended Complaints; and (2) striking all additional and unauthorized allegations regarding bad faith conduct.

Dated: New York, New York
      April 20, 2012

                WHITE FLEISCHNER & FINO, LLP

                By: _____
                      Janet P. Ford

                Counsel for Third-Party Defendant HARCO
                NATIONAL INSURANCE COMPANY
                61 Broadway, 18th Floor
                New York, New York 10006
                (212) 487-9700
                Our File No.: 344-15971

TO:    (see Certificate of Service)