UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LINDA MCGARR,

    Plaintiff,

    v.

CITY OF PEEKSKILL, et al.

    Defendants.
------------------------------------------------------------X
CITY OF PEEKSKILL,

    Third-Party Plaintiff,

    v.

AMERICAN ZURICH INSURANCE COMPANY, et al.,

    Third-Party Defendants.
------------------------------------------------------------X

No. CV-07-9488 (KMK)(GAY)

**STIPULATION EXTENDING TIME TO ANSWER**

USDS SDNY
[stamp partially illegible]

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time within which Third-Party Defendant Zurich American Insurance Company, incorrectly named as American Zurich Insurance Company, may answer the Third Party Complaint is extended to May 11, 2012.

**IT IS FURTHER STIPULATED AND AGREED** that copies of this stipulation shall be deemed originals.

DATED:    New York, New York
               April 27, 2012

[signature]                                            [signature]

Steven Pudell, Esq. (SP0127)              Robert Kelly, Esq. (RJK 4955)
ANDERSON KILL & OLICK, P.C.            COUGHLIN DUFFY LLP
One Gateway Center, Suite 1510          Wall Street Plaza
Newark, NJ 07102                               88 Pine Street, 28th Floor
973-642-5877 (T)                                New York, NY 10005
973-621-6361 (F)                                (212) 483-0105 (T)
*Attorneys for Third-Party Plaintiff*        (212) 480-3899 (F)

So Ordered
[signature]
5/3/12

Stip Extending Time Answer - McGarr:475555_1
n|docs-57996.1

*Attorneys for Third-Party Defendant Zurich American Insurance Company, incorrectly named as American Zurich Insurance Company*