UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| JEFFREY DESKOVIC, | Index No. CV-07-8150 (KMK) (GAY) |
| Plaintiff, | |
| -against- | |
| CITY OF PEEKSKILL, et al., | |
| Defendants. | |

------------------------------------------------------------------X

| | |
|---|---|
| LINDA MCGARR, | |
| Plaintiff, | Index No. CV-07-9488 (KMK) (GAY) |
| -against- | |
| CITY OF PEEKSKILL, et al., | |
| Defendants. | |

------------------------------------------------------------------X

| | |
|---|---|
| CITY OF PEEKSKILL, et al., | **JOINDER OF AMERICAN MOTORISTS INSURANCE COMPANY, AS SUCCESSOR IN INTEREST TO BOTH AMERICAN PROTECTION INSURANCE COMPANY AND SPECIALTY NATIONAL INSURANCE COMPANY, TO WESTPORT INSURANCE CORPORATION'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNT III OF THE FIRST AMENDED THIRD-PARTY COMPLAINTS** |
| Third-Party Plaintiff, | |
| -against- | |
| WESTPORT INSURANCE COMPANY, et al., | |
| Third-Party Defendants. | |

------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Third-Party Defendant American

Motorists Insurance Company, as successor in interest to both American Protection Insurance

1

Company ("AMPICO") and to Specialty National Insurance Company ("SNIC") (collectively, "AMICO"), hereby joins the Reply of Westport Insurance Corporation ("Westport") in Support of the Motion to Dismiss Count III of the First Amended Third-Party Complaints. For the same reasons stated in Westport's Reply, its Motion to Dismiss and Memorandum of Law, AMICO requests that the Court dismiss Count III of the First Amended Third-Party Complaints against it pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Third-Party Defendant AMICO respectfully requests that the Court grant Westport's Motion to Dismiss and AMICO's Joinder thereto and, accordingly, dismiss with prejudice Count III of the First Amended Third-Party Complaints.

Dated: May 14, 2012

MECKLER BULGER TILSON
MARICK & PEARSON LLP

By  /s/ Karen M. Dixon
Karen M. Dixon (admitted *pro hac vice*)
Meckler Bulger Tilson
Marick & Pearson LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7913 (phone)
(312) 474-7898 (fax)

Anthony R. Gambardella
Michael E. Buckley
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000 (phone)
(516) 357-3333 (fax)

Attorneys for Third-Party Defendant American Motorists Insurance Company, as successor in interest to both American Protection Insurance Company and Specialty National Insurance Company

## CERTIFICATE OF SERVICE

     I hereby certify that on May 14, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.


Dated: May 14, 2012                         MECKLER BULGER TILSON
                                             MARICK & PEARSON LLP

                                             By  /s/ Karen M. Dixon
                                             Karen M. Dixon (admitted *pro hac vice*)
                                             Meckler Bulger Tilson
                                             Marick & Pearson LLP
                                             123 N. Wacker Drive, Suite 1800
                                             Chicago, IL 60606
                                             (312) 474-7913 (phone)
                                             (312) 474-7898 (fax)

                                             Anthony R. Gambardella
                                             Michael E. Buckley
                                             Rivkin Radler LLP
                                             926 RXR Plaza
                                             Uniondale, New York 11556-0926
                                             (516) 357-3000 (phone)
                                             (516) 357-3333 (fax)