UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

**Jeffrey Deskovic,**

                      Plaintiff,

-v-

**City of Peekskill, et al.,**

                      Defendants.
-------------------------------------------------X

07-CV-08150 (KMK)(GAY) and
related case 07-CV-9488

<u>CALENDAR NOTICE</u>

    Please take notice that the above captioned action has been scheduled for oral argument on Defendant Daniel Stephens Motion for Summary Judgment filed in case no. 07-cv-8150 and and Defendant Daniel Stephens Motion for Summary Judgment filed in case no. 07-cv-9488 before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, August 2, 2012 at 10:00 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

    Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: July 10, 2012
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J