# NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick Brustin
Debi Cornwall

Anna Benvenutti Hoffmann
Emma Freudenberger
Vanessa Buch
Aaron Scherzer
Alexandra Lampert

Johnnie L. Cochran, Jr.
(1937-2005)

## MEMO ENDORSED

December 7, 2012

**Via Next Day Air**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

RE: *Deskovic v. City of Peekskill, et al.*, 07-CV-8150 (KMK)(GAY)
*McGarr v. City of Peekskill, et al.*, 07-CV-9488(KMK)(GAY)

Dear Judge Karas:

I write on behalf of Plaintiff Jeffrey Deskovic in regards to Plaintiff's Motion to Compel a complete copy of the December 31, 1989 to December 31, 1990 insurance policy for the City of Peekskill issued by Zurich American Insurance Company ("Zurich"). That motion is document number 493 on the docket of this case. In light of Zurich's representation in its opposition to Plaintiff's motion that the documents produced to date "constitute all of the documents within Zurich's possession that comprise the Zurich Policy," see Third Party Def. Zurich American Insurance Company's Opp'n to Pl.'s Motion to Compel, dkt. 539 at 3; Plaintiff hereby withdraws his motion to compel without prejudice.

Respectfully submitted,

Nick Brustin

cc: All counsel

*[Handwritten endorsement:] In light of Plaintiff's withdrawal, the Clerk is respectfully requested to terminate the motion (Doc #493). So Ordered. /s/ K.M.K. 12/10/12*