UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LINDA MCGARR,                                    NOTICE OF APPEARANCE

                                                 07 Civ. 9488 (KMK)

                  Plaintiff,

   -against-

CITY OF PEEKSKILL, WESTCHESTER COUNTY,
DAVID LEVINE, THOMAS MCINTYRE,
WALTER BROVARSKI, EUGENE TUMOLO,
JOHN AND JANE DOE SUPERVISORS,
DANIEL STEPHENS, LOUIS ROH and MILLARD
HYLAND,

                Defendants.
------------------------------------------------------------------X

        PLEASE TAKE NOTICE that GAINES, GRUNER, PONZINI & NOVICK, LLP does hereby enter their appearance on behalf of the named defendant Daniel Stephens. Any and all correspondence, documents, notices and filings should be forwarded to GAINES, GRUNER, POZINI & NOVICK, LLP, 11 Martine Avenue, 8th Floor, White Plains, New York 10606.

Dated: White Plains, New York
      February 6, 2013         Respectfully submitted,

                                    GAINES, GRUNER, PONZINI & NOVICK, LLP


                                    By: _____/s/_____
                                      Caitlin G. Scheir (CS 1829)
                                  *Attorneys for Defendant- Daniel Stephens*
                                  11 Martine Avenue, 8th Floor
                                  White Plains, New York 10606
                                  (914) 288-9595