UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>       Plaintiff,<br>v.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, DAVID LEVINE, THOMAS McINTYRE, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, and DANIEL STEPHENS,<br><br>       Defendants | Case Nos. 07-CV-8150 (KMK)<br>07-CV-9488 (KMK)<br><br>ORDER |

LINDA McGARR,

       Plaintiff,
v.

CITY OF PEEKSKILL, DAVID LEVINE, THOMAS McINTYRE, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, and DANIEL STEPHENS,

       Defendants

CITY OF PEEKSKILL,

       Third-Party Plaintiff,
v.

WESPORT INSURANCE CORPORATION, UNDERWRITERS AT LLOYD'S, LONDON, CX REINSURANCE COMPANY LIMITED, SPHERE DRAKE INSURANCE PLC, ILLINOIS UNION INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY, HARCO NATIONAL INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

       Third-Party Defendants.

KENNETH M. KARAS, District Judge:

For the reasons stated on the record on February 13, 2013, Third-Party Defendants' motions to dismiss and to strike are dismissed as moot. The Clerk of the Court is respectfully directed to terminate these motions, (Dkt. Nos. 449, 456, 462 (07-CV-8150 Dkt.); Dkt. Nos. 246, 255, 264 (07-CV-9488 Dkt.)). The City of Peekskill shall file its second amended complaint by February 27, 2013. Third-Party Defendants shall submit an answer and/or premotion letter by March 27, 2013. The City must submit its response to any premotion letters by April 10, 2013. The next conference is scheduled for April 30, 2013 at 3:00 p.m.

SO ORDERED.

Dated: White Plains, New York
February 13, 2013

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE