UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

_____

LINDA MCGARR,

          PLAINTIFF,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, AND LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

          DEFENDANTS.
_____

CITY OF PEEKSKILL,

          THIRD-PARTY PLAINTIFF,

vs.

WESTPORT INSURANCE CORPORATION AS SUCCESSOR-IN-INTEREST TO NORTH RIVER INSURANCE COMPANY,

WESTPORT INSURANCE CORPORATION AS A SUCCESSOR-IN-INTEREST TO INTERNATIONAL INSURANCE COMPANY,

UNDERWRITERS AT LLOYD'S, LONDON,

CX REINSURANCE COMPANY LIMITED AS SUCCESSOR-IN-INTEREST TO CNA INTERNATIONAL REINSURANCE COMPANY,

CX REINSURANCE COMPANY LIMITED AS SUCCESSOR-IN-INTEREST TO CNA REINSURANCE OF LONDON, LIMITED,

CAPTION CONTINUED ON NEXT PAGE
_____

: INDEX NO. CV-07-9488 (KMK)(GAY)
:
: NOTICE OF APPEARANCE

CAPTION CONTINUED FROM PREVIOUS PAGE :
:
SPHERE DRAKE INSURANCE PLC, :
:
ILLINOIS UNION INSURANCE COMPANY, :
:
UNITED NATIONAL INSURANCE COMPANY, :
:
TRAVELERS INDEMNITY COMPANY AS :
SUCCESSOR-IN-INTEREST TO GULF INSURANCE :
COMPANY, :
:
AMERICAN MOTORISTS INSURANCE :
COMPANY AS SUCCESSOR-IN-INTEREST TO :
AMERICAN PROTECTION INSURANCE :
COMPANY, :
:
AMERICAN MOTORISTS INSURANCE :
COMPANY AS SUCCESSOR-IN-INTEREST TO :
SPECIALTY NATIONAL INSURANCE :
COMPANY, :
:
HARCO NATIONAL INSURANCE COMPANY, :
AND :
:
AMERICAN ZURICH INSURANCE COMPANY,

      THIRD-PARTY DEFENDANTS.

_____

SIRS:

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Third-Party Defendant, Zurich American Insurance Company, incorrectly named as American Zurich Insurance Company, in the above-captioned matter.

    I am admitted or otherwise authorized to practice in this court.

Dated: New York, New York         COUGHLIN DUFFY LLP
       June 15, 2012

                       By:   _/s/ Christopher O'Leary____
                             Christopher O'Leary (CO-5584)
                             Wall Street Plaza
                             88 Pine Street, 28th Floor
                             New York, New York 10005
                             (212) 483-0105

Microsoft Word - Notice of Appearance-McGarr - CO - show_temp.pl    https://ecf.nysd.uscourts.gov/cgi-bin/show_temp.pl?file=10162807-0--1...

Fax: (212) 480-3899
coleary@coughlinduffy.com
Attorneys for Third-Party Defendant
Zurich American Insurance Company,
incorrectly named as American Zurich
Insurance Company