# HWW HINKHOUSEWILLIAMSWALSH LLP

Bradley M. Klein
312.784.5425 (direct)
312.784.5499 (facsimile)
bklein@hww-law.com

June 3, 2013

**Via Federal Express Overnight**

Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:  Underlying Actions: *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150;
     *McGarr v. City of Peekskill, et al.*, No. 07-CV-9488
     Third Party Actions: *City of Peekskill v. Westport Insurance Co., et al.*

Dear Judge Karas:

A group of insurer-defendants with similar policy language (including my clients, the London Market Insurers, as well as Illinois Union, United National and Travelers) (the "Joint Insurers") has elected to file a single joint motion for judgment on the pleadings and memorandum of law in support by the June 10, 2013 deadline. I am writing on behalf of those Joint Insurers to respectfully seek leave from Your Honor to file an oversized memorandum of law in support, specifically one containing up to an additional 10 pages over Your Honor's 25-page limit. The City does not oppose the request. The Joint Insurers therefore respectfully request that Your Honor grant leave to file a joint memorandum of law of up to 35 pages in support of their joint motion for judgment on the pleadings.

Sincerely,

HINKHOUSE WILLIAMS WALSH LLP

Bradley M. Klein

Granted.
So Ordered.
MK
6/4/13

cc:  (via email)
     Peter Meisels (peter.meisels@wilsonelser.com)
     James Mitchell (jmitchell@stillmanfriedman.com)
     Diane Houk (dhouk@ecbalaw.com)
     Debra Greenberger (dgreenberger@ecbalaw.com)
     Robert Delicate (rdelicate@harwoodlloyd.com)
     Vince Gelardi (vg@vincentgelardi.com)

**HWW** HINKHOUSE WILLIAMS WALSH LLP

Hon. Kenneth M. Karas
June 3, 2013
Page 2 of 2

    Nick Brustin (nick@nsbcivilrights.com)
    Darcy Ibach (dibach@lbbslaw.com)
    Stephanie A. Nashban (nashban@lbbslaw.com)
    Janet P. Ford (jford@wff-law.com)
    Marianne May (marianne.may@clydeco.us)
    David Dolendi (david.dolendi@sedgwicklaw.com)
    Jessika Moon (jessika.moon@sedgwicklaw.com)
    Catalina Sugayan (catalina.sugayan@sedgwicklaw.com)
    Thomas Martin (tmartin@putneylaw.com)
    Matthew B. Anderson (matthew.anderson@mendes.com)
    Michael Buckley (michael.buckley@rivkin.com)
    Anthony Gambardella (anthony.gambardella@rivkin.com)
    Steven J. Pudell (spudell@andersonkill.com)
    William Passannante (wpassannante@andersonkill.com)
    Vianny M. Pichardo (vpichardo@andersonkill.com)
    Robert Kelly (rkelly@coughlinduffy.com)
    Christopher O'Leary (coleary@coughlinduffy.com)
    Richard Nicolello (rnicolello@cfolegal.com)