UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

JEFFREY DESKOVIC,

                  Plaintiff,

vs.                                                                Index No. CV-07-8150 (KMK)(GAY)

CITY OF PEEKSKILL, et al.,

                  Defendants.

_____

LINDA MCGARR,

                  Plaintiff,

vs.

CITY OF PEEKSKILL, et al.,

                  Defendants.                        Index No. CV-07-9488 (KMK)(GAY)

_____

CITY OF PEEKSKILL,

                  Third-Party Plaintiff,

Vs.                                                                **NOTICE OF MOTION**

WESTPORT INSURANCE CORPORATION
as successor-in-interest to NORTH RIVER         **WESTPORT INSURANCE**
INSURANCE COMPANY, WESTPORT               **CORPORATION'S FED. R. CIV.**
INSURANCE CORPORATION as a                     **PRO. 12(C)**
successor-in-interest to INTERNATIONAL       **JUDGMENT ON THE PLEADINGS**
INSURANCE COMPANY, et. al,                         **MOTION ON "TRIGGER" OF**
                                                                        **COVERAGE**
                  Third-Party Defendants.    **ON THE SECOND AMENDED**
                                                                        **THIRD PARTY COMPLAINTS**

_____

**PLEASE TAKE NOTICE,** that pursuant to Fed. R. Civ. Pro. 12(c), Third Party Defendant, Westport Insurance Corporation, ("Westport") brings this Motion for Judgment on the Pleadings on the Second Amended Third-Party Complaints, (Deskovic D.E. 567 and McGarr D.E. 333) filed by the Third Party Plaintiff, City of Peekskill ("City"). Fed. R. Civ. P. 12(c) provides that "[a]fter the pleadings are closed-- but early enough not to delay trial -- a party may move for judgment on the pleadings." Specifically, Westport moves for a Judgment on the Pleadings, requesting dismissal of the Third Party actions in their entirety as against Westport on the Westport 1989 and 1991 insurance policies issued to the City. Third-Party Plaintiff City brought its Third Party Complaints seeking defense and indemnity for the Deskovic Action and McGarr Action brought against the City and certain members of its police department concerning an arrest, malicious prosecution, and conviction that took place in 1990.

Westport moves for Judgment on the Pleadings upon the annexed Memorandum of Law, the annexed Declaration of Darcy L. Ibach, Esq., sworn to the 10th day of June, 2013, and the exhibits annexed thereto, which include:

Ex. 1.   Deskovic Action D.E. 567, City of Peekskill Second Amended Third Party Complaint against Westport, et al. which includes at Ex. B, the Deskovic Third Amended Complaint, at WD00061-00193.

Ex. 2.   McGarr Action D. E. 333, City of Peekskill Second Amended Third Party Complaint against Westport, et al, which includes at Ex. B, the McGarr Second Amended Complaint, at WM00061-00127.

Ex. 3.   Deskovic Action D.E. 573, Westport's Answer to Second Amended Third Party Complaint inclusive of:
Ex.  A. Westport 1989 policy FTZ 51121 at WDA0050-106;
Ex.  B. Westport 1990 policy FTZ 51144 at WDA00108-164;
Ex. C. Westport 1991 primary policy FTZ 503086942-8 at WDA00166-00245, and
Ex. D. Westport 1991 excess policy 531-001915-2 at WDA00247-257.

Ex.4.   McGarr Action D.E.338 Westport Answer to Second Amended Third Party Complaint inclusive of:
Ex. A. Westport 1989 policy FTZ 51121 at WMA00051-107;

Ex. B. Westport 1990 policy FTZ 51144 WMA00109-165;
Ex. C. Westport 1991 primary policy FTZ 503086942-8 at WMA00167-246, and
Ex. D. Westport 1991 excess policy 531-001915-2 at WMA00248-258.

Accordingly, for the reasons discussed more fully in the attached Memorandum in Support of Westport's Motion for Judgment of the Pleadings on the Second Amended Third-Party Complaints and incorporated herein, the undersigned attorney for Third Party Defendant, Westport Insurance Corporation, will move this Court on a date specifically set by the Court and counsel will then be heard in Courtroom 521 of the Hon. Charles L. Brieant Jr., Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York, before the Honorable Kenneth M. Karas, for an Order:

1. Pursuant to Federal Rule of Civil Procedure 12 (c) entering judgment on the Deskovic Second Amended Third Party Complaint in favor of Westport Insurance Corporation declaring that the Westport 1989 policy FTZ 51121, and the Westport 1991 policies FTZ 503086942-8 and 531-001915-2 are not triggered for the claims set forth in the Deskovic Second Amended Third Party Complaint filed by the City of Peekskill, at Ex. B., the Deskovic Third Amended Complaint;

2. Pursuant to Federal Rule of Civil Procedure 12 (c) entering judgment on the McGarr Second Amended Third Party Complaint in favor of Westport Insurance Corporation that the Westport 1989 policy FTZ 51121 , and the Westport 1991 policies FTZ 503086942-8 and 531-001915-2 are not triggered for the claims set forth in the McGarr Third Party Complaint filed by the City of Peekskill, at Ex. B., the McGarr Second Amended Complaint;

3. For such other and further relief that this Court may deem just and proper.

Dated:  Chicago, Illinois
June 10, 2013

Respectfully submitted,
/s/ Darcy L. Ibach
Westport Insurance Corporation,
as successor in interest to North
River Insurance Company and Westport
Insurance Corporation as successor in
interest to International Insurance Company

Darcy L. Ibach
dibach@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP

550 West Adams Street – Suite 330
Chicago, IL  60661
(312) 345-1718
(312) 345-1778 fax

Stephanie A. Nashban
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street – Suite 2100
New York, New York   10005
(212) 232-1300

## CERTIFICATE OF SERVICE

I certify that I have electronically filed Westport Insurance Corporation's Notice of Motion in Support of Westport's Motion for Judgment on the Pleadings on  June 10,  2013 with the Court Clerk using the CM/ECF system, which will automatically send e-mail notification of the filing to the parties of record.

/s/ Darcy L. Ibach

_____


SERVICE LIST

Plaintiff, Jeffrey Deskovic
Barry C. Scheck
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY  10013
(212) 965-9081
(212) 965-9084 (fax)

Plaintiff, Linda McGarr
Elora Mukherjee
Emery Celli Brinckerhoff & Abady LLP
75 Rockerfeller Plaza
20th Floor
New York, NY  10019
(212) 763-5000
(212) 763-5001  (fax)

Defendant
James A. Mitchell
Stillman & Friedman
425 Park Avenue

New York, NY  10022
(212) 223-0200
(212) 223-1942 (fax)

Defendant/Third Party Plaintiff
William Gorman Passannante
Anderson Kill & Olick P.C.
1251 Avenue of the Americas
New York, NY  10020
(212) 278-1000
(212) 278-1733  (fax)
wpassannante@andersonkill.com

Defendant/Third Party Plaintiff
Peter Alexander Meisels
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
(914) 323-7001 (fax)
peter.meisels@wilsonelser.com

Cross-Claimant Daniel Stephens
James A. Randazzo
Gelardi & Randazzo LLO
800 Westchester Ave, Suite S-608
Rye Brooke, NY  10573
(914) 328-5590
(914) 328-5591 fax
jrandazzo@ggpnllp.com

Third Party Defendants
Underwriters at Lloyd's London
CX Reinsurance Company Limited, as
Successor-In-Interest to CNA Intl.
Reinsurance Company
CX Reinsurance Company Limited, as
Successor-In-Interest to CNA
Reinsurance of London, Limited
Sphere Drake Insurance, PLC

Patrick T. Walsh
Bradley M. Klein
Hinkhouse Williams Walsh LLP
180 Stetson Avenue – Suite 3400
Chicago, Il  60601

pwalsh@hww-law.com
(312) 784-5412

Matthew B. Anderson
Mendes & Mount, LLP
750 Seventh Avenue
NY, NY 10019

Third Party Defendant
United National Insurance Company
Catalina Sugayan
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York  10004-2400
(212) 422-0202
Catalina.sugayan@sedgwicklaw.com

Third Party Defendant
Illinois Union Insurance Company
Marianne May
Clyde & Co. US LLP
200 Campus Dr. Suite 300
Florham Park, NJ 07932
Marianne.may@clydeco.us

Third Party Defendant
Travelers Indemnity Company as
Successor-In-Interest to Gulf
Insurance Company
Thomas A. Martin
Putney Twombly Hall & Hirson LLP
521 5th Avenue
New York, New York  10175
(212) 682-0200

Third Party Defendant
American Motorists Insurance Company, as
Successor-In-Interest to American Protection
Insurance Company, American Motorists
Insurance Company, as Successor-In-Interest
to Speciality National Insurance Company
Karen M. Dixon
Meckler Bulger Tilson Maric & Pearson
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Karen.Dixon@mbtlaw.com

(312) 474-7913
(312) 474-7898  (fax)

Anthony R. Gambardella
Rivkin Radler
926 RXR Plaza
Uniondale, NY  11556-0926
(515) 357-3091
(516) 357-3333 (fax)
anthony.gambardella@rivkin.com

Third Party Defendant
Harco National Insurance Company
Janet P. Ford
White Fleischner & Fino
61 Broadway, 18th Floor
New York, New York 10006
jford@wff-law.com

Third Party Defendant
American Zurich
Robert Kelly
Coughlin, Duffy LLP
Wall Street Plaza
88 Pine Street, 28th Floor
NY, NY  10005