UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____X

JEFFREY DESKOVIC,                                    No.: CV-07-8150 (KMK)(GAY)

                          Plaintiff,                 **HARCO NATIONAL**
                                                     **INSURANCE COMPANY**

vs.                                                  **NOTICE OF MOTION**
                                                     **PURSUANT TO**
CITY OF PEEKSKILL, ET AL.,                           **FED R. CIV. P. 12(c)**

                          Defendants.
_____X

LINDA MCGARR,
                                                     No. 07-CV-9488 (KMK)(GAY)
                          Plaintiff,

vs.

CITY OF PEEKSKILL, ET AL.,

                          Defendants.
_____X

CITY OF PEEKSKILL,

                   Third Party Plaintiff,

vs.

WESTPORT INSURANCE COMPANY, ET AL.,

                   Third Party Defendants.
_____X

        PLEASE TAKE NOTICE THAT, upon the declaration of Janet P. Ford, Esq., dated June

10, 2013, the exhibits attached thereto, and the accompanying memorandum of law, Third Party

Defendant HARCO NATIONAL INSURANCE COMPANY moves pursuant to Fed. R. Civ. P.

12(c) for a Judgment, seeking the following relief: (1) declaring that movant is not obligated to

defend and indemnify Third-Party Plaintiff CITY OF PEEKSKILL in the above-captioned

primary actions; (2) dismissing the third-party actions brought against movant, with prejudice, and in their entirety; (3) fees and costs; and (4) any further relief this Court deems just and proper.

  This motion is brought in accordance with the schedule set by the within Court, docketed on April 30, 2013 (Minute Entry), directing that opening motion papers and briefs be submitted on June 10, 2013, and cross responses to be submitted on July 8, 2013.

Dated: New York, New York
   June 10, 2013

        WHITE FLEISCHNER & FINO, LLP

        By:  */s/ Janet P. Ford*
          Janet P. Ford

        Counsel for Third-Party Defendant HARCO
        NATIONAL INSURANCE COMPANY
        61 Broadway, 18th Floor
        New York, New York 10006
        (212) 487-9700
        jford@wff-law.com
        Our File No.: 344-15971

TO:  (*See* Declaration and Certificate of Service by Janet P. Ford, Esq.)