UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

            Plaintiff,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

            Defendants.

LINDA MCGARR,

            Plaintiff,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,

            Defendants.

*Caption continued on next page*

Index No. 07-CV-8150 (KMK)(GAY)

Index No. 07-CV-9488 (KMK)(GAY)

**THIRD PARTY PLAINTIFF CITY OF PEEKSKILL'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(C) THAT:**

(a)   **Westport Insurance Corporation's Insurance Policies Must Respond to the Allegations in the Deskovic and McGarr Actions;**

(b)   **Underwriters at Lloyd's, London's Insurance Policies and Illinois Union Insurance Company's Insurance Policies Must Respond to the Allegations in the Deskovic and McGarr Actions;**

(c)   **United National Insurance Company's Insurance Policies Must Respond to the Allegations in the Deskovic and McGarr Actions; and,**

(d)   **Harco National Insurance Company's Insurance Policies Must Respond to the Allegations in the Deskovic and McGarr Actions.**

nydocs1-1010710.1

2

> ***Caption continued from previous page***
>
> CITY OF PEEKSKILL,
>
>                 Third-Party Plaintiff,
>
> vs.
>
> WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED, SPHERE DRAKE INSURANCE PLC, ILLINOIS UNION INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY, HARCO NATIONAL INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY,
>
>                 Third-Party Defendants.

Pursuant to Federal Court Rule of Civil Procedure 12(c), Third-Party Plaintiff, the City of Peekskill (the "City"), by its attorneys, respectfully moves this Court for judgment on the pleadings that the allegations set forth in *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150 and *McGarr v. City of Peekskill, et al.*, No. 07-CV-9488 trigger the insurance policies sold to the City for the period 1990 through 2006 by Westport Insurance Corporation as successor-in-interest to North River Insurance Company, Underwriters at Lloyd's, London, Illinois Union Insurance Company, United National Insurance Company, and Harco National Insurance Company.

The accompanying memorandum of law, Affidavit of William G. Passannante, and the exhibits thereto set forth the basis for this motion. Oral argument will be on a date and at a time that the Court designates.

Dated:   June 10, 2013

By:   /s/ Steven J. Pudell
**ANDERSON KILL & OLICK, P.C.**
William G. Passannante
Steven J. Pudell
Anna M. Piazza
1251 Avenue of the Americas
New York, New York  10020
T:  (212) 278-1000 / F:  (212) 278-1733
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF CITY OF PEEKSKILL**