**CONGDON, FLAHERTY, O'CALLAGHAN, REID
DONLON, TRAVIS & FISHLINGER**
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

| NEW YORK CITY OFFICE: | THE OMNI | ALBANY OFFICE: |
|---|---|---|
| 10 ROCKEFELLER PLAZA | 333 EARLE OVINGTON BLVD, SUITE 502 | 13 METRO PARK ROAD |
| SUITE 900 | UNIONDALE, NY 11553-3625 | SUITE 207 |
| NEW YORK, NY 10020 | | COLONIE, NY 12205 |
| 212-692-0496 | 516-542-5900 | 518-437-9300 |
| FAX 212-692-0639 | | FAX 518-437-1182 |
| | FAX NO. 516-542-5912 | |

*Richard J. Nicolello*                     E-mail: rnicolello@cfolegal.com                     Writer's direct dial:
Attorney at Law                                                                                 516-750-9307

May 7, 2013

**FAX NO.: 914-390-4152**
Honorable Justice Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

> Re: Jeffrey Deskovic v. City of Peekskill, et al.
> 07-CV-8150(KMK)
> Linda McGarr v. City of Peekskill, et al.
> 07-CV-9488(KMK)

Dear Honorable Sir:

    The undersigned represents Intervenor-Plaintiff, New York Municipal Insurance Reciprocal (NYMIR) in connection with the above actions[1]. In accordance with Your Honor's Order dated April 18, 2013, on April 30, 2013 NYMIR filed its intervening Complaint which seeks a declaration that it is no longer obligated to defend or indemnify its insureds, County of Putnam ("County") and Daniel Stephens ("Stephens"), in the above actions (the "*NYMIR DJ Action*"). Service upon all defendants in the *NYMIR DJ Action* was made on our before May 4, 2013.

    Upon receipt of responsive pleadings from the defendants in the *NYMIR DJ Action*, or the expiration of the statutory time to serve such pleadings, NYMIR would like to immediately move for Summary Judgment. It is NYMIR's belief that no further discovery is necessary for this Court to decide the issues raised in the NYMIR DJ Action. The basis of NYMIR's argument in the *NYMIR*

---

[1] *Jeffrey Deskovic v. City of Peekskill, Putnam County, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland and Alan Tweed* (hereinafter "the *Deskovic* Action" or "*Deskovic* Complaint"). 07-CV-8150(KMK).

*Linda McGarr v. City of Peekskill, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh and Millard* (hereinafter "the *McGarr* Action. 07-CV-09488 (KMK).

May 7, 2013
Page 2

*DJ Action* is essentially the same as the argument raised by the primary carrier defendants in the third-party declaratory judgment action commenced by the City of Peekskill (the "*City of Peekskill Third-Party DJ Action*") and on which argument was heard by Your Honor on April 30, 2013. In brief, as with the primary carrier defendants in the *City of Peekskill Third-Party DJ Action*, NYMIR's position is that all triggering dates for coverage occurred prior to the inception of the January 1, 1995 to January 1, 1996 NYMIR Municipal Law Enforcement Liability policy issued to the County.

We are aware that Your Honor has recently set a briefing schedule for summary judgment motions in the *City Of Peekskill Third-Party DJ Action* with opening briefs to be field by June 10, 2013. Since the issues raised in the *NYMIR DJ Action* are essentially the same as those presented in the *City of Peekskill Third-Party DJ Action*, we respectfully request that NYMIR also be permitted to file its motion for summary judgment in the *NYMIR DJ Action* at the same time as the summary judgment motions in the *City of Peekskill Third-Party DJ Action*.

*The Court will hold a conference on July 16, 2013, at 2:30 to address the putative summary judgment motion. So Ordered.* [handwritten annotation, signed 6/14/13]

Respectfully submitted,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

RICHARD J. NICOLELLO (RN4619)

RJN/asd

cc:   JEFFREY DESKOVIC - **FEDERAL EXPRESS – 7997 0083 0605**
      c/o NEUFELD, SCHECK & BRUSTIN, LLP
      99 HUDSON STREET
      NEW YORK, NY 10013

      LINDA McGARR – **FEDERAL EXPRESS – 7997 0088 6090**
      c/o EMERY, CELLI, BRINCKERHOFF & ABADY, LLP
      75 ROCKEFELLER PLAZA, 20TH FLOOR
      NEW YORK, NY 10019

      COUNTY OF PUTNAM – **FEDERAL EXPRESS – 7997 0098 2719**
      HON. JENNIFER BUMGARNER
      PUTNAM COUNTY DEPT. OF LAW
      48 GLENEIDA AVENUE
      CARMEL, NY 10509

      DANIEL STEPHENS – **FEDERAL EXPRESS– 7997 0101 2910**
      244 GAGE ROAD
      BREWSTER, NY 10509

      ALL COUNSEL – SEE ANNEXED RIDER

Name - DESKOVIC

**Anna Benvenutti Hoffmann**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013


**Aaron William Scherzer**
Neufeld Scheck & Brustin, LLP
99 Hudson St.
New York, NY 10013


**Sarah Alison Crowley**
Neufeld Scheck & Brustin, LLP
99 Hudson Street
8th Flr
New York, NY 10013


**Nick Joel Brustin**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013


**Jennifer Elizabeth Laurin**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013


**Deborah Leigh Cornwall**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013


**Barry C. Scheck**
Cochran, Neufeld & Scheck, LLP
99 Hudson Street
New York, NY 10013


**Eric J. Hecker**
Cuti Hecker Wang, LLP (nyc)
305 Broadway, Suite 607
New York, NY 10007


**Elora Mukherjee**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

**Joseph F. Mahoney**
County Attorney, County of Orange, New York
Law Dept., 255 Main Street
Goshen, NY 10924

**Raymond A. Mascia**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Peter Alexander Meisels**
Wilson Elser,Moskowitz Edelman &
Dicker LLP(White Plains)
3 Gannett Drive
White Plains, NY 10604

**Leo Dorfman**
Sokoloff Stern LLP
179 Westbury Avenue,
Carle Place, NY 11514

**Lalit Kumar Loomba**
Wilson, Elser, Moskowitz, Edelman &
Dicker, (WPls)
3 Gannett Drive
White Plains, NY 10604

**Kerry Ann Sheehan**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**William Gorman Passannante**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Brian S. Sokoloff**
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514

**Stephen Wellinghorst**
Harwood, Lloyd, LLC
130 Main Street
Hackensack, NJ 07601

**James A. Randazzo**
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave., 8th Floor
White Plains, NY 10606

**Caitlin Grace Scheir**
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave.
White Plains, NY 10606

**Stuart Evan Kahan**
Oxman Tulis Kirkpatrick Whyatt &
Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605

**John Martin Flannery**
Wilson Elser Moskowitz Edelman &
Dicker LLP (CT)
1010 Washington Blvd
Stamford, CT 06901

**Mary Margulis-Ohnuma**
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

**James Alfred Mitchell**
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

**William Patrick Harrington**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601

**Robert D. Meade**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601

**Peter Francis Harrington**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601

**John Eric Knudsen**
New York State Department of Law (EPB)
The Capitol
Albany, NY 12224


**Deborah Beth Koplovitz**
Rosen & Livingston
275 Madison Avenue, Suite 500
New York, NY 10016

**Peter I Livingston**
Rose & Livingston
275 Madison Ave., Suite 500
New York, NY 10016

**Steven J. Pudell**
Anderson Kill & Olick, P.C.
One Gateway Center
Newark, NJ 07102

**Michele E. Kahn**
Michele Kahn P.C.
708 Third Ave, 19th Floor
New York, NY 10017

**Vianny Maria Pichardo**
Anderson Kill & Olick, P.C.
1251 Avenue of Americas
New York, NY 10020

**Jonathan B. Bruno**
Kaufman, Borgeest & Ryan, LLP (NYC)
120 Broadway, 14th Floor
New York, NY 10271

**Karen M. Dixon**
Mead, Hecht, Conklin & Gallagher, LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606

**Matthew B. Anderson**
Mendes & Mount, LLP (NYC)
750 Seventh Avenue
New York, NY 10019

**Michael Buckley**
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556

**Bradley M Klein**
Hinkhouse Williams Walsh LLP
180 North Stetson Street
Suite 3400
Chicago, IL 60601

**Patrick T. Walsh**
Hinkhouse Williams Walsh LLP
180 North Stetson Street
Suite 3400
Chicago, IL 60601

**Thomas Alan Martin**
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

**Catalina Jean Sugayan**
Sedgwick LLP (TX)
1717 Main Street, Suite 5400
Dallas, TX 75201

**Darcy Lynn Ibach**
Lewis Brisbois Bisgaard & Smith LLP (IL)
550 West Adams Street
Suite 300
Chicago, IL 60661

**David M. Dolendi**
Sedgwick LLP (TX)
1717 Main Street, Suite 5400
Dallas, TX 75201

**Stephanie Alix Nashban**
Lewis, Brisbois, Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, NY 10005

**Robert J. Kelly**
Coughlin Duffy
350 Mt. Kemble
PO Box 1917
Morristown, NJ 07962

**Christopher Dean O'Leary**
Coughlin Duffy LLP (NYC)
88 Pine Street, 28th Floor
New York, NY 10005

**Kathryn Elena Leone**
New York City Law Department
100 Church Street
New York, NY 10007


**Robert Louis Delicate**
Harwood, Lloyd, LLC
130 Main Street
Hackensack, NJ 07601


**Janet Patricia Ford**
White, Fleischner & Fino, LLP
61 Broadway
18th Floor
New York, NY 10005

**Marianne Gaul May**
Clyde & Co US LLP( Florham Park)
200 Campus Drive, Suite 300
Florham Park, NJ 07932

**Jessika Joora Moon**
Sedgwick LLP (NY)
225 Liberty Street, 28th Floor
New York, NY 10281


**Chloe Francis Cockburn**
Neufeld Scheck & Brustin
99 Hudson Street, 8th Floor
New York, NY 10013

Name McGARR
**Matthew B. Anderson**
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019

**Jonathan B. Bruno**
Kaufman, Borgeest & Ryan, LLP
120 Broadway, 14th Floor
New York, NY 10271

**Sheryl Ann Bruzzese**
Traub Lieberman Straus & Shrewsberry LLP
Seven Skyline Drive
Hawthorne, NY 10532

**Michael Buckley**
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556

**Robert Louis Delicate**
Harwood, Lloyd, LLC
130 Main Street
Hackensack, NJ 07601

**Karen M. Dixon**
Mead, Hecht, Conklin & Gallagher, LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606

**David M. Dolendi**
Sedgwick LLP (TX)
1717 Main Street, Suite 5400
Dallas, TX 75201

**John Martin Flannery**
Wilson Elser Moskowitz Edelman & Dicker LLP (CT)
1010 Washington Blvd
Stamford, CT 06901

**Janet Patricia Ford**
White, Fleischner & Fino, LLP
61 Broadway
18th Floor
New York, NY 10005

**Debra Lea Greenberger**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

**Peter Francis Harrington**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601

**William Patrick Harrington**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601

**Eric J. Hecker**
Cuti Hecker Wang, LLP (nyc)
305 Broadway, Suite 607
New York, NY 10007

**Diane Lee Houk**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

**Darcy Lynn Ibach**
Lewis Brisbois Bisgaard & Smith LLP (IL)
550 West Adams Street
Suite 300
Chicago, IL 60661

**Stuart Evan Kahan**
Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605

**Michele E. Kahn**
Michele Kahn P.C.
708 Third Ave, 19th Floor
New York, NY 10017

**Robert J. Kelly**
Coughlin Duffy
350 Mt. Kemble
PO Box 1917
Morristown, NJ 07962

x
Here:
go

**Bradley M Klein**
Hinkhouse Williams Walsh LLP
180 North Stetson Street
Suite 3400
Chicago, IL 60601

**Meryl R. Lieberman**
Traub Lieberman Straus & Shrewsberry LLP
Seven Skyline Drive
Hawthorne, NY 10532

**Peter I Livingston**
Rose & Livingston
275 Madison Ave., Suite 500
New York, NY 10016

**Lalit Kumar Loomba**
Wilson, Elser, Moskowitz, Edelman & Dicker, (WPls)
3 Gannett Drive
White Plains, NY 10604

**Mary Margulis-Ohnuma**
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

**Thomas Alan Martin**
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

**Raymond A. Mascia**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Marianne Gaul May**
Clyde & Co US LLP( Florham Park)
200 Campus Drive, Suite 300
Florham Park, NJ 07932

**Robert D. Meade**
Bleakley Platt & Schmidt, LLP
One North Lexington Avenue
White Plains, NY 10601

**Peter Alexander Meisels**
Wilson Elser,Moskowitz Edelman & Dicker LLP(White Plains)
3 Gannett Drive
White Plains, NY 10604

**James Alfred Mitchell**
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

**Jessika Joora Moon**
Sedgwick LLP (NY)
225 Liberty Street, 28th Floor
New York, NY 10281

**Elora Mukherjee**
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

**Stephanie Alix Nashban**
Lewis, Brisbois, Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, NY 10005

**Christopher Dean O'Leary**
Coughlin Duffy LLP (NYC)
88 Pine Street, 28th Floor
New York, NY 10005

**William Gorman Passannante**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Vianny Maria Pichardo**
Anderson Kill & Olick, P.C.
1251 Avenue of Americas
New York, NY 10020

**Steven J. Pudell**
Anderson Kill & Olick, P.C.
One Gateway Center
Newark, NJ 07102

**James A. Randazzo**
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave., 8th Floor
White Plains, NY 10606

**Caitlin Grace Scheir**
Gaines, Gruner, Ponzini & Novick, LLP
11 Martine Ave.
White Plains, NY 10606

**Kerry Ann Sheehan**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Brian S. Sokoloff**
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514

**Catalina Jean Sugayan**
Sedgwick LLP (TX)
1717 Main Street, Suite 5400
Dallas, TX 75201

**Patrick T. Walsh**
Hinkhouse Williams Walsh LLP
180 North Stetson Street
Suite 3400
Chicago, IL 60601

**Stephen Wellinghorst**
Harwood, Lloyd, LLC
130 Main Street
Hackensack, NJ 07601