# ANDERSON KILL P.C.

Attorneys and Counselors at Law

ONE GATEWAY CENTER, SUITE 1510 ■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

Steven J. Pudell, Esq.
SPudell@andersonkill.com
973-642-5877

8/16

Via Fax 914-390-4152

August 13, 2013

Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:   Deskovic v. City of Peekskill, et al., No. 07-CV-8150 (KMK) (GAY)
             McGarr v. City of Peekskill, et al., No. 07-CV-9488 (KMK) (GAY)

Dear Judge Karas:

      We represent the City of Peekskill ("the City") in the above-referenced actions.

      This letter is in furtherance of our July 3, 2013 letter that requested an extension of the briefing deadlines for the Peekskill insurance trigger motions (extending the deadline to August 13, 2013 for all parties to file their opposition briefs), which Your Honor granted on July 8, 2013. All parties respectfully request an additional five-week extension (until September 17, 2013) of the briefing deadlines. We have been informed that all insurance companies have consented to this request.

Respectfully submitted,

*Steven J. Pudell /dmc/*

Steven J. Pudell

Granted.

cc:   Peter Meisels, Esq. (peter.meisels@wilsonelser.com)
      James Mitchell, Esq. (jmitchell@stillmanfriedman.com)
      Diane Houk, Esq. (dhouk@ecbalaw.com)
      Debra Greenberger, Esq. (dgreenberger@ecbalaw.com)
      Robert Delicate, Esq. (rdelicate@hardwoodlloyd.com)
      Vince Gelardi, Esq. (vg@vincentgelardi.com)
      Nick Brustin, Esq. (nick@nsbcivilrights.com)
      Darcy Ibach (dibach@lbbslaw.com)
      Stephanie A. Nashban (nashban@lbbslaw.com)
      Patrick Walsh (pwalsh@hww-law.com)
      Bradley Klein (bklein@hww-law.com)

8/15/2013