# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LINDA McGARR,

                Plaintiff,                07 **CIVIL** 9488 (KMK)

-against-                      <u>**JUDGMENT**</u>

CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS McINTYRE, EUGENE TUMOLO,
JOHN AND JANE DOE SUPERVISORS, and
DANIEL STEPHENS

                Defendants.

-----------------------------------------------------------X

        Whereas the Defendants having moved for summary judgment, (Doc. #295, 297), and the matter having come before the Honorable Kenneth M. Karas, United States District Judge, and the Court thereafter, on September 27, 2013, having handed down its Opinion and Order (Doc. #373) granting in part and denying in part the Peekskill defendants motion for summary judgment with respect to Deskovic and granting it in full respect to McGarr, denying Defendant Tumolo's motion for summary judgment with respect to Deskovic and granting it in full with respect to McGarr, and Judge Karas having directed the Clerk to close the case captioned McGarr v. City of Peekskill et al., No. 07-CV-9488, it is,

        **ORDERED, ADJUDGED AND DECREED:** Defendants' motion for summary judgment is granted in part and denied in part with respect to Deskovitch and granted in full with respect to McGarr, Defendant Tumolo's motion for summary judgment is denied in full with respect to Deskovic, and granted in full with respect to McGarr, accordingly, the case is closed.

**Dated:** White Plains, New York
          September 30, 2013

                                                  CLERK
                                        **RUBY J. KRAJICK**
                                        Clerk of Court