UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDA McGARR,

                            Plaintiff,                                **07-CV-9488 (KMK)**

-against-

CITY OF PEEKSKILL, DAVID LEVINE, THOMAS
McINTYRE, EUGENE TUMOLO, JOHN AND
JANE DOE SUPERVISORS, and DANIEL
STEPHENS,

                            Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEAL

        Plaintiff Linda McGarr hereby provides notice in the above named case that she appeals to the United States Court of Appeals for the Second Circuit from each and every part of (1) the Order of the Honorable Kenneth M. Karas, entered on September 26, 2012, granting defendant Daniel Stephens' motion for summary judgment (Exhibit A), (2) the Order of the Honorable Kenneth M. Karas, entered on September 30, 2013, granting the motion for summary judgment for defendants City of Peekskill, David Levine, Thomas McIntyre, and Eugene Tumolo (Exhibit B), and (3) the Judgment in this action granting defendants' motions for summary judgment and closing the case, entered on September 30, 2013 (Exhibit C).

Dated: New York, New York
       October 29, 2013

                                  EMERY CELLI BRINCKERHOFF
                                            &amp; ABADY LLP

                                  _____
                                      Diane L. Houk
                                      Debra L. Greenberger
                                75 Rockefeller Plaza, 20th Floor
                                New York, New York 10019
                                (212) 763-5000

                                *Attorneys for Plaintiff*

TO:    All attorneys of record, *via* ECF