UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>                    Defendants. | Index No. CV-07-8150 (KMK)(GAY)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO UNDERWRITERS AT LLOYD'S, LONDON; CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY; CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED; SPHERE DRAKE INSURANCE PLC; ILLINOIS UNION INSURANCE COMPANY; UNITED NATIONAL INSURANCE COMPANY; HARCO NATIONAL INSURANCE COMPANY; and AMERICAN ZURICH INSURANCE COMPANY REGARDING PEEKSKILL'S THIRD-PARTY ACTIONS IN BOTH THE *DESKOVIC* AND *MCGARR* ACTIONS** |
| LINDA MCGARR,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND,<br><br>                    Defendants.<br><br>*Caption continued on next page* | Index No. CV-07-9488 (KMK)(GAY)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:_____ |

nydocs1-1023843.3

*Caption continued from previous page*

CITY OF PEEKSKILL,

      Third-Party Plaintiff,

vs.

WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED, SPHERE DRAKE INSURANCE PLC, ILLINOIS UNION INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY, HARCO NATIONAL INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

      Third-Party Defendants.

WHEREAS, Third-Party Plaintiff City of Peekskill ("Plaintiff" or "Peekskill") has asserted claims against the following Third Party Defendants in the above-captioned Third-Party Actions filed in both *Deskovic v. City of Peekskill, et al.,* No. 07-CV-8150 (the "*Deskovic* Action") and *McGarr v. City of Peekskill, et al.,* No. 07-CV-9488 (the "*McGarr* Action"):

- UNDERWRITERS AT LLOYD'S, LONDON;
- CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY;
- CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED;
- SPHERE DRAKE INSURANCE PLC;
- ILLINOIS UNION INSURANCE COMPANY;
- UNITED NATIONAL INSURANCE COMPANY;
- HARCO NATIONAL INSURANCE COMPANY; and
- AMERICAN ZURICH INSURANCE COMPANY
  (collectively, the "Undersigned Third-Party Defendants").

WHEREAS, the undersigned parties hereby give notice that the above-captioned Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions have been settled pursuant to a settlement agreement between the undersigned parties and is voluntarily dismissed, with prejudice, against the Undersigned Third-Party Defendants.

WHEREAS, the above-captioned Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions against the remaining Third-Party Defendants have or will be dismissed with or without prejudice by separate stipulations so that the Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions will each be dismissed in their entirety.

WHEREAS, Peekskill and the Undersigned Third-Party Defendants seek to reduce the expense and burden of litigation to themselves, to the other parties in this action, and to the Court.

NOW, THEREFORE, in consideration of this Stipulation of Dismissal With Prejudice, Peekskill and the Undersigned Third-Party Defendants, by and through their respective counsel of record, hereby mutually agree to the following:

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that all claims are dismissed with prejudice as against the Undersigned Third-Party Defendants pursuant to Federal Rule of Civil Procedure 41 and court order.

**IT IS FURTHER STIPULATED AND AGREED**, that each undersigned party shall bear its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts with all counterparts together constituting one complete Stipulation and that signatures received by facsimile or e-mail shall be deemed an original for purposes of this Stipulation.

*[signatures pages to follow]*

4

nydocs1-1023843.3

<table>
<tr><td>

Dated: January 2_, 2013

HINKHOUSE WILLIAMS
WALSH LLP

By: /s/ Patrick T. Walsh
PATRICK T. WALSH
BRADLEY KLEIN
180 NORTH STETSON AVENUE
SUITE 3400
CHICAGO, ILLINOIS 60601
TEL: (312) 784-5400

ATTORNEYS FOR THIRD-PARTY
DEFENDANTS CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON; CX REINSURANCE
COMPANY LIMITED AS SUCCESSOR-
IN-INTEREST TO CNA
INTERNATIONAL REINSURANCE
COMPANY; CX REINSURANCE
COMPANY LIMITED AS SUCCESSOR-
IN-INTEREST TO CNA REINSURANCE
OF LONDON, LIMITED;
RIVERSTONE (UK) LIMITED, AS
SUCCESSOR-IN-INTEREST TO SPHERE
DRAKE INSURANCE LIMITED
(FORMERLY KNOWN AS SPHERE
DRAKE INSURANCE PLC); AND
UNITED NATIONAL INSURANCE
COMPANY (AS TO POLICY NUMBERS
CP62686; CPD62686; CP62831; AND
CPD62831 ONLY)

</td><td>

Dated: January 2_, 2013

ANDERSON KILL P.C.

By: /s/ Steven J. Pudell
WILLIAM G. PASSANNANTE
STEVEN J. PUDELL
1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020
TEL: (212) 278-1000

ATTORNEYS FOR THIRD-PARTY
PLAINTIFF CITY OF PEEKSKILL

</td></tr>
</table>

5

Dated: January _/, 2013

SEDGWICK LLP

By: /s/ Catalina Sugayan /MV
CATALINA SUGAYAN
ONE NORTH WACKER DRIVE
SUITE 4200
CHICAGO, IL 60606-2841
Tel: (312) 641-9050

ATTORNEYS FOR THIRD-PARTY
DEFENDANT UNITED NATIONAL
INSURANCE COMPANY

Dated: January _/, 2013

WHITE FLEISCHNER & FINO, LLP

By: /s/ Janet P. Ford /MV
JANET P. FORD, ESQ.
61 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10006
TEL: (212) 487-9700

ATTORNEYS FOR THIRD-PARTY
DEFENDANT HARCO NATIONAL
INSURANCE COMPANY

Dated: January _/, 2014

COUGHLIN DUFFY LLP

By: /s/ Robert J. Kelly /MV
Robert J. Kelly, Esq.
Christopher O'Leary
Wall Street Plaza
88 Pine Street, 28th Floor
New York, NY 10005

ATTORNEYS FOR THIRD-PARTY
DEFENDANT AMERICAN ZURICH
INSURANCE COMPANY

Dated: January _/, 2014

CLYDE & CO. US LLP

By: /s/ Marianne May /MV
Marianne May, Esq.
200 Campus Drive, Suite 300
Florham Park, NJ 07932

ATTORNEYS FOR THIRD-PARTY
DEFENDANT ILLINOIS UNION
INSURANCE COMPANY

SO ORDERED this 24th day of ~~December~~ January, 20~~13~~14.

_____
The Honorable Kenneth M. Karas
United States District Judge

6