UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY DESKOVIC,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, PUTNAM COUNTY, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, MILLARD HYLAND, PETER INSERO, and LEGAL AID SOCIETY OF WESTCHESTER COUNTY,<br><br>        Defendants. | Index No. CV-07-8150 (KMK)(GAY)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO TRAVELERS INDEMNITY COMPANY** as successor-in-interest to GULF INSURANCE COMPANY **REGARDING PEEKSKILL'S THIRD-PARTY ACTIONS IN BOTH THE *DESKOVIC* AND *MCGARR* ACTIONS** |
| LINDA MCGARR,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND,<br><br>        Defendants.<br><br>*Caption continued on next page* | Index No. CV-07-9488 (KMK)(GAY)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>D... |

nydocs1-1024216.1

*Caption continued from previous page*

CITY OF PEEKSKILL,

        Third-Party Plaintiff,

vs.

WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED, SPHERE DRAKE INSURANCE PLC, ILLINOIS UNION INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY, HARCO NATIONAL INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

        Third-Party Defendants.

**WHEREAS**, Third-Party Plaintiff City of Peekskill ("Plaintiff" or "Peekskill") has asserted claims against Third Party Defendant Travelers Indemnity Company as successor-in-interest to Gulf Insurance Company ("Travelers") in the above-captioned Third-Party Actions filed in both *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150 (the "*Deskovic* Action") and *McGarr v. City of Peekskill, et al.*, No. 07-CV-9488 (the "*McGarr* Action").

**WHEREAS**, the undersigned parties hereby give notice that the above-captioned Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions is voluntarily dismissed, with prejudice, against Travelers.

**WHEREAS**, the above-captioned Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions filed against the remaining Third-Party Defendants have or will be dismissed with or without prejudice by separate stipulations so that the Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions will each be dismissed in their entirety.

**WHEREAS**, Peekskill and Travelers seek to reduce the expense and burden of litigation to themselves, to the other parties in this action, and to the Court.

**NOW, THEREFORE**, in consideration of this Stipulation of Dismissal With Prejudice, Peekskill and Travelers, by and through their respective counsel of record, hereby mutually agree to the following:

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that all claims are dismissed with prejudice as against Travelers pursuant to Federal Rule of Civil Procedure 41 and court order.

**IT IS FURTHER STIPULATED AND AGREED**, that each undersigned party shall bear its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts with all counterparts together constituting one complete Stipulation and that signatures received by facsimile or e-mail shall be deemed an original for purposes of this Stipulation.

*[signatures pages to follow]*

Dated: ~~December~~ January 14, 2014

PUTNEY TWOMBLY HALL
& HIRSON LLP

By: _____
THOMAS MARTIN
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175

ATTORNEYS FOR THIRD-PARTY
DEFENDANT TRAVELERS
INDEMNITY COMPANY AS
SUCCESSOR-IN-INTEREST TO GULF
INSURANCE COMPANY

Dated: ~~December~~ January 21, 2014

ANDERSON KILL P.C.

By: _____
WILLIAM G. PASSANNANTE
STEVEN J. PUDELL
1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020
TEL: (212) 278-1000

ATTORNEYS FOR THIRD-PARTY
PLAINTIFF CITY OF PEEKSKILL

SO ORDERED this 24th day of ~~December~~ January, 2014

_____
The Honorable Kenneth M. Karas
United States District Judge