USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY DESKOVIC,

          Plaintiff,

vs.

CITY OF PEEKSKILL, PUTNAM COUNTY,
WESTCHESTER COUNTY, DAVID LEVINE,
THOMAS MCINTYRE, WALTER BROVARSKI,
EUGENE TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, MILLARD HYLAND, PETER INSERO, and
LEGAL AID SOCIETY OF WESTCHESTER
COUNTY,

          Defendants.

Index No. CV-07-8150 (KMK)(GAY)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
AS TO
WESTPORT INSURANCE CORPORATION
as successor-in-interest to
NORTH RIVER INSURANCE COMPANY
and
WESTPORT INSURANCE CORPORATION
as a successor-in-interest to
INTERNATIONAL INSURANCE COMPANY
REGARDING
PEEKSKILL'S THIRD-PARTY ACTION
IN THE *DESKOVIC* ACTION**

LINDA MCGARR,

          Plaintiff,

vs.

CITY OF PEEKSKILL, WESTCHESTER
COUNTY, DAVID LEVINE, THOMAS
MCINTYRE, WALTER BROVARSKI, EUGENE
TUMOLO, JOHN AND JANE DOE
SUPERVISORS, DANIEL STEPHENS, LOUIS
ROH, AND MILLARD HYLAND,

          Defendants.

Index No. CV-07-9488 (KMK)(GAY)

*Caption continued on next page*

nydocs1-1024219.1

*Caption continued from previous page*

CITY OF PEEKSKILL,

        Third-Party Plaintiff,

vs.

WESTPORT INSURANCE CORPORATION as successor-in-interest to NORTH RIVER INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION as a successor-in-interest to INTERNATIONAL INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA INTERNATIONAL REINSURANCE COMPANY, CX REINSURANCE COMPANY LIMITED as successor-in-interest to CNA REINSURANCE OF LONDON, LIMITED, SPHERE DRAKE INSURANCE PLC, ILLINOIS UNION INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY as successor-in-interest to GULF INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to AMERICAN PROTECTION INSURANCE COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY as successor-in-interest to SPECIALTY NATIONAL INSURANCE COMPANY, HARCO NATIONAL INSURANCE COMPANY, and AMERICAN ZURICH INSURANCE COMPANY

        Third-Party Defendants.

2

WHEREAS, Third-Party Plaintiff City of Peekskill ("Plaintiff" or "Peekskill") has asserted claims against Third Party Defendant Westport Insurance Corporation as successor-in-interest to North River Insurance Company and Westport Insurance Corporation as a successor-in-interest to International Insurance Company ("Westport") in the above-captioned Third-Party Actions filed in both *Deskovic v. City of Peekskill, et al.*, No. 07-CV-8150 (the "*Deskovic* Action") and *McGarr v. City of Peekskill, et al.*, No. 07-CV-9488 (the "*McGarr* Action").

WHEREAS, the undersigned parties hereby give notice that the above-captioned Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions have been settled pursuant to a settlement agreement between the undersigned parties.

WHEREAS, the undersigned parties hereby give notice that the above-captioned Third-Party Action filed in the *Deskovic* Action is voluntarily dismissed, with prejudice, against Westport.

WHEREAS, the above-captioned Third-Party Action filed in the *McGarr* Action has or will be dismissed without prejudice by separate stipulation against Westport.

WHEREAS, the above-captioned Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions filed against the remaining Third-Party Defendants have or will be dismissed with or without prejudice by separate stipulations so that the Third-Party Actions filed in both the *Deskovic* and *McGarr* Actions will each be dismissed in their entirety.

WHEREAS, Peekskill and Westport seek to reduce the expense and burden of litigation to themselves, to the other parties in this action, and to the Court.

NOW, THEREFORE, in consideration of this Stipulation of Dismissal with Prejudice, Peekskill and Westport, by and through their respective counsel of record, hereby mutually agree to the following:

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that all claims in the above-captioned Third-Party action filed in the *Deskovic* Action are dismissed with prejudice as against Westport pursuant to Federal Rule of Civil Procedure 41 and court order.

IT IS FURTHER STIPULATED AND AGREED, that each undersigned party shall bear its own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts with all counterparts together constituting one complete Stipulation and that signatures received by facsimile or e-mail shall be deemed an original for purposes of this Stipulation.

*[signatures pages to follow]*

3

Dated: January 21, 2014

    LEWIS BRISBOIS BISGAARD
    & SMITH LLP

By:     *Darcy Ibach*

    DARCY IBACH
    550 WEST ADAMS STREET
    SUITE 300
    CHICAGO, ILLINOIS 60661
    TEL: (312) 463-3339

    ATTORNEYS FOR THIRD-PARTY DEFENDANTS
    WESTPORT INSURANCE CORPORATION
    AS SUCCESSOR-IN-INTEREST TO NORTH RIVER
    INSURANCE COMPANY; NORTH RIVER
    INSURANCE COMPANY; AND
    WESTPORT INSURANCE CORPORATION
    AS SUCCESSOR-IN-INTEREST TO
    INTERNATIONAL INSURANCE COMPANY

Dated: January 21, 2014

    ANDERSON KILL P.C.

By:     *Steven J. Pudell*

    WILLIAM G. PASSANNANTE
    STEVEN J. PUDELL
    1251 AVENUE OF THE AMERICAS
    NEW YORK, NEW YORK 10020
    TEL: (212) 278-1000

    ATTORNEYS FOR THIRD-PARTY
    PLAINTIFF CITY OF PEEKSKILL

**SO ORDERED** this 31st day of January, 2014.

The Honorable Kenneth M. Karas
United States District Judge

4