N.Y.S.D. Case # 07-cv-9488(KMK)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand fourteen,

_____

Linda McGarr,

       Plaintiff - Appellant,

v.

Supervisors John Doe, Supervisors Jane Doe,

       Defendants - Appellees,

Daniel Stephens,

       Defendants - Cross Claimants - Cross Defendants - Appellee,

David Levine, Thomas McIntyre, Eugene Tumolo,

       Defendants - Third Party Plaintiffs -Cross Claimants - Cross Defendants - Appellees,

Westchester County,

       Defendant - Third Party Defendant -Cross Defendant,

Peter Insero, Legal Aid Society of Westchester County, Steven Orlikoff, Marcia G. Shein, P.C., North River Insurance Company, TIG Insurance Company, as a successor-in-interest to International Insurance Company, Underwriters at Lloyd's London, CX Reinsurance Company Limited, as successor-in-interest to CNA International Reinsurance Company, as successor-in-interest to CNA Reinsurance of London, Limited, Westport Insurance Company, as

ORDER
Docket No. 13-4159

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 13, 2014

CERTIFIED COPY ISSUED ON 02/13/2014

successor-in-interest to North River Insurance Company, as a successor-in-interest to International Insurance Company, Sphere Drake Insurance PLC, Illinois Union Insurance Company, United National Insurance Company, Travelers Indemnity Company, as successor-in-interest to Gulf Insurance Company, American Motorist Insurance Company, as successor-in-interest to American Protection Insurance Company, as successor-in-interest to Specialty National Insurance Company, Harco National Insurance Company, Illinois National Insurance Company, Markel American Insurance Company, American Zurich Insurance Company,

        Third Party Defendants,

George Bolen, Millard Hyland,

        Defendants - Cross Defendants,

Walter Brovarski, Louis Roh,

        Defendant - Cross Claimant - Cross Defendants,

City of Peekskill,

        Defendant - Third Party Plaintiff - Cross Claimant - Cross Defendant.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit