# HARWOOD LLOYD, LLC

## COUNSELLORS AT LAW

RUSSELL A. PEPE ◊†
THOMAS LOIKITH
GREGORY J. IRWIN ◊†
DAVID T. ROBERTSON ◊
JEANNE O. MARINO †
PETER E. MUELLER
MICHAEL J. BRADY †
RICHARD W. LE BLANCO
DAVID M. REPETTO
CURTIS J. TURPAN
STEPHEN WELLINGHORST ‡
JOSEPH P. SCORESE †
KRISTINE DENNING †
GREGG A. ILARDI ◊†
PARTNERS

FRANK V. D. LLOYD (1966-2007)
VICTOR C. HARWOOD, III (1960-1999)
PETER CIOLINO (1957-2009)
MICHAEL B. OROPOLLO (1970-2011)

◊ CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS CIVIL TRIAL ATTORNEY
† ALSO ADMITTED IN NY
‡ ALSO ADMITTED IN PA

130 MAIN STREET
HACKENSACK, NEW JERSEY 07601
(201) 487-1080
FACSIMILE (201) 487-4758

350 FIFTH AVENUE, 59TH FLOOR
EMPIRE STATE BUILDING
NEW YORK, NEW YORK 10118
(212) 268-5136
FACSIMILE (212) 564-1135

WWW.HARWOODLLOYD.COM

DAVID F. MCBRIDE †
RICHARD J. RYAN
W. FLETCHER HOCK, JR.
JAMES P. LOGAN
  OF COUNSEL

WARREN C. FARRELL ◊
JOHN S. GUERIN ◊
EVELYN R. STORCH
ALEXANDER H. CARVER III †
CARMEL J. DECKER †
ANNE L. ...
ROBYN ...
KENNETH ...
ANDREW G. TOULAS ◊
KATHLEEN M. LEE †
COUNSEL

PAUL E. KIEL ‡
MELISSA A. HARTIGAN
EILEEN ...
MANUEL D. IRIZARRY, JR. †
SETH D. GRIEP
LAUREN BETTMAN GERSHENGORN
JONATHAN E. GATES †
JOHN W. MCDERMOTT †
VICTORIA D. SILVA †
MICHAEL A. MCGARRY JR. †
COREY S. ... †
... ASSOCIATES

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

(201)359-3530
swellinghorst@HarwoodLloyd.com
(201) 487-4758
Hackensack
9650-3 (822)

DIRECT DIAL:
DIRECT EMAIL:
DIRECT FAX:
REPLY TO:
FILE NO.:

March 7, 2014

**VIA FEDERAL EXPRESS**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: **Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)**
**McGarr v. City of Peekskill, et al, Case No. 07 Civ. 9488 (KMK) (GAY)**
**New York State Local Government Services Foundation, Inc., etc. v. County of Putnam, et al**

Dear Judge Karas:

This office represents Daniel Stephens and Putnam County, defendants in the above-referenced matters. Please accept this letter to correct an omission on one of our papers previously submitted to the Court.

In reviewing the reply papers of Intervenor-Plaintiff, New York Municipal Insurance Reciprocal (NYMIR) in further support of its Motion for Summary Judgment, it has come to my attention there is a word missing in the Response to NYMIR's Statement of Undisputed Material Fasts Pursuant to F.R.C.P. 56.1 on Behalf of Defendants Putnam County and Daniel Stephens submitted by this office. Paragraph 39 of the document should read as follows:

> 39. The letter dated November 8, 2011 from Leonard Rosenbaum of NYMIR to the Hon. Jennifer S. Bumgarner, Putnam County Attorney *not* does indicate that NYMIR is reserving its rights on any coverage matter. See Gilbride Decl., Exhibit "C", Letter dated April 4, 2008.

(emphasis added). The word "not" is missing in the original document. The fact we intended to include the word in the original document is evidenced by the argument found in the brief in opposition to NYMIR's summary judgment motion that this office submitted on behalf of Mr. Stephens and Putnam County. The argument in part as read as follows:

2729853_1

HARWOOD LLOYD, LLC
COUNSELLORS AT LAW

Honorable Kenneth M. Karas
United States District Court
Re: Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)
McGarr v. City of Peekskill, et al, Case No. 07 Civ. 9488 (KMK) (GAY)
New York State Local Government Services Foundation, Inc., etc. v.
County of Putnam, et al
March 7, 2014
Page 2

> Finally, Mr. Rosenbaum states that in his November 8, 2011,
> NYMIR reserved "all rights to withdraw from the defense of the
> Underlying Action." See Rosenbaum Aff., ¶ 14. The letter,
> however does not indicate that NYMIR is reserving anything...

Brief on Behalf of Defendants Putnam County and Daniel Stephens in Opposition to Motion for Summary Judgment on Behalf of NYMIR, p. 20.

    I thank your Honor for the Court's attention of this matter and apologize for any inconvenience that that error may have caused to the Court and other counsel.

Respectfully submitted,

Stephen Wellinghorst

SW/pk

cc:    All counsel on attached list (Via FED EX)

The Clerk of the Court is respectfully requested to docket this letter.

So Ordered.

[Signature]
3/11/14

2729853_1

HARWOOD LLOYD, LLC
COUNSELLORS AT LAW

Honorable Kenneth M. Karas
United States District Court
Re: Deskovic v. City of Peekskill, et al, Case No. 07 Civ. 8150 (KMK) (GAY)
McGarr v. City of Peekskill, et al, Case No. 07 Civ. 9488 (KMK) (GAY)
New York State Local Government Services Foundation, Inc., etc. v.
County of Putnam, et al
March 7, 2014
Page 3


Joan M. Gilbride, Esq.
Kaufman, Borgeest & Ryan, LLP
120 Broadway
New York, NY 10271

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
55 Church Street, Suite 211
White Plains, NY 10601

James A. Randazzo, Esq.
Gains, Novick, Ponzini, Cossuu & Venditti, LLP
11 Martine Avenue, 8th Floor
White Plains, NY 10606

Nick Brustin, Esq.
Neufeld, Scheck & Burstin, LLP
99 Hudson Street, 8th Floor
New York, NY 100013

Diane L. Houck, Esq.
Emery, Celli, Brinkerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Courtney E. Scott, Esq.
Tressler, LLP
One Penn Plaza, Suite 4701,
New York, NY 10119

Congdon, Flaherty, O'Callaghan, Reid, Donlon, Travis & Fishlinger
333 Earle Ovington Boulevard, 5th Floor
Uniondale, NY 11553

HARWOOD LLOYD, LLC

2729853_1