# CONGDON, FLAHERTY, O'CALLAGHAN, REID
# DONLON, TRAVIS & FISHLINGER
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

NEW YORK CITY OFFICE:
10 ROCKEFELLER PLAZA
SUITE 900
NEW YORK, NY 10020
212-692-0496
FAX 212-692-0639

THE OMNI
333 EARLE OVINGTON BLVD. SUITE 502
UNIONDALE, NY 11553-3625

516-542-5900

FAX NO. 516-542-5

ALBANY OFFICE:
12 METRO PARK ROAD
SUITE 207
COLONIE, NY 12205
518-437-9300
FAX 518-437-1182

**MEMO ENDORSED**

E-mail: rnicolello@cfole

*Richard J. Nicolello*
Partner

Writer's direct dial:
516-750-9307

October 14, 2013

Honorable Justice Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Jeffrey Deskovic v. City of Peekskill, et al.
07-CV-8150(KMK)
07-CV-9488(KMK)

Dear Judge Karas:

This firm represents Intervenor-Plaintiff, New York Municipal Insurance Reciprocal (NYMIR) and New York State Local Government Services Foundation, Inc. in the above-referenced actions. NYMIR was substituted by the firm of Kaufman, Borgeest and Ryan, LLP.

At this time, we respectfully request that you remove this firm's name from the service list.

Thank you for the Court's attention to this matter.

Respectfully submitted,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

RICHARD J. NICOLELLO (RN4619)

RJN/jmk
cc:
Neufeld, Scheck & Brustin, LLP
99 Hudson Street
New York, NY 10013

Kaufman, Borgeest & Ryan, LLP

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
4/3/14

October 14, 2013
Page 2

Attorneys for NYMIR
120 Broadway, 14th Floor
New York, NY 10271

Emery, Celli, Brinckerhoff & Abady, LLP
Attorneys for Defendant, Linda McGarr
75 Rockefeller Plaza
20th Flr.
New York, NY 10019

Hodges, Walsh & Slater, LLP
Attorneys for County of Putnam & Stephen Daniels
55 Church St
White Plains, NY 10601
H:\WPDOCS\FILES\NYMIR2\Deskovic\nymir2 57\Corresp\SDNY.REQUEST REMOVAL.10.14.13.doc