

May 1, 2014

**Peter A. Meisels**
914.872.7156 (direct)
Peter.Meisels@wilsonelser.com

**By Hand**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   Linda McGarr v. City of Peekskill, Westchester County, David Levine, Thomas McIntyre, Walter Brovarski, Eugene Tumolo, John and Jane Doe Supervisors, Daniel Stephens, Louis Roh, Millard Hyland
Docket No. 07 Civ. 9488 (KMK) (GAY)

Dear Judge Karas:

We represent the City of Peekskill in this action. Enclosed is a fully executed stipulation of discontinuance providing for the dismissal of all claims against the remaining Peekskill defendants. If acceptable to the Court, we request that the Court "so order" the stipulation and forward it to the Clerk for filing.

Respectfully yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Peter A. Meisels
Partner

PAM:kt
Enclosure
cc:   Debbie Greenberger, Esq. (w/enclosure)
      James Mitchell, Esq. (w/enclosure)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

5029530v.1