UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA MCGARR, | No. CV-07-9488(KMK)(GAY) |
| Plaintiff, | |
| vs. | |
| CITY OF PEEKSKILL, WESTCHESTER COUNTY, DAVID LEVINE, THOMAS MCINTYRE, WALTER BROVARSKI, EUGENE TUMOLO, JOHN AND JANE DOE SUPERVISORS, DANIEL STEPHENS, LOUIS ROH, AND MILLARD HYLAND, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the plaintiff Linda McGarr ("McGarr") and by the undersigned counsel for the defendants City of Peekskill ("the City"), David Levine , Thomas McIntyre, and Eugene Tumolo (collectively the "Peekskill Defendants"), that plaintiff hereby discontinues and dismisses with prejudice all claims against the Peekskill Defendants arising from the allegations set forth in McGarr's Second Amended Complaint, as well as all causes of action and allegations, brought or not brought against the Peekskill Defendants, related in any way with the above-captioned matter. Further, this dismissal with prejudice is without an award of any costs, disbursements, interest or attorneys' fees to any party. This stipulation of discontinuance will not be filed until and will not be binding unless full payment is made to Emery Celli Brinkerhoff& Abady, LLP as set out in the separate signed settlement agreement between McGarr and the City.

4943661v.1

This stipulation of discontinuance may be executed in any number of identical counterparts. Facsimile and other digital or PDF signatures shall have the same effect as original signatures.

Dated: New York, New York
March 31, 2014

EMERY CELLI BRINKERHOFF
& ABADY, LLP
Attorneys for Plaintiff Linda McGarr

Diane Houk, Esq.
75 Rockefeller Plaza, 20th Floor
New York, NY 10013
(212) 763-5000

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
Attorneys for the City of Peekskill, David
Levine and Thomas McIntyre

Peter A. Meisels
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000

BALLARD, SPAHR, STILLMAN &
FRIEDMAN LLP
Attorneys for Defendant Eugene Tumolo

James Mitchell
425 Park Ave.
New York, NY 10022

So Ordered:

Hon. Kenneth M. Karas, U.S.D.J.

5/1/14

-2-

4943661v.1