Karas, J.   RR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LINDA McGARR,

    Plaintiff,

      -against-

CITY OF PEEKSKILL, DAVID LEVINE,
THOMAS MCINTYRE, EUGENE TUMOLO,
JOHN AND JANE DOE SUPERVISORS, and
DANIEL STEPHENS,

    Defendants

-------------------------------------------------------X

SO ORDERED
STIPULATION OF PARTIAL
DISCONTINUANCE WITH
PREJUDICE
(as to Defendant Daniel Stephens)

Docket No. 7:07-CV-9488(KMK)

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys for Plaintiff Linda McGarr and Defendant Daniel Stephens, the Plaintiff hereby dismisses all claims against Defendant Daniel Stephens with prejudice. This dismissal with prejudice is without costs or fees, including attorney's fees or other fees, to any party.

    This stipulation of discontinuance will not be filed until, and will not be binding unless, full payment is made to Plaintiff's counsel, as detailed in the separate Settlement Agreement and General Release between Plaintiff and Defendant Daniel Stephens.

This stipulation of discontinuance may be executed in counterparts. Facsimile or PDF signatures shall have the same effect as original signatures.

Dated: White Plains, New York
March 31, 2014

_____
Debra Greenberger
Attorney for Plaintiff

_____
Stephen Wellinghorst
Attorney for Defendant Stephens

SO ORDERED:

_____
Honorable Kenneth M. Karas

Dated: 5/2/14
White Plains, NY